# United States District Court
# District of Columbia

<u>Gladys Claudette Sutton,</u>　　　　　Case Number:　　　　　<u>1:07-cv-01197</u>

<u>Individually and as Personal Representative of the</u>

<u>Estate and Next of Kin of</u>

<u>Angel Claudette Walters, Deceased</u>

**Plaintiff**

　　v

<u>**Washington Metropolitan Area Transit Authority**</u>

**Defendant**

## Affidavit of Service

**District of Columbia** to wit:

This day <u>Cynthia Sable</u> personally appeared before the undersigned Notary Public in and for the City/County and State aforesaid, and having been first duly sworn according to law, deposes and sates as follows: That she is not a Party to, or otherwise interested in, the subject matter in controversy in the within cause; that she is over the age of eighteen (18) years: that on the <u>11th</u> <u>day of July, 2007 at 2:20pm</u>  she served the within :

**Summons, Complaint, Notice of Right to Consent to Trial before US Magistrate Judge,**

**Initial Electronic Case Filing Order,**

**Consent to proceed before a US Magistrate Judge for all Purposes**

On <u>**Washington Metropolitan Area Transit Authority**</u> located at:

600 5th Street, NW Washington, DC 20001

By Service On: <u>Tanya Price, Legal Document Control Administrator</u>

Subscribed and Sworn before me　　　　　_Cynthia Sable_

This _14_ day of _July_, 2007　　　　Cynthia Sable - Private Process Server
_Mary F. Vincent_　　　　　　　　　Sable & Associates
　　　　　　　　　　　　　　　　　　526 5th Street, SE, #304
　　　　　　　　　　　　　　　　　　Washington, DC 20003

My Commission Expires _03-31-08_

## CERTIFICATE OF SERVICE

I HEREBY certify that a true copy of the foregoing was electronically served on the following on this 27th day of July, 2007:

        Frederic H. Schuster
        Associate General Counsel
        and
        David J. Shaffer
        Assistant General Counsel
        WMATA
        600 Fifth Street, NW
        Washington, D.C. 20001

                          /s/
                      Kelly M. Lippincott