IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLADYS CLAUDETTE SUTTON,<br>INDIVIDUALLY AND AS PERSONAL<br>REPRESENTATIVE OF THE ESTATE<br>OF ANGEL CLAUDETTE WALTERS,<br>DECEASED<br><br>    Plaintiffs,<br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br><br>    Defendant. | Civil Action No.:07- 01197 (JDB)<br>Scheduling Conf.: 8/21/07 @ 9:00 a.m. |

## STIPULATION REGARDING INITIAL DISCLOSURES

In accordance with Local Rule 16.3, the parties hereby do not waive the initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1).

                 **Respectfully submitted,**

                 /s/ Paul J. Maloney
                 Paul J. Maloney. D.C. Bar #362533
                 Kelly M. Lippincott, D.C. Bar # 484610
                 1615 L Street, N.W., Suite 500
                 Washington, D.C. 20036
                 (202) 310-5500 (telephone)
                 (202) 310-5555 (fax)
                 pjm@carrmaloney.com
                 kml@carrmaloney.com
                 **Counsel for Plaintiff Sutton**

/s/ Frederick H. Schuster
**Fredric H. Schuster, D.C. Bar # 385326**
**Associate General Counsel**
**David J. Shaffer, D.C. Bar # 413484**
**Assistant General Counsel**
**Washington Metropolitan Area**
**Transit Authority**
**600 Fifth Street, N.W.**
**Washington, D.C. 20001**
**(202) 962-2560 (telephone)**
**(202)-962-2550 (fax)**
**rschuster@wmata.com**
**dshaffer@wmata.com**
**Counsel for Defendant**