UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLADYS CLAUDETTE SUTTON,            :
Individually and as Personal        :
Representative of the Estate and Next of Kin of   :
ANGEL CLAUDETTE WALTERS, Deceased   :
                                    :
        Plaintiff,                  :        Civil Action No.:07- 01197 (JDB)
                                    :        Scheduling Conf.: 8/21/07, 9:00 a.m.
    v.                              :
                                    :
WASHINGTON METROPOLITAN AREA        :
TRANSIT AUTHORITY,                  :
                                    :
        Defendant.                  :

## INITIAL DISCLOSURES OF PLAINTIFF

Plaintiff Gladys Claudette Sutton, Individually, and as Personal Representative of the Estate and Next of Kin of Angel Claudette Walters, deceased, by and through counsel, Carr Maloney PC hereby serves her initial disclosure statement pursuant to Federal or Civil Procedure 26(a)(1)(A-D). Plaintiff reserves her right to supplement this disclosure based upon continuing discovery and investigation.

All disclosures are made without waiving or intending to waive all objections with regard to testimony and documents including competency, relevancy, privilege, and immateriality. Plaintiff specifically reserves her right to assert the attorney-client privilege, the work product doctrine, or other applicable privileges relating to any document identified within this initial disclosure. By identifying documents herein, Plaintiff reserves her right to challenge the admissibility or relevancy at the time of trial.

Plaintiff makes the following disclosures as required by the Rules cited above:

1

(1)     **The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims for defenses, unless solely for impeachment, identifying the subjects of the information.**

The following individuals may have discoverable information that Plaintiff may use to support her claims.

1.     Gladys Claudette Sutton
       1721 Montana Avenue, SE
       Washington, DC
       mother of deceased, damages

2.     Garnisha Valentine
       3314 14th Place, #201
       Washington, DC
       (c) 202-270-8646
       witness to incident, friend of deceased, damages

3.     Latitia Kirkland
       1354 Dexter Terrace, SE
       Washington, DC 20020
       (h) 202-270-4618
       witness to incident, friend of deceased, damages

4.     Quintenette L. Ramseur
       6423 Hilmar Drive #404
       Forestville, MD 20747
       (c) 202-315-8886
       (w) 703-528-8206
       witness to incident, friend of deceased, damages

5.     Brenton L. Fairnot
       406 Aragona Drive
       Fort Washington, MD 20747
       (h) 301-839-3507
       (w) 202-962-1118
       driver of Metrobus

6.      Vashti Mathis
        1330 Congress Street, SE #3
        Washington, DC
        (h) 202-277-0977
        witness to incident

7.      Valerie Payne
        1328 Congress Street, SE #4
        Washington, DC
        witness to incident

8.      Akisha Payne
        1328 Congress Street, SE #4
        Washington, DC
        witness to incident

9.      Anthony Lemon
        1320 Congress Street #1
        Washington, DC
        202-563-1430
        witness to incident

10.     Mini Harvey
        202-465-0897 (c)
        friend of deceased, damages

11.     Aubria Walters, minor
        1721 Montana Avenue, SE
        Washington, DC
        daughter of deceased, damages

12.     Robert Turner
        202-586-8100 (w)
        301-595-5867 (h)
        uncle of deceased, damages

13.     Maurice Turner
        202-523-2038 (w)
        301-270-6165 (h)
        uncle of deceased, damages

14.    Dolphus Sutton
       714 Jefferson Street, NW
       Washington, DC 20011
       202-882-9278 (h)
       202-549-8700 (w)
       brother of deceased, damages

15.    Claudette Turner
       714 Jefferson Street, NW
       Washington, DC 20011
       grandmother of deceased, damages

16.    James Ulmer
       Special Services Protection Division
       12630 Viers Mills Road
       Rockville, MD 20853
       301-946-7707
       videotape of incident

17.    Darrell Turner
       Innovative Security Services
       1818 New York Avenue, #219
       Washington, DC 20002
       202-529-3690 (w)
       202-246-7821 (c)
       witness to incident

18.    Connie M. Webster, Ph.D., RN
       Chair/Director, Nursing and Allied Health
       Univesity of the District of Columbia
       Building 44, 102
       Washington, DC 20008
       202-274-5940
       damages

19.    Detective Wayne Washington
       Badge No. 02370
       Metropolitan Police Department
       Major Crash Unit
       (w) 202-698-0681
       police investigation

20.  Officer Johnson
     Metropolitan Police Department
     police investigation

21.  Officer Wood
     Metropolitan Police Department
     police investigation

22.  Jack Sava, M.D.
     Washington Hospital Center
     treating doctor

23.  Edward James, RN
     Washington Hospital Center
     treating nurse

24.  Carolyn H. Revercomb, M.D.
     Office of the Chief Medical Examiner
     1910 Massachusetts Avenue, SE, Bldg. 27
     Washington, DC 20003

25.  Fiona J. Couper, Ph.D.
     Chief Toxicologist, OCME
     Office of the Chief Medical Examiner
     1910 Massachusetts Avenue, SE, Bldg. 27
     Washington, DC 20003

Plaintiff incorporates by reference any additional witnesses whose names may appear in documents referenced in Paragraph (2) below, as well as the witnesses listed in Defendant's Initial Disclosure Statement. Plaintiff reserves the right to supplement this disclosure statement or amend its response as discovery in the action proceeds, and to identify experts pursuant to the Court's scheduling order.

(2)    **A copy of, or description by category and location of, all documents, data compilations, tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims for defenses, unless solely for impeachment.**

5

At this time, Plaintiff identifies the following relevant documents:

1. Medical Records from Washington Hospital Center, dated February 17, 2007.

2. Medical Records from D.C. Fire and EMS, dated February 17, 2007.

3. Autopsy Report of the Medical Examiner.

4. Photographs of the Medical Examiner.

5. Police Report.

6. Crime Scene Examination Section Evidence Report.

7. Photos of the scene from the Metropolitan Police Department.

8. Witness Statement of Latitia Kirkland.

9. Surveillance videos of the incident; SSPI, 12630 Viers Mill Road, Rockville, Maryland 20853, 301-946-7707.

10. Resume of Angel Walters.

11. December 5, 2006 Letter to Angel Walters from the University of the District of Columbia, Office of Recruitment and Admission.

12. 2006 W-2 Wage and Tax Statements.

13. R.N. Horton Co. Morticians, Inc. Statement of Funeral Goods and Services.

14. National Harmony Memorial Park Agreement.


(3)    **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Fed. R. Civ. P. 34.  The documents or other evidence are immaterial, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

| | |
|---|---|
| Medical Expenses: | $      2,000.00 (approx.) |
| Funeral Expenses: | $     11,315.00 |
| Conscious Pain & Suffering: | $ 2,000,000.00 plus |
| Lost Earnings: | $   700,000.00 plus |
| Value of Services: | $ 1,000,000.00 plus |
| Loss of Care, Education, | |
| Training, Guidance, and | |
| Parental Advice: | $ 2,000,000.00 plus |

(4)      **Produced for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment.**

Plaintiff is not in possession of such a document at this time.  Upon information and belief, Defendant has insurance coverage for the incident and injuries at issue.

Respectfully submitted,

CARR MALONEY P.C.


By:      /s/ Kelly M. Lippincott_____
Paul J. Maloney, Esquire
D.C. Bar No. 362533
Kelly M. Lippincott, Esquire
D.C. Bar No. 484610
1615 L Street, N.W., Suite 500
Washington, D.C.  20036
(202) 310-5500 (telephone)
(202) 310-5555 (facsimile)

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing Initial Disclosures of Plaintiff were e-filed and served electronically this 15th day of August, 2007, to:

> Fredric H. Schuster, Esq.
> David J. Shaffer, Esq.
> Assistant General Counsel
> Washington Metropolitan Area
>  Transit Authority
> 600 Fifth Street, N.W.
> Washington, D.C. 20001

> /s/ Kelly M. Lippincott
> Kelly M. Lippincott