UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLADYS CLAUDETTE SUTTON,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>    Defendant. | Civil Action No. 07-1197 (JDB) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held with the Court on this date, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby **ORDERED** as follows:

1. Discovery shall be completed by not later than March 21, 2008.

2. Expert witness reports shall be exchanged in accordance with Fed. R. Civ. P. 26(a)(2), except as stipulated by the parties. Plaintiff shall provide her expert reports by not later than November 5, 2007, and defendant shall provide its expert reports by not later than January 21, 2008.

3. Each side is hereby limited to fifteen (15) depositions. The number of interrogatories is hereby limited to twenty-five (25) per party.

4. Dispositive motions shall be filed within thirty (30) days from the close of discovery, by not later than April 21, 2008. Oppositions and replies shall be filed by not later than the deadlines set forth in Local Civil Rules 7(b) and 7(d).

5. The parties shall appear for a status conference on March 27, 2008 at 9:00 a.m.

6. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

**SO ORDERED**.

                                                /s/ John D. Bates
                                            JOHN D. BATES
                                  United States District Judge

Dated: August 21, 2007