UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLADYS CLAUDETTE SUTTON,<br>Individually and as Personal<br>Representative of the Estate and Next of Kin of<br>ANGEL CLAUDETTE WALTERS, Deceased<br><br>   Plaintiff,<br><br> v.<br><br>WASHINGTON METROPOLITAN AREA<br>TRANSIT AUTHORITY,<br><br>   Defendant. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No.:07- 01197 (JDB)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**JOINT MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERTS**

The parties, by counsel, pursuant to Local Civil Rule 16, respectfully request that this Honorable Court grant the parties an extension of time to designate experts. In support of their Joint Motion, the parties state as follows:

The Scheduling Order in this case states that the Plaintiff shall provide her expert witness reports, in accordance with Fed. R. Civ. Pro. 26(a)(2), no later than November 5, 2007. Defendant shall provide its expert witness reports no later than January 21, 2008.

Defendant has agreed to make the Metrobus that was involved in the underlying incident available for a visibility study to be conducted by Plaintiff's expert on November 7, 2007. The parties seek a one week extension of the expert witness designation deadline so that the findings from the visibility study may be incorporated into the reports of Plaintiff's experts.

The parties respectfully request that the Court extend the deadlines by one week so that Plaintiff's expert witness reports are due no later than November 12, 2007 and Defendant's expert witness reports are due no later than January 28, 2008.

Respectfully submitted,

CARR MALONEY P.C.

By: /s/ Kelly M. Lippincott
Paul J. Maloney, Esquire
D.C. Bar No. 362533
Kelly M. Lippincott, Esquire
D.C. Bar No. 484610
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
(202) 310-5500 (telephone)
(202) 310-5555 (facsimile)

By: /s/ Frederic H. Schuster
Fredric H. Schuster, Esq.
D.C. Bar No. 385326
David J. Shaffer, Esq.
D.C. Bar No. 413484
Assistant General Counsel
Washington Metropolitan Area
 Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2560 (telephone)
(202) 962-2550 (facsimile)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Joint Motion for Extension of Time to Designate Experts was e-filed and served electronically this 1st day of November, 2007, to:

> Fredric H. Schuster, Esq.
> David J. Shaffer, Esq.
> Assistant General Counsel
> Washington Metropolitan Area
>  Transit Authority
> 600 Fifth Street, N.W.
> Washington, D.C. 20001

> /s/ Kelly M. Lippincott
> Kelly M. Lippincott