THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLADYS CLAUDETTE SUTTON** | : |
|     **Plaintiff,** | : |
| v. | :    C.A. No. 07:1197 |
| | :    (JDB) |
| **WASHINGTON METROPOLITAN AREA** | : |
|  **TRANSIT AUTHORITY (WMATA)** | : |
|     **Defendant.** | : |

**WMATA'S MEMORANDUM OF POINTS AND AUTHORITIES REGARDING (1) EXTENT OF EXPERT IME; (2) PLAINTIFF'S REQUESTS FOR 30(B)(6) DEPOSITIONS**

Pursuant to the Court's Minute Order of January 22, 2008 and conversations with the Court's law clerk, WMATA submits the following memorandum on the discovery issues tendered to the Court.

1.    <u>WMATA's Expert Should Have Equal Access to the Decedent's Child for an IME as Did Plaintiff's Expert</u>.

One of the major issues in this case is the Plaintiff's assertion that the harm to the decedent's child as a result of losing her mother in the accident is recoverable under the D.C. Wrongful Death statute. Such evidence may be highly prejudicial to WMATA in the damages phase of the case, and, accordingly, WMATA has retained an expert to do an IME of the child, who is now 6 years old, to perform a forensic psychiatric evaluation and rebuttal to plaintiff's expert report. This item of damages significantly affects the settlement value of the case and will potentially be one of the most significant issues in the case.

1

The issues involved in doing a forensic IME of a 6 year old child and the need for more than the usual one-hour IME is succinctly described in the accompanying affidavit of WMATA's expert, Dr. Lee B. Haller, attached as Exhibit A hereto. Plaintiffs counsel has agreed to only three hours of examination with the grandmother (caretaker) and child. Dr. Haller believes, in his professional opinion, that this is insufficient for him to perform an adequate IME and report that is as detailed and thorough as prepared by plaintiff's expert.[1]

Indeed, courts have recognized that the purpose of Fed. R. Civ. P. 35 is to provide a "level playing field." Pavale v. Roman Catholic Diocese of Bridgeport, 235 F.R.D. 553, 557 (D. Conn. 2006)(and cases cited therein). "Rule 35 does not limit the number of examinations." Van Sice v. Oldcastle Glass, Inc., 2005 U.S. Dist. LEXIS 550, *4 (D. Colo. 2005). For example, one court ordered four hours before each of two different doctors, one a psychologist and one a psychiatrist in Jackson v. Entergy Operations, Inc., 1998 U.S. Dist. LEXIS 752, 76 FEP Cas. 86 (E.D. La. 1998), observing that "[e]ach request for an independent medical examination must turn on its own facts, and the number of examination in which a party may be subjected depends solely upon the circumstances underlying the request. Id. at *8 (quotations omitted).

    2.    The 30(b)(6) Depositions are Improper

        a.    The "Safety First is Our Priority" 30(b)(6) Deposition is Improper.

---

[1] It is anticipated that plaintiff will argue under burden in taking the grandmother and child to Potomac, MD, the location of Dr. Haller's office, for the necessary visits. This is necessary because plaintiff wants to have counsel and the grandmother observe the sessions through one-way glass and have them recorded, both of which is only possible in Dr. Haller's office. Moreover, it is plaintiff that is seeking a multi-million dollar recovery here. Such a recovery justifies some burden, and additionally, there is no justifiable basis for counsel's appearance at the sessions.

Plaintiff seeks a deposition under Rule 30(b)(6) of WMATA's "Safety First is Our Priority" campaign stenciled on its buses.  Counsel is completely puzzled as to how to identify and produce a 30(b)(6) deponent on such a broad conceptual aspiration.  Of course, WMATA wants to be safe and it has been widely stated by WMATA's General Manager in the media that safety is the number one goal of WMATA.  However, such a slogan does not create a warranty or guaranty that WMATA will never injure someone.  It is well settled in the District of Columbia that, "Aspirational practices do not establish the standard of care which the plaintiff must prove in support of an allegation of negligence."  Varner v. District of Columbia, 891 A.2d 260, 272 (D.C. 2006)(citing Messina v. District of Columbia, 663 A.2d 535, 538 (D.C. 1995)).  Indeed, the D.C. Circuit has held that WMATA's own manuals do not provide a standard of care upon which an expert may rely.  See Briggs v. WMATA, 281 F.2d 839, 845 (D.C. Cir. 2007)(citing Varner, supra).[2]  WMATA cannot and, should not, be required to produce a 30(b)(6) deponent on such a generalized and irrelevant topic.

    b.    <u>The 30(b)(6) on the pleadings is Improper.</u>

Plaintiff seeks a 30(b)(6) deposition on the answer, the answers to interrogatories and the answers to requests for admissions.  All of these documents were prepared by counsel.  The interrogatories were verified by the Manager of Third Party Liability in his corporate capacity on knowledge, information and belief – again supplied by counsel's collection of the evidence and summarization thereof.  Plaintiff's

---

[2] The Court said "to hold otherwise would create the perverse incentive for [WMATA] to write its internal operating procedures to such a manner as to impose minimal duties upon itself in order to limit civil liability rather than imposing safety requirements upon its personnel that may for exceed those followed by comparable institutions." (Citations omitted).  Id.

counsel has stated that he wants to "cross-examine" someone on these documents. There is no one to cross-examine except counsel, for they constitute WMATA's legal position in the case. In every deposition of WMATA's fact witnesses, plaintiff's counsel has read from the answers to the contention interrogatories and asked whether the deponent has any facts to support these contentions. Each deponent has testified to such facts within his or her personal knowledge. As Judge Messite of the District Court of Maryland recently observed,

> Whereas the facts of a relevant incident or incidents are proper for 30(b)(6) inquiry, the contentions, *i.e.*, theories and legal positions, of an organizational party may be more suitably explored by way of interrogatories and the Court may properly order . . . that contentions only be inquired into in this fashion.

<u>Wilson v. Larner</u>, 228 F.R.D. 524, 528, n.9 (D. Md. 2005). Plaintiff properly inquired of WMATA's contention as to how the accident took place by way of interrogatories. WMATA answered them. Plaintiff deposed WMATA personnel involved in the investigation of the accident and asked each about their knowledge of WMATA's contentions. That should be sufficient.

                Respectfully submitted,

                WASHINGTON METROPOLITAN AREA
                TRANSIT AUTHORITY,

                _____/s/_____
                David J. Shaffer #413484
                Assistant General Counsel
                600 Fifth Street, N.W.
                Washington, D.C.  20001
                (202) 962-2820
                Attorneys for Defendant WMATA

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GLADYS CLAUDETTE SUTTON** | : | |
| **Plaintiff,** | : | |
| v. | : | C.A. No. 07:1197 |
| | : | (JDB) |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (WMATA)** | : | |
| **Defendant.** | : | |

### DECLARATION OF LEE H. HALLER, M.D., F.A.A.C.A.P.

I, Lee H. Haller, M.D., do hereby attest and affirm as follows:

    1) I am a medical doctor specializing in psychiatry.

    2) I hold board certifications in general psychiatry, child and adolescent psychiatry, and forensic psychiatry.

    3) I am licensed to practice in the State of Maryland, the District of Columbia, and the State of Virginia.

    4) I am clinical professor of psychiatry at George Washington University.

    5) In that capacity, I have taught child forensic psychiatry to the residents at Children's Hospital since approximately 1980.

    6) A detailed CV is enclosed.

    7) I have been retained by Mr. David Shaffer on behalf of the Washington Area Metropolitan Transit Authority to perform a psychiatric evaluation of Aubria Walters who is a 6 year old child.

    8) In order to properly perform the task, I must see not only Aubria, but also her caretaker/grandmother, Mrs. Sutton, and obtain data from ancillary sources.

    9) Aubria has been examined from a forensic psychiatric standpoint by Dr. Joan Kinlan, on behalf of the plaintiffs.

    10) According to Dr. Kinlan's billing records, she spent 6 hours with Aubria.

11) In addition to that time which is reflected in her billing records, in her deposition, Dr. Kinlan stated that she also saw Aubria on December 15.  The amount of time that was spent in that interview is unknown.

12) As part of her evaluation of Aubria, Dr. Kinlan also interviewed Ms. Gladys Sutton.  Dr. Kinlan's billing records reflect that she spent 9.25 hours with Ms. Sutton.

13) I am requesting that the court allow me the same number of hours i.e. about 16-17, to interview Aubria and her grandmother.  In my professional opinion, I require the same access to the child and grandmother that Dr. Kinlan had in order to form a competent professional opinion.

14) The interviews will take place at my office at 9800 Falls Road where I have a play room that is designed to interview children as well as an office for seeing adults.  The play room is equipped with an one-way mirror and audio and video recording devices.

I declare that the above is true under penalty of perjury this 25th day of January, 2008.

_____/s/_____
Lee H. Haller, M.D., F.A.A.C.A.P.



# LEE HIGDON HALLER, M.D.

9800 Falls Road Suite 2
Potomac, Maryland 20854

301-983-5211
FAX: 301-983-5213

**CURRICULUM VITAE:**
**JUNE 1998**

Born August 19, 1947, Pittsburgh, Pennsylvania
Married with two children.

**DEGREES:**

University of Michigan Medical School
Ann Arbor, Michigan  1968-1972
Doctor of Medicine, 1972

University of Michigan
Ann Arbor, Michigan  1965-1968
Bachelor of Arts with honors, May 1968
Major: Psychology

**CERTIFICATIONS:**

Forensic Psychiatry, 1996
American Board of Psychiatry and Neurology

Child and Adolescent Psychiatry, 1994
American Board of Psychiatry and Neurology

General Psychiatry, 1977
American Board of Psychiatry and Neurology

**STATE LICENSES:**

Maryland and The District of Columbia
Commonwealth of Virginia

**HOSPITAL AFFILIATIONS:**

Shady Grove Adventist, Rockville, Maryland, 1979-1997
Charter Behavioral Health Systems of Maryland at Potomac Ridge
1979-Present
(Previously Psychiatric Institute of Montgomery County Maryland)

**STAFF APPOINTMENTS:**

Clinical Assistant Professor of Psychiatry
Department of Psychiatry
Georgetown University Medical Center
Washington, D.C.

Clinical Assistant Professor of Psychiatry – Department of Psychiatry
Adjunct Assistant Professor of Psychiatry – School of Medicine and Health Sciences
George Washington University Medical Center
Washington, D.C.

**PROFESSIONAL TRAINING:**

Children's Psychiatric Hospital, University of Michigan
    Child Psychiatry Fellowship
    July 1975 - June 1977

Duke University Medical Center, Durham, North Carolina
    General Psychiatry Residency
    July 1973 - June 1975

Wayne County General Hospital, Eloise, Michigan
    Rotating Internship
    July 1972 - June 1973

University of Colorado Medical Center, Denver, Colorado
    Birth Defects and Genetic Clinic Externship
    Summer 1971

**MILITARY SERVICE:**

United States Army, Fort Stewart, Georgia
    July 1977 - July 1979
    Chief, Department of Psychiatry and Neurology
    July 1978 - July 1979
    Chief, Community Mental Health Activity
    July 1977 - July 1978

**HONORS AND AWARDS:**
**LISTED IN:**

Who's Who in Executives and Professionals. 1997-98
Who's Who in Medicine and Healthcare. 1995 and 1996
Who's Who Among Outstanding Americans. 1994
The Best Lawyers in America: Directory of Experts. 1992

Examiner for Child and Adolescent Psychiatry Mock Board,
    Metropolitan D.C. 1996
American Academy of Child and Adolescent Psychiatry Newsletter,
    Author of column on Forensic Child Psychiatry. 1988 - present
American Academy of Psychiatry and Law Bulletin, Courtesy Editor 1983.
Duke University Medical Center, residency, department's nominee for
    The Falk Fellowship in Psychiatry.
    Administrative Resident for the Psychiatric Outpatient Clinic.
Medical School, Child Psychiatry rotation, honors recommendation.
University of Michigan, graduated with honors.

# LEE HIGDON HALLER, M.D.
9800 Falls Road Suite 2, Potomac, MD 20854
301-983-5211, FAX: 301-983-5213

## PROFESSIONAL LECTURES AND PRESENTATIONS:
- CASA for court appointed special advocate. **Psychological Developmental Milestones.** 4/28/98
- Divorce Roundtable of Montgomery County. **Practice Parameters In Child Custody Evaluations.** 3/6/98
- AAPL Annual Meeting. Chair and lecturer of advanced course: **The Art And Science Of Child Custody Evaluations.** 10/90
- Montgomery County School Superintendent's Conference. **The Impact Of Psycho-social Issues On The Family Unit.** 6/90
- American Society of Psychoanalytic Physicians. Discussion about Naomi Heller Paper: **"Current Ethical Dilemmas In Dynamic-Psychiatry".** 6/90
- The Judicial Conference of Judges of Washington, D.C. **Homosexuality As A Factor In Child Custody Disputes.** 6/90
- Shady Grove Hospital, Rockville, Maryland. Medical Staff/Grand Rounds. **Psychopharmacology Update Lecture.** 10/12/89
- Georgia Council on Child and Adolescent Psychiatry. **Child Psychiatrists As Expert Witnesses.** 3/18/89
- Emory University, Atlanta, Georgia. Medical Staff/Grand Rounds. **Special Aspects Of Child Custody And Visitation Conflicts.** 3/13/89
- D.C. Judges Conference. Mental health expert in mock trial on **Lesbian Custody.** 6/88
- Children's Hospital, Washington, D.C. **Child Custody And Forensic Issues In Child Psychiatry.** 1987
- Regional Institute of Children and Adolescence (RICA) staff, Rockville, Maryland. **Results Of A Suicide Task Force.** 3/87
- Children's National Medical Center, Children's Hospital, Washington, D.C. Department of Psychiatry. **Forensic Psychiatry.** 1986
- **Annual Lectures To Psychiatric Trainees** in child psychiatry at Children's Hospital. Georgetown University and George Washington University training programs. 1986-present.
- Suburban Hospital, Bethesda, Maryland. Psychiatric Grand Rounds. **Update On Tarasoff And The Duty To Warn.** 12/20/85
- Professional Secretaries International. **Stress Management.** 11/84
- American Academy of Psychiatry and Law Annual Meeting. Paper on the Examination of **The Child In Child Custody Disputes** as part of a course on child custody. 10/83
- D.C. Judges Conference. **Issues In Child Custody Litigation. Discussion On Prediction Of Dangerousness In Criminal Psychiatric Patients.** 1983
- American Academy of Child Psychiatry, Annual Meeting. Paper: **Child Custody Update.** 1982
- American Bar Association Conference. **Alternative Family Dispute Resolutions.** Presentation entitled **Techniques Of Diversion For Status Offender.** 1982
- Washington Council of Child Psychiatrists. **Child Custody.** 1981
- Suburban Hospital, Bethesda, Maryland. Psychiatric Grand Rounds. **Forensic Psychiatry Issues.** 1981
- Washington, D.C. Chapter of AACP. **Legal Issues In Child Psychiatry.** 12/80
- American Academy of Psychiatry and Law annual meeting. Chaired conference on **Juvenile Delinquency.** 10/80
- AAPL Annual Meeting, Chicago, Illinois. Organized, chaired and presented course on **Juvenile Delinquents; Legal And Psychiatric Aspects.** 10/80
- House Subcommittee on Crime HR1290 – The Parental Kidnapping Prevention Act. 7/80
- Montgomery County Bar Association monthly meeting. Invited Speaker. 3/27/80
- American Bar Association Conference: Advocating For The Children In The Courts. **The Role Of Psychiatry In Court Proceedings.** Fall 1979
- American Academy of Child Psychiatry annual meeting. **Role Of Secrets In Psychoanalysis.** Co-Author with Dr. Henry Coppolillo. Presented 10/79
- Memorial Medical Center, Psychiatric Department. Educational Meeting. **Recent Changes In Mental Health Law in Georgia.** 3/12/79
- Savannah Bar Association. **Psychiatry and The Law.** 1/22/79
- Psychotherapy Associates Annual Fall Workshop '78. **Psychopharmacology Of Alcoholism For Non-Physicians And Psychodynamic Significance Of Mediation For Substance Abusers.**
- American Association of Psychiatric Services for Children. Panel Chairman. **Child Mental Health And The Legal System.** 1976
- American Psychiatric Association. Panel member: Use of **The Legal System In Psychiatry.** 1976

## COMMUNITY LECTURES AND PRESENTATIONS:
- Chevy Chase Kiwanis Club. **Depression.** 1996
- Asbury Methodist Village Residents. **Depression.** 1996
- Presentation on **Cardiac Rehabilitation In Recovery From Cardiac Problems.** 1996
- Montgomery County Hotline Volunteers. **Multiple Personality Disorder.** January 1992
- Candlewood Elementary School Staff. **Impact Of Psycho-social Issues On The Family Unit.** 2/27/91

- Women's Fellowship at Pilgrim United Church of Christ, Wheaton, Maryland. **Stress Management.** 3/90
- Holiday Park Senior Center, Wheaton, Maryland. **Overuse Of Drugs.** 8/17/89. **Psychosomatic Illness.** 8/15/88
- Damascus Senior Center, Damascus, Maryland, **Psychosomatic Illness.** 7/27/88
- Dufief Elementary School PTSA, Gaithersburg, Maryland. **Helping Your Child Be Successful In School.** 11/3/87
- Friends of Suburban Hospital, Bethesda, Maryland. **Stress Management Techniques.** 6/25/87
- Laytonsville Elementary School PTSA, Laytonsville, Maryland. **Mental Health Problems In Children.** 3/26/87
- Employee Assistance Personnel's (EAP) PIMC Lecture Series. Co-presenter with Ron Kronthal, Esquire. **Divorce And Custody.** 3/19/87
- School Health Nurses of Montgomery County Health Department, Rockville, Maryland. **Childhood Depression.** 11/85
- Walt Whitman High School PTA. Bethesda, Maryland. **Depression.** 4/85
- Churchill High School PTSA, Bethesda, Maryland. **Teen Suicide.** 12/84

## MEDIA: PRESENTATIONS AND INTERVIEWS:
- Quoted: New York Times, "Anxieties – A Mother Harming Her Children", November 10, 1994
- WGTS Radio: Perspectives on Health Talkshow. Tacoma Park, Maryland. **Violent Behavior.** 2/15/90
- WMET Radio: Barry Locke Show. Gaithersburg, Maryland. **Teen Depression And Suicide.** 12/14/87
- Ask Washington Television Show, Washington, D.C. Guest Discussion; **Teenage Depression And Suicide.** 6/26/85
- Washington Post Newspaper, Washington, D.C. **Teenage Suicide.**

## PUBLICATIONS
- Letter to the Editor: Considering a Child's Competency To Make a Decision. American Bar Association Child Law Practice. Vol. 17, Number 5, July 1998
- Haller, L., Section Editor – Treatment of Adolescent Offenders. Textbook Of Adolescent Psychiatry; R. Rosner, Editor. R. Ratner, Chapter Editor; Chapter Title: Current Treatment Approaches to Adolescent Offenders. American Psychiatric Press, October 1997
- Letter to the Editor: Confidentiality of Medical Records, Montgomery County Medical Society Journal, January 1995
- Book review for the American Academy Of Psychiatry And Law Bulletin. Surrogate Motherhood – A Worldwide View Of The Issues. Author: Diedra Pretorius. Publisher: Charles C. Thomas, 1994
- Author: Column on Forensic Psychiatry for American Academy Of Child And Adolescent Psychiatric Society Newsletter, 1993 - present
- Letter to the Editor: Forensic Psychiatry, Journal Of The American Academy Of Child And Adolescent Psychiatry, July 1991
- Article on Spouse Abuse, Montgomery County Medical Society Journal, August 1989
- Author: Ask The Experts Column, AAPL Newsletter, Fall 1988. Response to question: Should child custody evaluations routinely include psychiatric diagnoses of parents?
- Haller, L., Kidnapping of Children by Parents, The Basic Handbook Of Child Psychiatry, Volume V, Basic Books. 1987 (book chapter)
- Schetky D., Haller L., **Parental Kidnapping**, Journal of the American Academy of Child Psychiatry, 22, 3: 279-285, 1983
- Haller L., Status Offenders, A Mental Health Perspective in **Alternatives Means Of Family Dispute Resolution**, American Bar Association, 1982, 493-510 (book chapter)
- Miler R., Haller L., Whanger A., **Schizophrenia Presenting As Aphasia: A Case Report**, North Carolina Journal of Mental Health, Volume 9, Number 16, Summer 1982
- Haller, L., Before the Judge: The Child Custody Evaluation in The American Society For Adolescent Psychiatry, University of Chicago Press, Volume IX, 1981 (book chapter)
- Haller L., (Book Review) **Child Psychiatry And The Law**, by Schetky and Benedek, Newsletter of the American Academy of Psychiatry and Law, 1981
- Coppolillo H., Horton P., Haller L., **Secrets And The Secretive Mode**, Journal of the American Academy of Child Psychiatry, 20: 71-83, 1981
- Haller L., Guardianship: An Alternative to "I'm Sorry", Bulletin Of American Academy Of Psychiatry And The Law, Volume VII, Number 3, September 1979
- Haller L., The Role of the Psychiatrist in Child Proceedings in Advocating For **Children In The Courts**, American Bar Association, 1979, 294-307-308, (book chapter)
- Buxton M., Dubin L., Haller L., Lawyers and the Juvenile Court as Therapeutic Adjuncts, Journal Of Legal Medicine, February 1978
- Haller L., (Book Review) A Sexual Profile of Men in Power by Janus S., Bess B., Saltus C., Bulletin Of American Academy Of Psychiatry And The Law, Volume VI, Number 3, September 1978
- Haller, L., Dubin L., Buxton M., Use of the Legal Systems as a Mental Health Service for Children, Journal Of Law And Psychiatry, Volume 6, Number 3, Fall 1978
- Dubin L., Buxton M., Haller L., Improving the Relationship Between Mental Health Workers and Lawyers, Research Communications In Psychology, Psychiatry, And Behavior, Volume 2, Number 7, 1975
- Blazer D., Haller L., Pentazocine Psychosis: A Case of Persistent Delusions, Diseases Of The Nervous System, Volume 36, Number 7, 1975

## PROFESSIONAL MEMBERSHIPS AND COMMITTEES:

### AMERICAN PSYCHIATRIC ASSOCIATION. 1977 - PRESENT
Member: Task Force for local arrangements. 1998-99
Corresponding Member: Psychiatry and Mental Health in Schools. 1996-97
Council on Children, Adolescents and Their Families. 1996-97

### AMERICAN ACADEMY OF CHILD AND ADOLESCENT PSYCHIATRY
Liaison: American Academy of Psychiatry and Law for Child and Adolescent Issues. 1997 - present
Member: Rights and Legal Matters Committee. 1986-88
Washington, D.C. Chapter Program Committee. 1981-82

### AMERICAN SOCIETY FOR ADOLESCENT PSYCHIATRY

### AMERICAN ACADEMY OF PSYCHIATRY AND LAW
Chesapeake Bay Chapter: President. 1998-1999
Chesapeake Bay Chapter: Treasurer. 1995-97
Member: Child and Adolescent Committee. 1994-96
Member: Program Committee. 5/80 - 10/84
Member: Education Committee. 1978-84

### MARYLAND MEDICAL AND CHIURGICAL SOCIETY. 1979 - PRESENT

### BOARD OF EDUCATION, MONTGOMERY COUNTY
Citizen's Advisory Committee on Mental Health. 1992-93

### MONTGOMERY COUNTY MEDICAL SOCIETY. 1979 - PRESENT
COMMITTEES:
Inter-professional Committee of Montgomery County Bar Association and Montgomery County Medical Society, Co-chair. 1997 - present
Inter-professional Committee. 1993-94, 1996-97
Membership Committee. 1992-94
Legislative Committee. 1980-89, 1993-94, 1997-98
Mental Health Committee. 1980-81

### MONTGOMERY COUNTY CHILD ABUSE AND NEGLECT SUBCOMMITTEE – COUNCIL ON CHILDREN AND YOUTH. PAST MEMBER

### MONTGOMERY COUNTY PUBLIC SCHOOLS
Mental Health Committee
Chairman and Member. 1986 - 1993
Suicide Task Force.
Member. 1986

Medical Advisory Committee
Member. 1980 - 1991

Mental Health Sub-Committee
Chairman. 1982-86
Member. 1980-82

**WASHINGTON PSYCHIATRIC SOCIETY**
      Member: Suburban Maryland Chapter Peer Review Committee.
      1994 - present
      Treasurer: Maryland Suburban Chapter. 1991-92
      Member: Executive Committee of Suburban Maryland. 1990-91
      Forensic Committee. 1982-83

**SOCIETY AFFILIATION:**
**SINCE:**

| | |
|---|---|
| 1983 | Chesapeake Bay Chapter of American Academy of Psychiatry and Law |
| 1979 | American Academy of Child Psychiatry |
| 1979 | Montgomery County Medical Society |
| 1979 | Washington, D.C. Chapter of American Society of Adolescent Psychiatry |
| 1979 | Metropolitan Washington and Suburban Maryland Chapters of the American Psychiatric Association |
| 1979 | Washington, D.C. Chapter of American Academy of Child Psychiatry |
| 1978 | American Society for Adolescent Psychiatry |
| 1977 | American Psychiatric Association |
| 1977 | American Academy of Psychiatry and Law |
| 1968 | Phi Rho Sigma Medical Fraternity |

**ADDITIONAL EXPERIENCE AND APPOINTMENTS:**

  Theater IV - Educational Theater Project on Missing and Run-away Children
    Member: Advisory Committee. August 1995

  Montgomery County Government, Rockville, Maryland
    Independent Contractor to provide evaluations. July 1985 - 1986

  Office of Workers Compensation, Washington, D.C.
    Medical Provider, July 1986 - 1988

  Georgia Regional State Hospital, Savannah, Georgia
    Consultant Psychiatrist on Child and Adolescent Unit,
    March - June 1979

  Liberty County Mental Health Center, Hinesville, Georgia
    Child Psychiatric Consultant, August 1977 - June 1979

  Jackson State Prison, Jackson, Michigan
    Consultant, August 1976 - July 1977

  Center for Forensic Psychiatry, Ypsilanti, Michigan Preceptorship. 1968-69
    Research, psychiatric evaluations and physical exams. 1969-72
    Consultant; performed competency to stand trial and criminal
    responsibility evaluations. July 1975 - August 1976

**A LIST OF EXPERT WITNESS EVALUATIONS PERFORMED IS AVAILABLE UPON REQUEST.**

# LEE H. HALLER, M.D., F.A.A.C.A.P., F.A.P.A.
*Child, Adolescent, Adult and Forensic Psychiatry*

9800 Falls Road, Suite 2  •  Potomac, Maryland 20854
Tel. 301-983-5211  •  Fax 301-983-5213
www.drhaller.com

## UPDATE 1999 - 2007
### Publications, Presentations, and Honors

Publication, "Juvenile Competency" in the annual report of the Montgomery County Juvenile Justice Commission, October, 2007

Lectures on: 1) Forensic Aspects of Private Psychiatric Practice, 2) Overview of Criminal Aspects of Forensic Psychiatry, and 3) Overview of Civil Aspects of Forensic Psychiatry to the West Slope CASA Psychiatry Symposium, September 21, 2007, Grand Junction, Colorado.

Lecture to Georgetown University Hospital psychiatry residents on "Forensic Aspects of Private Practice", September 6, 2007

Appointed as book reviewer for the Journal of the American Academy of Psychiatry and the Law, 2007

Lectures to CINA attorneys: Psychiatric Evaluations of Parents and Children, and Appropriate Use of Psychoactive Medication, June 13, 2007.

Lecture to Montgomery County psychiatrists on performing parental fitness evaluations, May 2, 2007

Lectures to child psychiatry residents at Children's National Medical Center on forensic child psychiatry, child custody evaluations, and juvenile delinquency, April 4, 11, 18, 2007

Presentation to private high school guidance counselors on psychiatric medications, March 31, 2007

Lecture to psychiatry residents at Georgetown University, Department of Psychiatry on "Issues in Juvenile Criminal Assessments", March 29, 2007

Listed in Strathmore's Who's Who, 2007

Listed in America's Registry of Outstanding Professionals, 2007

Listed in The Global Directory of Who's Who, 2007

Grand Rounds speaker for the Dept. of Psychiatry, Howard University Hospital on "Forensic Psychiatry in Your Practice", August 10, 2006

Lectures to child psychiatry residents at Children's National Medical Center on forensic child psychiatry, child custody evaluations, and juvenile delinquency, May and June, 2006

Appointed to American Board of Psychiatry & Neurology to write questions for the "child" psychiatry board examinations, April, 2006

Organized and moderated a day long continuing medical education conference for the Child and Adolescent Psychiatric Society of Greater Washington on "Interface of Child Psychiatry and Law", March 18, 2006

Paper presentation "Forensic Aspects of Child Psychiatric Practice" presented at the Child and Adolescent Psychiatric Society of Greater Washington annual meeting, March 18, 2006

Lecture to private school counselors on diagnosis and treatment of bipolar disorder in childhood and adolescents, March 4, 2006

Reappointment to Montgomery County Commission on Juvenile Justice, January, 2006

Organized and presided over panel presentation on juveniles and the death penalty at the annual meeting of the American Academy of Psychiatry and the Law, October, 2005

Paper presentation titled: Roper v. Simmons: U.S. Supreme Court re-examines death penalty for juveniles, presented at the annual meeting of American Academy of Psychiatry and the Law, October, 2005

Lecture to Good Counsel High School counselors, "Pediatric Bipolar Disorder", September 21, 2005

Lectures to child psychiatry residents at Children's National Medical Center on forensic child psychiatry, child custody evaluations, and juvenile delinquency, May 25, June 1, and June 8, 2005

Examiner of candidates taking oral certification examination in psychiatry given by American Board of Psychiatry and Neurology, April, 2005

Book Chapter, "Juvenile Delinquency Evaluations", Lubit R, Mills M, van Gorp W, in Forensic Psychiatry: Evaluation and Assessment, Lippincott Williams & Wilkens, in press

Lecture to the Ephesians Life Ministries, Inc., "Legal Aspects of Psychotherapeutic Relationships", December 3, 2004

Lecture to the 3rd Annual Interdisciplinary Conference of the Superior Court of the District of Columbia Family Court, "Appropriate and Inappropriate Use of Psychoactive Medication in Children", October 4, 2004

Lecture to the Bethesda Youth Services staff, "Appropriate and Inappropriate Use of Psychoactive Medication in Children", September 29, 2004

Lectures to child psychiatry residents at Children's National Medical Center on forensic child psychiatry, child custody evaluations, and juvenile delinquency, May 26, June 2 and 9, 2004

Presentation to the 11th National Conference on Children and the Law co-sponsored by the American Psychological Association, Washington, D.C., "Appropriate and Inappropriate Use of Psychoactive Medication in Children", June 4, 2004

Grand Rounds speaker for the Dept. of Psychiatry, Children's National Medical Center, Washington, D.C. on "The Psychiatric and Legal Implications of the Lee Boyd Malvo Case", April, 2004

Book Chapter, "Treatment of Juvenile Offenders" in Textbook of Adolescent Psychiatry, Rozner R, (ed), Edward Arnold Publishing, London, England, 2003

Lecture/case conference with Georgetown psychiatric residents at R.I.C.A., March 26 and November 5, 2003, February 4, 2004

Lectures to child psychiatry residents Children's Hospital on forensic child psychiatry, custody evaluations, and juvenile delinquency, January 15, April 16, 23, 30, 2003

Lecture to CASA trainees on "Terminating with Your Child/Client", March 19, 2003

Lecture to child psychiatry residents at Children's Hospital, Forensic Aspects of Psychopharmacology, January 15, 2003

2

Lecture to Georgetown University psychiatry residents "Forensic Aspects of Evaluating Juvenile Delinquents", October 10, 2002

Book Review of Principles and Practice of Child and Adolescent Forensic Psychiatry, Schetky DH and Benedek, EP in Journal of American Academy of Child and Adolescent Psychiatry, 2002

Book Editor, Forensic Psychiatry, Child and Adolescent Psychiatric Clinics of North America, Vol. 11,#4, October 2002

Book Chapter, "The Forensic Evaluation and Court Testimony", Child and Adolescent Psychiatric Clinics of North America, Vol. 11, #4, October 2002

Book Chapter, "Overview of Child Forensic Psychiatry", Child and Adolescent Psychiatric Clinics of North America, Vol. 11, #4, October 2002

Lecture to CASA trainees, November 2001

Washington Psychiatric Society Newsletter, Legal Update column, "Keeping Family Members Names and Addresses Current Can Save You From a Law Suit", July/August 2001

Lectures to child psychiatry residents at Children's Hospital, Forensic Psychiatry: Consent to Treatment, May 9, 2001; Confidentiality in Treatment, May 2001 & April 2002; "Child Custody", January 2001 & April 2002; Juvenile Justice, April 2002

Book review of Psychological Consultation in Parental Rights Cases in The Journal of the American Academy of Psychiatry and the Law, Vol. 28, Number 4, 2000

Book Chapter, "Forensic Aspects of the Violent Delinquent" in Juvenile Violence, Child and Adolescent Psychiatric Clinics of North America, Lewis, D.O. (ed.) Vol. 9, Number 4, October 2000

Lecture to CASA trainees on "Terminating With Your Child/Client", October 2000

Participant in Task Force on Juvenile Violence for the American Academy of Child and Adolescent Psychiatry, November 1999 - February 2000

Lecture: "Evaluation of Competency in a Minor" presented at Legal Services Provider's Summer Training: sponsored by Community Services Administration, Maryland Legal Services, 1999

Article for the Montgomery County Medical Society bulletin on "Juvenile Violence", October 1999

Presentation to Legal Service Providers, summer training session on "Competency in Minors", June 17, 1999

Presentation to CHADD on comorbid conditions presenting with A.D.D., June 16, 1999

Lecture to CASA trainees on "Terminating With Your Child/Client", March 19, 1999

Lecture on Law in Psychiatry to Mental Health Professionals of Student Health Services, University of Maryland, March 19, 1999

Lecture to CASA trainees on normal child development, February 25, 1999

Grand Rounds speaker for the Dept. of Psychiatry and Psychology, Children's Hospital, Washington, D.C. on Essentials of Mental Health Law Regarding Minors, February 3, 1999

## Honors and Appointments

Who's Who in Medical Sciences Education, 2005

Appointed by the American Board of Psychiatry and Neurology, as examiner for the oral boards, March 2005

Appointed by the American Board of Psychiatry and Neurology, Inc., to serve on the Child and Adolescent Psychiatry to write questions for the Board examination, 2005-12/31/08

Who's Who in Executives and Professionals, 2005-2006

Strathmore's Who's Who, 2004-2005

Appointed as a Fellow in the American Psychiatric Association, December 2003

Appointed to the Commission on Juvenile Justice, Montgomery County, Maryland, September 2003-2007

Washington Psychiatric Society, Board of Directors, representative from American Academy of Psychiatry and Law, 2003

Appointed as a Fellow in the American Academy of Child and Adolescent Psychiatry, September 1999

Member executive committee of Suburban Maryland Chapter of Washington Psychiatric Society, Fall 1999

## Teaching

Clinical Professor of Psychiatry at George Washington University Hospital, Dept. of Psychiatry, 2004

## Hospital Affiliations

Resigned from the staff of Shady Grove Hospital and Charter at Potomac Ridge Hospital (due to change in practice location), 1988