IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLADYS CLAUDETTE SUTTON** | : |
| Plaintiff, | : |
| v. | : Case No. 07–1197 (JDB) |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** | : |
| Defendant. | : |

## DEFENDANT WMATA'S "CONSENT" MOTION FOR A ONE WEEK EXTENSION TO FILE IT'S RULE 26(a)(2)(B) EXPERT DISCLOSURES

Pursuant to LCvR 7 and Fed. R. Civ. P. 6(b), Defendant WMATA with Plaintiff's consent, moves the Court to modify its November 1, 2007, order requiring Defendant to file its Rule 26(a)(2)(B) expert disclosures by January 28, 2008,[1] and to grant it a one week extension, or until February 4, 2008, to file its expert disclosures. No other dates will be affected by this short extension.

### Memorandum of Points and Authorities

1. Defendant has retained numerous experts in this wrongful death survival action. There has been a vast amount of discovery accomplished to date

---

[1] This is with the exception of Lee Haller, M.D., a child psychiatrist, who will performing an independent psychiatric examination on decedent's daughter Aubria Sutton in the near future. There is a pending motion regarding the parameters of Dr. Haller's examination scheduled to be resolved by the Court on Monday, January 28, 2008, at 5:15 p.m. by conference call. See Minute Order dated January 22, 2008. At that time the can then set a date for Dr. Haller's expert disclosure.

which experts needed to review in order to formulate their opinions and prepare written reports consistent with the rules. Because of extremely busy and demanding schedules and heavy case load demands, WMATA needs an additional one week extension to finalize it's expert witness reports, and file its Rule 26(a)(2)(B) Disclosures.

    2.  The parties are co-operating in discovery and Plaintiff will not be prejudiced by this short extension.

    Wherefore Defendant WMATA requests until February 4, 2008 to file its Rule 26(a)(2)(B) Expert disclosures.

                                    Respectfully submitted,

                                    /s/
                            Fredric H. Schuster, #385326
                            600 Fifth St., N.W.
                            Washington, D.C. 20001
                            (202)-962-2560
                            Counsel for Defendant  WMATA

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served electronically upon counsel for Plaintiff this 25th day of January 2008.

                                  /s/
                            Fredric H. Schuster

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GLADYS CLAUDETTE SUTTON** :
:
**Plaintiff,** :
:
**v.** : Case No. 071197 (JDB)
:
**WASHINGTON METROPOLITAN** :
**AREA TRANSIT AUTHORITY** :
:
**Defendant.** :
:

### ORDER

Upon the consent motion of Defendant WMATA for a one week extension to file its Rule 26(a)(2)(B) Expert Disclosures, it is this _____ day of January_____, 2008, ordered that the motion is Granted. WMATA shall file its Rule 26(a)(2)(B) Expert disclosures on or before February 4, 2008.

_____
John D. Bates, United
States District Court, D.C.

cc: Counsel of record