UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLADYS CLAUDETTE SUTTON,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>    Defendant. | Civil Action No. 07-1197 (JDB) |

### SCHEDULING ORDER

Pursuant to the status conference held with the Court on this date, it is hereby

**ORDERED** as follows:

1. Discovery shall be completed by not later than May 2, 2008.

2. Based upon the agreement of the parties, this case is hereby **REFERRED** to **MEDIATION** to commence on May 1, 2008 and to conclude on June 30, 2008. In accordance with L. Civ. R. 84.8, counsel and the parties, including persons with settlement authority, are directed to attend the mediation sessions. The Clerk of the Court shall furnish a copy of this Order to the Circuit Executive's Office for purposes of arranging mediation and assigning a mediator. The parties shall promptly notify the Court if the case settles in whole or in part.

3. Motions shall be filed by not later than April 21, 2008. Oppositions thereto shall be filed by not later than May 5, 2008 and replies thereto shall be filed by not later than May 15, 2008.

4.	A status conference is scheduled for July 9, 2008 at 9:00 a.m.

5.	A pretrial conference is scheduled for July 25, 2008 at 9:00 a.m. Trial is scheduled to commence on September 15, 2008 and continue for two weeks.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated:   April 2, 2008