**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **GLADYS CLAUDETTE SUTTON** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case Number: 1:07-CV-1197** |
| | : | **(JDB)** |
| **WASHINGTON METROPOLITAN AREA** | : | |
| **TRANSIT AUTHORITY (WMATA)** | : | |
| | : | |
| **Defendant.** | : | |

**DEFENDANT'S MOTION _IN LIMINE_ TO EXCLUDE THE TESTIMONY OF**
**PLAINTIFF'S EXPERTS JOSEPH H. ROSE AND DR. GERALD STALLER**

Plaintiff has designated a vocational rehabilitation expert, Joseph H. Rose, to

testify that had decedent, Angel Walters, not died, she would have earned an

Associates in Applied Science in Nursing (AASN) Degree from the University of the

District of Columbia (UDC), and become a Registered Nurse (RN) by July of 2009, or in

the alternative, obtained her Licensed Practical Nurse (LPN) certificate.[1]  Plaintiff's labor

economist, Jerome M. Staller, Ph.D., relying upon the assumptions of Mr. Rose, has

projected lost income to decedent's estate based upon decedent obtaining her AASN

Degree and becoming a Registered Nurse by July of 2009, and obtaining a Bachelor of

Science Degree in Nursing (BSN) by July 2012.[2]  See October 10, 2007 Report of

---

[1]      See October 30, 2007 Rose Report, Exhibit 1. The report does not opine when decedent might have obtained an LPN certification.

[2]      Dr. Staller does not offer an expert opinion regarding loss of income to the estate based upon his assumption that decedent would have obtained her LPN certificate.

1

Staller, *et al.*, Exhibit 2.[3]  As this motion will illustrate, this testimony should not be permitted because the factual assumptions upon which the opinions are predicated consist of nothing more than "rampant speculation."  Joy v. Bell Helicopter, 999 F.2d 549, 568 (D.C. Cir. 1993); accord WMATA v. Davis, 606 A.2d 165, 177-179 (D.C. 1992).  Accordingly, Mr. Rose's and Dr. Staller's opinions should appropriately be excluded.  The only evidence that meets the standard of admissibility places Ms. Walter's earning capacity as that of a high school graduate.[4]

## STATEMENT OF UNDISPUTED FACTS

Angel C. Walters died on February 17, 2007.  At the time of her death she was 21 years old.[5]  She graduated Calvin Coolidge Senior High School in Washington, D.C. in the Spring of 2003. Her grades were mostly C's and D's, and she failed three classes.  Her cumulative GPA was 1.62. See Calvin Coolidge High School Transcript, Exhibit 3; Sampeck 2/1/08 Expert Report, Exhibit 4.  In Fall 2006, she applied to the University of the District of Columbia (UDC). UDC has an "open admissions" policy that allows anyone to attend without passing any admissions tests.   January 14, 2008 Dep.

---

[3]        On April 15, 2008, Plaintiff submitted as a "rebuttal" report, a supplemental report from  Dr. Staller opining as to the lost earnings to decedent's estate had she continued to work as a security guard at Admiral Security where she was employed at the time of her death. This supplemental report was not genuine rebuttal, but rather an attempt to add a new theory of economic loss. The belated opinion is untimely under the scheduling order that required Plaintiff's Rule 26(a)(2) Statement by November 12, 2007.

[4]        Dr. Staller did not perform calculations based upon this assumption. Therefore, WMATA's  expert testimony, that of Dr. Borzilleri, for lost earnings for a high school graduate, stands uncontradicted.

[5]She was born on April 28, 1985.

2

of Dr. Connie B. Webster at 12-13, Exhibit 5. She was accepted in December 2006 for

the Spring 2007 semester, beginning on January 18, 2007. Id. at 10, 12, 27. Upon

acceptance to UDC, all new freshman and transfer students are required to take basic

skills assessment tests in math and English. The tests are administered to determine

appropriate course placement. Id. at 13-16. Decedent was tested on January 4, 2007.

As a result of her scores, which indicated "she needed remediation in order for her to

perform at college level, she was placed in three (3) remedial courses in Reading

Improvement, English Fundamentals, and Math. Id. at 14-16, 21, 23-25, 31.  At the time

of her death,  she was a part-time evening student taking remedial classes. These were

the only courses in which she was enrolled. The Nursing Program consists only of

college level courses. At the time of her death Ms. Walters was not enrolled in any

college level or nursing courses, including anatomy and physiology, chemistry,

psychology, pharmacology, and microbiology .  After attending these remedial classes

for approximately three weeks, she died, without completing any course at UDC. Id. at

12, 17-18,  26, 28, 31-32, 38, 47. Even if she had completed these initial remedial

classes, she would still then have been required to take and pass additional remedial

courses before being permitted to take any college level courses, including pre-nursing

courses. Id. at 61-63, 66-67.

At the time of her application to UDC, decedent indicated her interest in nursing

and listed "Nursing (2-yr)" as her major.[6]  Id at 16, Jan. 4, 2007 UDC form, Exhibit 6.

---

[6]This is the entry level 2- year Associate and Applied Science in Nursing
(AASN) program to become an Registered Nurse (RN). Webster Dep. at 18-19,
Exhibit 5.

3

This indication by the student merely notes an aspiration or interest  to be a Nursing major, assuming she is able to meet the prerequisites of, and actually be accepted into, the program.  As Dr. Connie Webster, the chairperson for UDC's Department of Nursing stated:

> It means that a student is declaring nursing as a major and that the nursing unit would be responsible for guiding, advising and directing the student. But it does not mean, especially for the nursing program, that the student has been accepted as a nursing major for the clinical part.

Id. at 9, 27, 49-51.

In fact, the UDC website for the Department of Nursing and Allied Health specifically states "Admission to the University **does not** guarantee admission to the Nursing Program.  Students **are not** automatically admitted to the Nursing Program by indicating an interest in nursing or declaring nursing as a major. Students must make application to the program and nursing admission is competitive"[7] (emphasis in original).  Exhibit 7. At the time of her death, decedent had not been accepted into the nursing program,[8] nor had she taken any college level or nursing courses.  Webster Dep. at 18, 26, 37-38.  Dr. Webster explained:

Q. Okay. At the time of her death, she had not been accepted into the nursing program, had she?

A. No.

Q. Ok.

---

[7]See: www.udc.edu/academics/nursing/nursing_program.htm

[8]Only after one is accepted into the nursing program is she considered a nursing major. Webster Dep. at 63, Exhibit 5.

A. Clinical component of the nursing program, no, which is the nursing program.

Q. That's right.

A. She had been accepted at the University looking at nursing as a major and we were advising her, but she had not been accepted into the clinical component of the nursing program.

Q. There was a long way to go.

A. Yes.

Q. And nursing is very focused on clinical practice, correct?

A. Yes.

Id. at 18.[9]  Dr. Webster further stated that she could not predict one way or the other whether or not decedent would have been accepted into, or successfully completed the full Nursing program.  Id. at 48.

The UDC Nursing Program offered two degrees. The entry level, 2-year degree is the Associate and Applied Science (AASN) degree in Nursing, which qualifies the graduate as a registered nurse, or RN. To obtain the RN degree, one must complete 72 credit hours and pass an exit exam.[10] Before applying for admission to the

---

[9] "And just expressing an interest doesn't mean you get accepted into the [Nursing] program."  Id. at 54; Webster Dec. 1, 2007 e-mail, Dep. Exh. 6, Exh. 8.

[10] The two year RN program requires a student to first complete 24 credit hours of pre-nursing college level courses including anatomy and physiology lecture labs one and two, psychology, chemistry, English composition one and two. "After the student has completed the prerequisite nursing courses, then they must make application for the second part which is acceptance into the clinical or nursing part of the program. That part of the program consists of nursing, med[ical] surg[ical] nursing, nursing care of children, that's both one and two, pharmacology, microbiology and a nursing process course. All total, those prerequisite courses

advanced 4 - year Bachelor of Science in Nursing (BSN) program, one has to first become a registered nurse who has passed a national licensure exam and become Board certified. Id. at 18-20, 33-34, 43, 46-47.

UDC also offered a program to obtain a licensed practical nurse (LPN) certificate. This is not a degree program. However, as Dr. Webster noted, decedent had not applied to the LPN program nor indicated it as "her area of interest." Id. at 41-42, 49.

At the time of her death, decedent was employed as a security guard with Admiral Security, earning $10.50 an hour.[11] At Admiral, the lowest level position is the security guard. The position above security guard is site supervisor, and above that position, account manager. It typically requires a security officer 3 to 5 years to achieve promotion to site supervisor. There is a high 300% turnover rate per year for Admiral security guards. At the time of her death, decedent had not received a performance evaluation. Mar. 19, 2008, Dep. of George Filsinger, at 9-11, 17, Exhibit 9, and April 5, 2008 Supplemental Report of Joseph Rose, at 2, Exhibit 10.

Prior to her job at Admiral Security, Ms. Walters worked at several part-time positions, earning between $7.10-9.00 an hour. Decedent was terminated from her job as a cashier at Giant grocery store[12] for tardiness and excessive absences, and from

---

equate to 72 credit hour hours." Webster Dep. at 31-32.

[11]According to subpoenaed Admiral Security records, decedent was hired on or about October 10, 2006.

[12]She was hired in February of 2006 and was terminated in October of 2006.

another job as a care manager at Brighton Gardens[13] due to repeated tardiness and

mis-communication.  She worked at VMT Home Health Care, Inc. from December of

2004 through March of 2005 and received a "below average" overall rating

based upon "below average" performance ratings in quality of work, productivity,

reliability and dependability, attendance, creativity, working with others, and adherence

to company policies.  February 1, 2008 Sampeck Report at 3, Exh. 4, Feb. 19, 2008,

Rose February 19, 2008 Dep. at 9-15, Exh. 11.

    2.    <u>The Standard for Admissibility of Expert Testimony</u>

The D.C. Circuit set the standard for admissibility of expert testimony in <u>Joy</u>,

<u>supra</u>, 999 F.2d at 568, recognizing that a district court does not abuse its discretion by

excluding expert testimony is based upon "'rampant speculation'" <u>Id</u>. at 568 (discussing

and relying upon <u>Northern Inc. v. Boxberger</u>, 529 F.2d 284, 286-7 (9th Cir. 1975)).

In <u>Joy</u>, the decedent's tax returns showed that he earned $14,680 during the

prior year as owner of a toy store.  An expert presented four scenarios under which he

provided a range of estimates for the income that Mr. Joy might have earned if he had

survived.   Two of the scenarios presumed he would have gone into consulting.  The

bases for concluding that Mr. Joy would move into consulting were (1) his conversation

with Mrs. Joy, and (2) the fact that Mr. Joy once assisted a woman in Texas in starting a

toy store, although he received no compensation for his services, except perhaps a

discount on a car.  Under a third scenario, the expert's conclusion that Mr. Joy would

move into wholesaling was premised on the fact that Mr. Joy had on occasion received

---

[13]She was hired in July of 2005 and terminated in August of 2005

discounts for pooling his inventory purchases with other toy stores.  The D.C. Circuit

agreed that the challenged expert opinion "was based solely on guesswork, speculation

and conjecture." Id. at 569-70.

The D.C. Circuit concluded that the Joy case was similar in many respects to In

Re Air Crash Disaster in New Orleans, 795 F. 2d 1230, 1233 (5th Cir. 1986), which was

cited with approval in Coleman v. Farkline Corp., 844 F.2d 868, 867, n.3 (D.C. Cir.

1988).  In re Air Crash Disaster, the decedent was a "key figure" in the management

of a group of marine companies that filed for bankruptcy shortly after his death.  The

Fifth Circuit held that the expert's testimony was so fundamentally flawed that the

district court had abused its discretion by admitting it.  The expert had assumed that the

decedent would have received an 8% salary increase each year for 40 years, which the

Court held "unsupported by the records and completely incredible."  Secondly, the

expert assumption that the decedent would maintain an effective tax rate of 5%

throughout his career was considered "even more incredible." Third, the expert  "failed

to consider . . . . the limits on future expansion on the decedent's companies, the

cyclical nature of the marine industry or the future personal choices that the decedent

might make to avoid work-related health and stress problems, and finally the expert

"inappropriately," assumed that the decedent would begin saving at a rate of up to 20%

a  year, despite the fact that he had virtually no savings at the time of his death.  Id. at

1234-35.

       3,       Application of the *Joy* Standard Must Result in Exclusion of the Testimony
of Rose and Staller.

As noted by Dr. Webster, decedent had not indicated an interest in becoming an

LPN, much less applied to the certificate program at the time of her death.  Decedent had done no more than indicated an interest in pursuing the 2 - year AASN program which if completed could lead to becoming a registered nurse (RN).  She had neither applied for, nor been accepted to, UDC's Nursing program. Ms. Walters graduated high school with a poor record, and her initial placement scores at UDC only support the conclusion that she probably would not have succeeded in a college environment and advanced to the scientifically rigorous nursing program.[14]  She had done the equivalent of Mr. Joy's setting up one toy store, Joy, 999 F.2d at 568, – she had enrolled  in remedial classes, which she  attended for only 3 weeks prior to her death. Given her record of being fired from previous jobs for attendance problems, her academic history, and the rigors of anatomy, chemistry and physiology in a college environment, it is "rampant speculation" that decedent would have obtained a LPN certificate, much less been accepted in and completed the difficult college level course work necessary to obtain the AASN and/or the B.S. in Nursing. Joy, supra.[15]

        In WMATA  v. Davis, supra, 606 A.2d at 177-179, (Rogers, J.), the DC Court of Appeals rejected similar opinions of Joseph H. Rose. The Court observed that Mr. Rose, and therefore the economist who based his opinions on Mr. Rose's assumptions, did not have a sufficient factual basis to support his assumption that plaintiff would have

---

[14]      Even plaintiff's expert, Mr. Rose, admits that "It is correct that she would have been challenged by the remedial courses that she was required to take."   Rose, April 5, 2008 Supplemental Report, at 2, Exhibit 10. The nursing program consisted of college level courses only, none of which decedent had enrolled in before her death.

[15]      Fed. Rule of Evid. 702 requires an expert's opinion to be "based upon sufficient facts or data."

been a professional, stating that she earned only C's in school, and that her parents had only a high school education.[16]  Relying upon Gilborges v. Wallace, 379 A.2d 269 (N.J. Super. 1978), where the court granted a new trial on damages attributed to a high school senior who wanted to become a veterinarian, the Davis Court rejected Mr. Rose's assumptions because of the lack of a sufficient evidenciary foundation to support his speculative opinions. Davis, 606 A.2d at 177-178.

In a belated untimely effort to raise some colorable claim from Mr. Rose's speculation, plaintiff now seeks to extrapolate from Ms. Walter's part-time work as a security guard to provide her with potential earnings of $35,000 to $95,000 as a Portfolio Manager or Account Manager for Class A buildings.  This theory is based upon a conversation with her supervisor at Admiral Security, George Filsinger, who testified that security guards can conceivably advance to account managers, and ultimately portfolio managers.  In his deposition, however, Mr. Filsinger acknowledged that it was "speculation" as to whether Ms. Walters would have risen to that level, and that out of over 330 security guards, there are only four account managers and one portfolio manager.  Mar. 19, 2008, Filsinger deposition at 13,19, Exhibit  9.   He further testified that turnover was 300% in the security guard workforce.  Id. at 17.  Thus, the odds of Ms. Walters  becoming an account manager or portfolio manager even if she could survive as a security guard with a 300% turnover rate (which is unlikely) are incredibly

---

[16]    Neither of decedent's parents graduated high school. See Angel Walter's undated UDC essay provided by Plaintiff on April 15, 2008.

small.[17]  Dr. Staller did not even think this a serious enough theory upon which to

submit any calculation of future lost income, and such sheer speculation should not be

allowed.[18] October 10, 2007 Staller Report, Exhibit 2.

    4.   Conclusion

    The expert testimony that assumes Ms. Walters would become a registered

nurse (RN), and later obtain either a B.S. in Nursing, or the lesser LPN certificate is too

speculative to be admitted at trial. Likewise, Plaintiff's recent attempt to claim decedent

would have continued to work as a security guard is too speculative to be admitted

because decedent's declared ambition was to work in health care, not in security.[19]

Accordingly, the testimony of Mr. Rose and Dr. Staller should be excluded.

                **Respectfully submitted,**

                **WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY**

                _____
                    **/s/**
                **Fredric H. Schuster #385326
Associate General Counsel**

---

[17]    The Supplemental Rose Report recognizes that it would have taken her five years to be promoted to a supervisor.  Exhibit 10 at 2.

[18]    Ms. Walters had only worked at Admiral for a few months, and had not had a single performance evaluation.  Filsinger Dep. at 19, Exhibit 9.  Moreover, she had already had a conversation with Mr. Filsinger  that indicated her long-term ambition was in nursing, rather than security Id. at 20.  Her limited tenure does not support a projection of success and advancement supporting an expert opinion.

[19]    Plaintiff's belated recent attempt to now claim decedent would have remained working as a security guard for Admiral Security instead of pursuing a nursing career, guised under the rubic of "rebuttal reports" should be rejected. See Rose April 5, 2008 Supplemental Report, Exhibit 10, and April 14, 2008 Staller Supplemental Report, Exhibit 12. Halcomb v. WMATA, 254 F.Supp.2d 24 (D.D.C. 2007).

_____/s/_____
**David J. Shaffer #413484**
**Assistant General Counsel**
**600 Fifth Street, N.W.**
**Washington, D.C.  20001**
**(202) 962-2820**
**Attorneys for Defendant WMATA**

**Certificate of Service**

I hereby certify that a true copy of the foregoing was electronically served upon counsel of record this 21st day of April, 2008.

_____/s/_____
**Fredric H. Schuster**

12

Rehabilitation Counselors, Incorporated
P.O. Box 1217
Bowie, Maryland 20718
Phone: 202-408-9555    Fax: 301-352-5331

**Joseph H. Rose M.Ed., C.R.C.**
**Vocational Expert**

October 30, 2007

Paul J. Maloney, Esquire
Kelly M. Lippincott, Esquire
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036

Re:    **Angel Claudette Walters, Deceased v. Washington Metropolitan Transit Authority**
       Vocational Assessment/Occupational Outlook

## Referral

This vocational assessment/occupational outlook is pursuant to your request to evaluate the decedent, Angel C. Walters' current and future employability and wage earning capacity had she not been killed on February 17, 2007, by a Metro Bus. I had access to medical and other file records and initial disclosures provided by your office, that I will not individually identify at this time. However, I reviewed the information for a history of her injuries, work history and educational attainments, as well as future educational plans.

I interviewed her mother, Gladys C. Sutton and other family members, initially on September 20, 2007 and Mrs. Sutton again on October 30, 2007 for an overall personal, educational and work history of the decedent. This information was adequate for me to assess Angel Walters' past and future employability within a reasonable degree of professional certainty in the field of rehabilitation counseling.

## Client History

Angel Walters was a twenty-one year old woman who was born on April 28, 1985 in Washington, D.C. She was a 2005 graduate of Calvin Coolidge High School, Washington, D.C. It should be noted that the decedent became pregnant while in high school, but never dropped-out, due to her determination to earn her high school diploma. While she was pregnant, she had a tutor, and attended high school at night until she delivered her daughter, Aubria Walters. After the birth of Aubria, she returned to regular classes at Calvin Coolidge High School. After completing high school, the decedent earned a Certificate in Home Health Care from the VMT Nursing School, located in Washington, D.C., in 2006. At the time of her



death, she was enrolled in the Nursing Program at the University of the District of Columbia, pursuing a Registered Nursing Degree.

## Employment History

The following is an analysis of the jobs Angel Walters had held since approximately 2005. The skills developed and/or demonstrated during her employment provide a basis for determining future employability, as well as her future wage earnings capacity had she lived.

1. Position:             Security Officer
   Employer:             Admiral Security Services
   Dates of Employment:  5 – 6 months prior to her death
   Earnings:             $10.50 per hour, after her probationary period, she would have
                         participated in the companies 401K Plan and received health &
                         medical benefits.

2. Position:             Checker/Cashier
   Employer:             Giant Food, Inc.
   Dates of Employment:  Approximately 8 months
   Earnings:             $9.00 - $10.00 hr. (P/T)

3. Position:             Home Health-Care Attendant
   Employer:             VMT Nursing School
   Dates of Employment:  12/04 – 03/05
   Earnings:             $9.00 per hour (approximately)

## Medical/Status

Angel Walters' medical records are available to all parties and will not be repeated individually. However, she did not have any disabilities or problem issues that would have prevented her from realizing her dreams to become a registered nurse.

The Autopsy Report dated February 18, 2007, by Carolyn H. Revercomb, M.D., noted the following:

Final Diagnosis:

I.    Blunt-Trauma, head and neck.
II.   Blunt-Trauma, thorax and abdomen.
III.  Blunt-Trauma, extremities
IV.   Evidence of emergency medical intervention.

Cause of Death:   Multiple Blunt-Force Injuries

Page 3.
Walters.

## Occupational Outlook

Angel Walters' vocational/occupational outlook was extremely optimistic at the time of her death on February 17, 2007. She was enrolled in the Nursing Program at the University of the District of Columbia, pursuing a Registered Nurses Degree. Her initial course work was towards obtaining an Associate in Applied Science in Nursing (AASN), for the first two years and ultimately a Bachelor of Science in Nursing (RN). I met with Connie M. Webster, PhD., RN, CNA, BC, Professor, Chair/Director, Nursing and Allied Health, University of the District of Columbia on October 15, 2007, to get a first hand account of the nursing program. The U.D.C., Department of Nursing & Allied Health has a long and rich history of training nurses and individuals who work in the Allied Health Industry.

Dr. Webster indicated that she had met Angel Walters in her office prior to her death, and was impressed by Ms. Walters' overall demeanor and enthusiasm as well as her tender and nurturing attitude towards her daughter, Aubria Walters. Dr. Webster noted that the nursing graduates have employers recruiting them before they graduate.

In addition to the pursuit of a nursing degree, Ms. Walters was working as a security officer for Admiral Security Services. I spoke with her former supervisor, Mr. Buddy Silfinger, who stated that Angel Walters had a bright future with his company. He described her as a confident and dependable employee who had the potential to advance in the job. He noted that she could have advanced to Lead Officer or Site Supervisor within 6-8 months, and could have earned a range of $35,000 to $95,000 annually, if she became a Portfolio Manager or Account Manager for Class A Buildings.

According to the latest U.S. Department of Labor, Bureau of Labor Statistics, Occupational Employment Statistics, May 2005, Metropolitan Area Occupational Employment and Wage Estimates for the Washington-Arlington-Alexandria, DC-VA-MD-WV, are as follows:

### Licensed Practical Nurses

| Employment | Median Hourly | Mean Hourly | Mean ~~Hourly~~ Annual |
|---|---|---|---|
| 8,370 | $20.50 | $20.85 | $43,370 |

### Registered Nurses

| Employment | Median Hourly | Mean Hourly | Mean ~~Hourly~~ annual |
|---|---|---|---|
| 34,930 | $30.49 | $30.68 | $63,810 |

Page 4.
Walters.

## Summary/Conclusions

It is my conclusion within a reasonable degree of professional certainty in the field of rehabilitation counseling that had Angel Walters survived, she would have continued in the nursing career path that she had chosen. I met with the following family members, Gladys Sutton (mother), Brenda Mims (aunt), Robert Turner (uncle), Maurice Turner (uncle), and Anthony Turner (uncle), who individually and collectively stated that Angel Walters had the drive and determination to fulfill her dream of ultimately

becoming a Registered Nurse. The aforementioned family members are each successful in the occupations they have chosen. This bodes well for the fact that the core family members have established a pattern of successful work ethics and productiveness.

By all accounts of the aforementioned individuals that I have spoken with in preparing this report, the decedent was a unique individual who had proven her determination to be successful in goals that she set for herself. She was well on her way to becoming a Licensed Practical Nurse and eventually a Registered Nurse within the next two to three years starting at the time of her death.

Should you have any questions, please feel free to contact me.

Sincerely,

Joseph H. Rose, C.R.C., M.Ed.

THE CENTER FOR FORENSIC
# ECONOMIC STUDIES

Assessment of Economic Loss in the Matter of

**Angel Claudette Walters v. WMATA**

This report is intended for the use of counsel in the instant matter. Any other transmission, copy, or utilization of this report or material contained herein is prohibited without the written consent of the Center for Forensic Economic Studies.

Prepared and submitted by:


Jerome M. Staller, Ph.D.
President

Pia DiGirolamo, Ph.D.
Economist


Brian P. Sullivan, Ph.D.
Vice President

Leo R. Turcotte, Ph.D.
Economist


Chad L. Staller, J.D., M.B.A., M.A.C., A.V.A.
Economist

**October 10, 2007**

This report has been prepared for the use of counsel in the instant matter. Any other transmission, copy, or utilization of this report or material contained herein is prohibited without the written consent of the Center for Forensic Economic Studies.

1608 WALNUT STREET, EIGHTH FLOOR, PHILADELPHIA, PENNSYLVANIA 19103-5407  (215) 546-5600  FAX (215) 732-8158
ONE PENN PLAZA, SUITE 3600, 250 WEST 34TH STREET, NEW YORK, NEW YORK 10119-0002  (212) 873-5855
cfes@cfes.com OR www.cfes.com

DEFENDANT'S
EXHIBIT
2

Assessment of Economic Loss

in the Matter of

**Angel Claudette Walters v. WMATA**

**October 2007**

## Introduction

This report assesses the economic loss as a result of Angel Claudette Walters' death on February 17, 2007. The economic loss consists of lost earnings, fringe benefits, and the value of household services.

## Background

Angel Claudette Walters was born on April 28, 1985. At the time of her death, she was 21.81 years of age and was working part time as a security guard for Admiral Security Services while attending college. She also held part time employment as a cashier at Giant Food Stores. NO. At the time of her death, Ms. Walters was in her freshman year at the University of the District of Columbia. It is our understanding that the decedent had enrolled in the University of the District of Columbia's Allied Science in Nursing (AASN) program of study. Joseph Rose, CRC, M.Ed, from Rehabilitation Counselors, Inc., indicates that it would have taken Ms. Walters 2 to 2 1/2 years to complete her Associates of Arts degree in Nursing. He indicates that Ms. Walters would have been qualified to take the Registered Nurse Certification after she completed her Associates degree in Nursing.

This report has been prepared for the use of counsel in the instant matter. Any other transmission, copy, or utilization of this report or material contained herein is prohibited without the written consent of the Center for Forensic Economic Studies.

Ms. Walters was single and is survived by her daughter, Aubria (DOB: 12/28/01). Her residence was in Washington, DC

## Assumptions

The following assumptions were made in estimating the economic loss:

1) Worklife and Life Expectancy

We offer two estimates of worklife expectancy. The first estimate is based upon statistical worklife data. According to A Markov Process Model of Work-Life Expectancies Based on Labor Market Activity in 1997-1998 (Ciecka, James, Donley, Thomas, Goldman, Jerry, Journal of Legal Economics, Winter 1999/2000, Vol. 9, Issue 3), the decedent had a worklife expectancy until age 60.2. In the second estimate, we have assumed that the decedent would have worked continuously until age 65.

Her life expectancy, calculated from her age on the date of her death, is until age 77.5 in the year 2062 (Arias E. United States Life Tables, 2003. National Vital Statistics Reports; vol 54 no 14. Hyattsville, Maryland: National Center for Health Statistics, 2006).

## Earning Capacity Absent the Accident

2) Base of Earnings

Ms. Walters' available earnings history is shown below:

| Year | Earnings[1] |
|------|-------------|
| 2005 | $10,536 |
| 2006 | 9,712 |

From the date of the decedent's death until July 1, 2009, we have assumed that the decedent would have had part time earnings equal to the average of her 2005-2006 earnings figures, or $10,124. We also note that many studies have shown that there is a strong functional relationship between educational attainment and earnings. Earnings projections in this report are based on U.S. Census data which estimate average earnings in 2003 by age group for different levels of educational attainment (U.S. Census Bureau, Current Population Reports, June 25, 2004).

We provide two estimates of lost earnings from July 1, 2009 forward. In the first estimate, we have assumed that Ms. Walter's would have earned an Associates degree and entered the work force by July 1, 2009. In the second estimate, we have assumed that Ms. Walter's would have completed her Associates degree by July 1, 2009 and then entered the labor force on a full time basis. Further, we have assumed that she would have continued schooling and obtained a Bachelor's degree by July 1, 2012. In both estimates, we have assumed that Ms. Walter's would have had earnings consistent with those of her statistical cohorts in the aforementioned study.

---

[1] These earnings figures are listed as shown on her W-2 Wage and Tax Statements and 1040 U.S. Individual Tax Returns.

It is our understanding Joseph Rose, CRC, M.Ed, a certified vocational consultant, is issuing a report regarding the decedent.  We reserve the right to amend this report, as necessary, upon receipt of this report.  Mr. Rose indicates that according to *Occupational Employment Statistics* from the U.S. Department of Labor, Bureau of Statistics (May 2005), LPN's and registered nurses have mean annual earnings of $43,370 and $63,810, respectively, in the Washington-Arlington-Alexandria Metropolitan Area (DC-VA-MD-WV).

3) Growth of Earnings

*Past Growth*

To update the Census data, we have been guided by the annual changes in the average hourly earnings for workers in the private, non-farm sector of the economy (Economic Report of the President, February 2007).

*Future Growth*

Earnings growth after 2007 was estimated to be 3.19% per year.  This rate represents the average rate of change in the average hourly earnings for workers in the private non-farm sector of the economy from 1986 to 2006 (Economic Report of the President, February 2007).

4) Discount Rate

Future earnings are discounted to their present value in recognition that the award will be received in the present year and this principal amount will be invested.  It is further recognized that in addition to the principal amount received, a substantial portion of the interest received in the years following the award will be reinvested.

In calculating the economic loss, a distinction is made between the rate of return on the principal and that received on the reinvested interest. The average yield on high grade municipal bonds as of August 4, 2007, 4.55%, was used to estimate the return on the principal investment (Economic Indicators, July 2007). The twenty year average of interest rates on high grade municipal bonds was used for estimating the return on the reinvested interest. The average yield on these bonds from 1986 to 2006 was 5.85% per year (Economic Report of the President, February 2007).

### 5) Taxes

Federal and state taxes have been calculated and deducted using federal tax data from the Commerce Clearing House and Washington DC tax rates. For the purposes of this report, we have deducted taxes ranging from 1.8% to 22.3% from the decedent earnings.

### 6) Personal Maintenance Expenditures

In our analysis, we have reduced our estimate of lost earnings in order to reflect the expenditures which the decedent would have incurred for his own personal maintenance. Studies of personal consumption show that the percentage of income allocated to such expenditures depends on household size and income level. Using data from the Consumer Expenditure Survey, 2002-03 (CEX) (U.S. Department of Labor, Bureau of Labor Statistics), we have deducted percentages ranging from 22.4% to 62.5% from the decedent's expected annual earnings to account for these expenditures.

7) <u>Fringe Benefits</u>

According to a study conducted by the U.S. Department of Labor, workers in the U.S. economy receive fringe benefits equal, on average, to 14.7% of annual earnings (<u>Employer Costs for Employee Compensation - March 2007</u>, Bureau of Labor Statistics). We have employed this rate in projecting lost fringe benefits.

8) <u>Household Services</u>

Data from a time use study conducted by John Robinson indicates that the number of hours an individual spends performing household services depends on 1) their employment status, 2) the presence or absence of dependents in the household, and 3) the age of the youngest dependent (Robinson, John, <u>Americans' Use of Time, 1985</u> (computer file), second ICPSR version, College Park, MD: University of Maryland, Survey Research Center [producer], 1992, Ann Arbor, MI: Inter-University Consortium for Political and Social Research [distributor], 1997). Results of this study show that an employed unmarried female with a dependent child between the ages of 5 and 18 spends 18.82 hours per week performing household services.

To estimate the value of lost household services, we have employed the appropriate rates from this study. This time has been valued to the decedent's daughter Aubria's age 18, in the year 2019, the decedent's age 34.7, at the average wage in the private, non-farm sector of the economy. We have used the same future growth and discounting methodologies as previously discussed.

**Tables**

Tables 1 and 2 show earnings and fringe benefits absent the accident assuming an Associates degree by July 1, 2009 and retirement at ages 60.2 and 65, respectively.

Tables 3 and 4 show earnings and fringe benefits absent the accident assuming an Associates degree by July 1, 2009, a Bachelor's degree by July 1, 2012 and retirement at ages 60.2 and 65, respectively.

Table 5 shows the value of lost household services through age the decedent's age 34.7 (her daughter's age 18).

**Summary**

As outlined in the Summary Table, the total economic loss ranges from $806,092 to $1,166,316.

## Summary Tables

### Angel Walters

### Economic Loss Assuming an Associate's Degree

| Retirement Age | 60.2 | 65 |
|---|---|---|
| Earnings | $1,259,787 | $1,380,585 |
| Fringe Benefits | 185,189 | 202,946 |
| Household Services | 200,614 | 200,614 |
| less: | | |
| Taxes | 188,531 | 211,072 |
| Maintenance Expenditures | 650,967 | 725,734 |
| Total Economic Loss | $806,092 | $847,339 |

### Economic Loss Assuming a Bachelor's Degree

| Retirement Age | 60.2 | 65 |
|---|---|---|
| Earnings | $1,756,425 | $1,911,208 |
| Fringe Benefits | 258,195 | 280,948 |
| Household Services | 200,614 | 200,614 |
| less: | | |
| Taxes | 325,740 | 360,210 |
| Maintenance Expenditures | 785,758 | 866,244 |
| Total Economic Loss | $1,103,736 | $1,166,316 |

# DISTRICT OF COLUMBIA PUBL PUBLIC SCHOOLS
*Chancellor Michelle Rhee*

## Transcript

**School Name:** Coolidge High School
**School Address:** 6315 5th Street, NW
Washington, DC  20011

**School Number:** 455

**School Phone:** 202-576-6143
**School Fax:** 202-576-3147
**Principal:** Mr. L. Nelson Burton
**CEEB Number:**
**Date Printed:** 11/20/2007

**Student Name:** Angel C. Walters
**Student Address:** 714 Jefferson St NW
Washington, DC  20011
**Student Phone:** 202-882-9278

**Student ID:** 7554425
**Date Of Birth:** 04/28/1985
**Gender:** Female
**Parent/Guardian Name(s):**

**Diploma:** DCPS
**Graduation Date:**
**Credits Earned:** 22.5
**Cumulative GPA:** 1.62
**Class Rank:** of

| Course | Course Title | Mod | Mark | Cred Earn |
|---|---|---|---|---|
| **Sch Yr: 1999-2000** | | | **Gr: 10** | |
| H21 | Dc History | | C | 0.50 |
| P55 | Dance Potpourri | A | | 0.50 |
| P55 | Dance Potpourri | A | | 0.50 |
| C18 | Foods & Nutrtn | * | | |
| M21 | Algebra I | * | | |
| | | **Curr GPA:** 2.04 | **Total:** | |
| | | **Days Abs:** 42 | **Pres:** | |
| **Sch Yr: 2000-2001** | | | **Gr: 10** | |
| A09 | Art I | | C | 1.00 |
| E04 | English II | B | | 1.00 |
| H21 | Dc Hist & Gov | B | | 1.00 |
| H36 | World Geography | C | | 0.50 |
| L62 | Spanish II | C | | 1.00 |
| M31 | Geometry | D | | 1.00 |
| P16 | Hlth & Pe 10 | C | | 0.50 |
| S21 | Biology I | C | | 1.00 |
| V06 | Intr Comp Prg I | D | | 0.50 |
| E03 | English I | B | | 1.00 |

| Course | Course Title | Mod | Mark | Cred Earn |
|---|---|---|---|---|
| **Sch Yr: 2000-2001** | | | **Gr: 10** | |
| H38 | World Geography | | C | 0.50 |
| L61 | Spanish I | | C | 1.00 |
| S21 | Biology I | | C | 1.00 |
| | | **Curr GPA:** 1.38 | **Total:** | 6.50 |
| | | **Days Abs:** 14 | **Pres:** | 354 |
| **Sch Yr: 2001-2002** | | | **Gr: 11** | |
| 50 | Us Govt | | D | 0.50 |
| C20 | Adv Foods | | C | 1.00 |
| ENG III | English III | | C | 1.00 |
| H21 | Dc His&Gov | | C | 0.50 |
| H46 | Us History | | D | 1.00 |
| M41 | Algebra II&Trig | | F | 0.00 |
| S45 | Earth Science | | C | 1.00 |
| SAON 11 | Spanish 11 | | D | 1.00 |
| | | **Curr GPA:** 1.36 | **Total:** | 6.00 |
| | | **Days Abs:** 31 | **Pres:** | 335 |

| Course | Course Title | Mod | Mark | Cred Earn |
|---|---|---|---|---|
| **Sch Yr: 2002-2003** | | | **Gr: 12** | |
| M41 | Algebra II&Trig | | * | |
| | TECH WRT Technical Writ | | * | |
| | COMP TEC Computer Tech | | F | 0.00 |
| COND I | Body Cond I | | A | 0.50 |
| E06 | English IV | | D | 1.00 |
| P40 | Individual Sp I | | C | 0.50 |
| P65 | Team Sports | | B | 0.50 |
| | | **Curr GPA:** 1.29 | **Total:** | 2.50 |
| | | **Days Abs:** 15 | **Pres:** | 160 |

**Transcript is unofficial unless signed:**

_____
School Official


DEFENDANT'S EXHIBIT 3

**Community Service**
**Hours Required:** 100
**Earned:** 0
**Needed:** 100

**Course Modifier Legend:**
| * | Honors course (+0.5 pts) |
|---|---|
| ** | AP course (+1.0 pts) |
| *** | IB course (+1.0 pts) |
| + | Course excluded from GPA |
| ++ | Course is non-credit course (School course was taken) |

**Mark Scale:**
**Mark Scale:**
Prior to SY2007-08

| A | 94 - 100 |
|---|---|
| B | 85 - 93 |
| C | 75 - 84 |
| D | 65 - 74 |
| F | 0 - 64 |

**Mark Scale:**
SY2007-08 Onwards

| A | 93 - 100 | C+ | 77 - 79 | F | 0 - 63 |
|---|---|---|---|---|---|
| A- | 90 - 92 | C | 73 - 76 | | |
| B+ | 87 - 89 | C- | 70 - 72 | | |
| B | 83 - 86 | D+ | 67 - 69 | | |
| B- | 80 - 82 | D | 64 - 66 | | |

**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

COOLIDGE SR. HIGH SCHOOL
6315 5TH ST, NW
WASHINGTON, DC 20011

**PUPIL'S PERMANENT RECORD**

I.D. #9062891/SS# 578110986

| LAST NAME OF PUPIL | FIRST | MIDDLE NAME | | DATE OF ENTRY |
|---|---|---|---|---|
| WALTERS | ANGEL | | | 4/28/85 |

PARENT OR GUARDIAN: GLADYS SUTTON WALTERS (MOTHER)

| RESIDENCE | OCCUPATION | TEL. |
|---|---|---|
| 714 JEFFERSON ST., NW, DC 20011 | | (202) 882-9278 |

DATE OF BIRTH: 4/28/85

---

COOLIDGE SENIOR HIGH SCHOOL 99/00
9062891 — WALTERS, ANGEL C.
YOG: 09 GPA: 2.231   PR..CREDS:

| | | |
|---|---|---|
| C18 FOODS & NUTRTN | COLE | B -1.00 |
| E03 ENGLISH I | KELLY | B -1.00 |
| H21A DC HISTORY | MCINTO | C 0.50 |
| H38A WORLD GEOGRAPHY | MCINTO | C 0.50 |
| L61 SPANISH I | SPALDI | C -1.00 |
| M21 ALGEBRA I | RESTIV | D -1.00 |
| P55 DANCE POTPOURRI | WARREN | A 0.50 |
| S21B BIOLOGY I | WALKER | C -1.00 |
| V05 INTR:COMP.PG I | FILEY | D 0.50 |
| V06 INTR:COMP.PG I | FILEY | D 0.50 |

TOTAL CREDITS: 6.500

---

COOLIDGE SENIOR HIGH SCHOOL 01/02
9062891 — WALTERS, ANGEL C.
YOG: 11 GPA: 1.250   PR..CREDS:

| | | |
|---|---|---|
| C20 ADV FOODS | MCCRIM | C 1.00 |
| E05 ENGLISH III | KELLY | C +1.00 |
| H21 DC HIS&GOV | OLDHAM | C 0.50 |
| H46 US HISTORY | WHITE | D 0.50 |
| H51 US GOVT | LISBON | D+0.50 |
| L62 SPANISH 11 | HEMANS | D 1.00 |
| M41 ALGEBRA II&TRIG | ANDERS | F 0.00 |
| S45 EARTH SCIENCE | KEELS | C 1.00 |

TOTAL CREDITS: 6.000

---

COOLIDGE SENIOR HIGH SCHOOL 00/01
9062891, WALTERS, ANGEL C
YOG: 10 GPA: 1.300   PR. CREDS:

| | | |
|---|---|---|
| C18 FOODS & NUTRTN | FUNG | C 1.00 |
| A09 DART I | KELLY | B 1.00 |
| E04 ENGLISH II | COX | F 0.00 |
| H10A DC HIST & GOV | WHITE | D 1.00 |
| H20 WORLD HISTORY | SPALDI | F 0.00 |
| L62 SPANISH II | SIDEWA | C 1.00 |
| M31 GEOMETRY | BROWN | D 1.00 |
| P16 HLTH & PE I0 | JOHNSO | D 0.50 |
| S14 COMPARE ANATOMY | JOHNSO | C 0.50 |
| S16 HUMAN ANATOMY | SANDS | D 0.50 |
| U14 DFR BACH TO RAP | | |

TOTAL CREDITS: 6.500

SY 99/00
HLTH & PE 9.   C

---

COOLIDGE SENIOR HIGH SCHOOL
9062891 WALTERS, ANGEL C   02/03
YOG: 12 GPA: 1.857   PR. CREDS:

| | | |
|---|---|---|
| B77 OFFICE ASST II | RICHAR | C 0.50 |
| B94 COMPUTER TECH | DIXON | F 0.00 |
| E06 ENGLISH IV | GORDON | D 1.00 |
| M41 ALGEBRA II&TRIG | AGER-S | A 1.00 |
| P40 INDIVIDUAL SP I | CRUMP | C 0.50 |
| P51 BODY COND I | CRUMP | A 0.50 |
| P65 TEAM SPORTS | WARREN | B 0.50 |

TOTAL CREDITS: 4.000

TOTAL CREDITS: 4.000

---

TOTAL CREDITS: 6.000

DEFENDANT'S EXHIBIT 3

COPY CERTIFIED BY _Richard W. Jackson_   JUN - 8 2003   PRINCIPAL

DATE OF GRADUATION: JUN - 8 2003

RANKED 142 IN A CLASS OF 203

# Capital Case Management, Inc.

Rehabilitation Counseling, Case Management, and Life Care Planning Services
Post Office Box 2920, Stafford, Virginia 22555-2920
Telephone: 703.551.4123  Fax: 540.720.8833

February 1, 2008

Fredric Schuster, Esquire
Associate General Counsel
Office of General Counsel
Washington Metropolitan Area Transit Authority
600 Fifth Street, N.W.
2nd Floor
Washington, D.C.  20001

Re:  Angel Walters

Dear Mr. Schuster:

At your request I have completed a vocational assessment of Ms. Angel Walters for the purpose of rendering opinions regarding her employment and earning capacity had she not died on 2/17/07.  I followed standard methodology in completing this assessment in reviewing the records provided by your office, making an analysis of her education and employment experience, conducting research using resources commonly relied upon in my profession, and arriving at my conclusions within a reasonable degree of professional certainty in the field of vocational rehabilitation counseling.

## DOCUMENTS REVIEWED

- Transcript from the University of the District of Columbia
- Records from the University of the District of Columbia
- Correspondence from Connie Webster, Ph.D., Chairperson of the Department of Nursing and Allied Health at UDC
- Deposition Transcript of Connie Webster, Ph.D.
- Deposition Transcript of Gladys Sutton
- Public school records of Angel Walters
- Report prepared by Joseph Rose, CRC
- Assessment of Economic Loss prepared by Jerome Staller, Ph.D.
- Employment Records of Angel Walters
- Tax Records of Angel Walters



DEFENDANT'S EXHIBIT
4

Angel Walters
February 1, 2008
Page 2 of 6

## GENERAL BACKGROUND

Ms. Angel Walters died when she was struck by a bus on 2/17/2007. She was 21 years old at the time (DOB 4/28/85), and the mother of a 5-year-old child whom she was raising as a single parent. Ms. Walters graduated from Calvin Coolidge Senior High School in June of 2003 and had enrolled in 3 remedial classes at UDC just a few weeks prior to her death.

Information regarding family background was obtained through the deposition transcript of Ms. Walter's mother, Gladys Sutton. She was unable to provide some of the details, and I was not able to verify the information she provided. Ms. Sutton went to the 11th grade at Anacostia High School and did not obtain a GED. She attended a training program, became certified as a Nursing Assistant, and worked as a CNA for 3 years (2004-2007). Her prior employment experience consisted of working as a Teacher Aide, a Mental Retardation Aide (7 years), for Shoppers, and for an express mail business (she could not recall the name). Her husband, Dolphus Sutton, is a high school grad (he may have some college, but no degree), who was previously a construction worker but is now training with the public works department.

Ms. Walter's father, Leroy Walters, may have achieved a GED and attended culinary school (although Ms. Sutton wasn't certain). He was employed as a cook. No information was provided regarding the paternal grandparents, aunts and uncles.

According to Ms. Sutton, Ms. Walter's maternal grandmother received a GED, and her maternal grandfather graduated from high school. Of the maternal uncles, one received a GED, 2 attended the Job Corps (with one employed as a postal worker, and the other in some type of supervisory position located at the Pentagon), and one attending college (it is unknown if he completed a degree). Of 2 maternal aunts, one attended Washington Tech, obtained a Business Degree, and works as a Teacher, while the other went to UDC where she completed a Business Degree. She now works at Pepco.

## EDUCATION

Ms. Walters graduated from Coolidge Senior High School in 2003. Her grades were mostly C's and D's, and she failed 3 classes. Her cumulative GPA was 1.62. Ms. Walters completed a brief training program at VMT Education Center in Washington, D.C. and became certified as a Home Health Aide. In January 2007 she entered University of the District of Columbia as a part time student, but was placed in remedial classes for English Fundamentals, Reading Improvement, and Basic Mathematics. Testing revealed scores at or below the 22 percentile in Reading, Sentence Skills, and Math, and at the 55th percentile in Elementary Algebra.

According to Dr. Connie Webster, Ph.D., Chairperson of the Department of Nursing and Allied Health at UDC, Ms. Walters had met with her and expressed an interest in nursing. The nursing program is quite rigorous, and includes several difficult science and math classes such as Anatomy and Physiology. At the time of her death, the classes Ms. Walters was enrolled in were

Angel Walters
February 1, 2008
Page 3 of 6

not college level, but rather remedial. If she had completed them, she would have been required to pass additional remedial classes before being permitted to take college level courses. She would have then been required to complete 2 semesters of prerequisite college course before being eligible to apply for the nursing program. Students must have 72 credits completed before being considered for the AASN program. Dr. Webster was not able to opine whether Ms. Walters would have been able to complete her remedial courses, handle college level classes, or be accepted and/or complete any of the nursing programs at UDC.

## EMPLOYMENT EXPERIENCE

Establishing Ms. Walter's employment history was somewhat difficult due to conflicting information in records regarding dates and details of her past employments, and the fact that she changed jobs several times. The following is a summary of the records as best as could be determined.

| | |
|---|---|
| 7/03-2/04 | Store Clerk, CVS, $7.50 per hour |
| 4/03-5/05 | Receptionist, Cultural Effects Hair Designer, $200-300 per week |
| 4/04-11/04 | HMI, $8.50 per hour |
| 12/04-3/05 | VMT Home Health Care, $8.50 per hour |
| 7/05-8/05 | Care Manager, Brighton Gardens/Sunrise Senior Living Services, $9 per hour |
| 2005 | Operated home day care business |
| 2/06 | Dietary Aide, Food Staff of DC, part time for a brief period; earned $112.50 |
| 2/06-10/06 | Cashier/checker, Giant Food, $7.10 per hour |

At the time of her death Ms. Walters was employed as a Security Guard with Admiral Security Services earning $10.50 per hour. It is my understanding that she had not yet passed her probationary employment period.

Employment records indicate that Ms. Walters was terminated from her job with Giant Food due to 24 incidents of tardiness, as well as excessive absences.[1] Records from VMT indicate that she had below average performance evaluations for quality of work, productivity, reliability and dependability, attendance, creativity, working with others, and adherence to company policies. Her initiative and knowledge of the job were rated as good, although her overall rating was below average. Ms. Walters was also terminated from Brighton Gardens due to repeated tardiness and miscommunication.

---

[1] Records suggest she was fired, although she may have resigned before her termination took effect.

Angel Walters
February 1, 2008
Page 4 of 6

Tax records indicate the following earnings history:

| | | |
|---|---|---|
| 2006 | $9,712 |
| 2005 | $10,536 |

## EMPLOYMENT AND EARNING CAPACITY

Assessing the vocational options and earning capacity of clients with no established work history generally requires the counselor to present a range of pre-accident vocational and educational options, with the help of government statistics, enhanced by personal data of the client's family, educational and socioeconomic background.[2]  It is important to avoid making a determination regarding the exact pre-accident vocational option the individual would have ultimately chosen, but rather it is appropriate to identify those developmental options that were within a reasonable probability.[3]  In this case, Ms. Walters' family members were primarily high school graduates. Some obtained GED's, had vocational training, or took college classes but did not graduate, while it appears that perhaps two maternal aunts did complete college programs.

Ms. Walters does not exactly fit the category of an individual with no established work history, since she worked for 4 years after graduating from high school.  Her worker trait profile was that of a high school graduate with vocational training.  She did not have any physical limitations that I am aware of.  Her academic performance was below average, and she was enrolled in remedial classes at UDC at the time of her death.  Her work history during the 4 years subsequent to high school was sporadic, although it must be acknowledged that she was raising a child as a single mother.  The types of jobs she performed were unskilled or semi-skilled at best.  Her performance evaluations reflect problems with absenteeism, tardiness, reliability and dependability, productivity, quality of work, working with others and adhering to company policies, and it appears that she was fired 3 times  Hourly earnings ranged from $7.10 to $10.50 per hour, however, most of her work was part time, and to the best of my knowledge the most she ever earned was approximately $10,500 in 2005.

Based on an analysis of her education and employment history, Ms. Walters' employment and earning capacity would have been most consistent with that of a high school graduate.  It is to her credit that she had enrolled in remedial classes at UDC, and had aspirations of becoming a nurse.  However, it is highly speculative that she would have achieved that goal, especially in light of the fact that she had a poor academic record, problems with some her past employments, and was not eligible for college level courses.  Even Dr. Webster indicated that she could not predict whether Ms. Walters would have been accepted into the nursing program.  She also acknowledged that the program is quite academically challenging.  Furthermore, UDC statistical

---

[2] A Guide to Rehabilitation, by Paul M. Deutsch and Horace W. Sawyer, p. 6-1
[3] A Guide to Rehabilitation, by Paul M. Deutsch and Horace W. Sawyer, p. 6-7

Angel Walters
February 1, 2008
Page 5 of 6

reports suggest a very low retention rate for first year students. Even of those who remain and
eventually get accepted to the nursing program, there is less than a 50% retention rate.  It should
also be noted that "admission to the University **does not** guarantee admission to the Nursing
Program, and  students **are not** automatically admitted to the Nursing Program by indicating an
interest in nursing or declaring nursing as a major.  Students must make application to the
program and nursing admission is competitive.  Students enrolled in UDC as regular unlicensed
nursing students must complete a minimum of 12 hours of pre-nursing courses; earn a minimum
grade of "C" in each course on the program of study; and earn a UDC cumulative grade point
average (CGPA) of 2.5 or higher to be eligible to make formal application to the Nursing
Program."[4]  Applicants must also complete a standardized admissions examination.

As previously stated, it is highly speculative, and in my opinion inappropriate to suggest that Ms.
Walters would have become a Registered Nurse, or that her earning capacity should be
determined based on that single occupation.  Rather, Ms. Walter's employment and earning
capacity should be presented as a range of possibilities based upon educational attainment.  The
following Table reflects the mean earnings for females based upon highest degree earned.[5]

| High School only | Some college no degree | Associate's Degree | Bachelor's Degree |
|---|---|---|---|
| $22,208 | $24,086 | $30,912 | $40,684 |

In my opinion it is far too speculative to suggest that Ms. Walters would have completed a
Bachelor's Degree, and highly unlikely that she would have completed an RN Degree.
However, in the event that she had completed CNA or LPN training, the following Table reflects
the average earnings in the Washington metropolitan area (Ms. Walters satisfactory completion
of a formal training or educational program would have been required for both occupations listed
below).[6]

| Certified Nursing Assistant | LPN |
|---|---|
| $28,843 | $42,758 |

## CONCLUSION

After careful consideration of all of the information contained in the file, based upon an analysis
of Ms. Walters' education and employment background, and using standard methodology in the
field of vocational rehabilitation counseling, I have arrived at the conclusion that Ms. Walters'
employment and earning capacity would have likely been consistent with her prior history (high
school graduate), earning $22,208 annually.  However, if she had been able to perform
satisfactorily at the college level, her earning capacity would have ranged from $24,086 to
$40,684, depending on the level of education she may have attained.  As an LPN, she would

---

[4] UDC.edu/academics/nursing
[5] U.S. Census Bureau, Current Population Survey.
[6] Economic Research Institute's Salary Assessor

Angel Walters
February 1, 2008
Page 6 of 6

have been capable of earning $42,758 annually, although the possibility of her doing so would have been remote.

The opinions expressed in this report are held within a reasonable degree of professional certainty in the field of vocational rehabilitation counseling. They are based upon the information available to date. Naturally, I reserve the right to change my opinions and amend this report if additional information becomes available. Please feel free to contact me if you have any questions.


Respectfully Submitted,


*Kathleen F. Sampeck*

Kathleen F. Sampeck, MA, CRC, CCM, CLCP, CRP
Vocational Rehabilitation Consultant

## Capital Reporting Company

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - :

GLADYS CLAUDETTE                     :

SUTTON                               :

                    Plaintiff        : CA 07-1197

          v.                         : (JDB)

WASHINGTON                           :

METROPOLITAN AREA                    :

TRANSIT AUTHORITY                    :

                    Defendant        :

- - - - - - - - - - - - - - - - - - - - - - - - :

ORIGINAL

                         Washington, D.C.

               Monday, January 14, 2008

Deposition of:

          DR. CONNIE M. WEBSTER,

called for oral examination by counsel for

Defendant, pursuant to notice, at the WMATA,

600 Fifth Street, N.W., 2nd Floor, Washington,

D.C., before Sheri C. Stewart, Registered

Professional Reporter and Notary Public

in and for the District of Columbia, beginning

at 9:58 a.m., when were present on behalf of

the respective parties:

**DEFENDANT'S EXHIBIT**
tabbies
5

Capital Reporting Company

1    Q    Okay.  Thirteen?

2    A    With some generality, I can answer.

3    Q    Okay.  Now before we get started, could

4    you tell me a little bit about your background?

5         Are you a Ph.D?  You have your

6    doctorate in what?

7    A    My doctorate is in nursing.

8    Q    Okay.

9    A    In nursing.

10   Q    Could you just give me a brief --

11   A    Actually, my role and my

12   responsibilities, I am the current chairperson for

13   the Department of Nursing in Allied Health where

14   the program is located at the University of the

15   District of Columbia.  And prior to this past

16   January, I was also the director of nursing

17   education so I held two roles, director of all

18   nursing education and chairperson for the

19   Department of Nursing.

20        In that capacity, I am responsible for

21   students that are attempting to become RNs and

22   LPNs.  I've been at the University since 2000 and

Capital Reporting Company

Page 10

1    the whole of that time I've been in those

2    positions.  I've been responsible for both setting

3    the curricula and the standards for graduation for

4    both of these programs.  And for the most part,

5    though I don't do advisement, I oversee the

6    overall function of the nursing program.

7         Q    You're a very busy lady.

8         A    Very busy, very busy.

9         Q    All right.  Let's go to question No. 1.

10   On what specific date did Angel Claudette Walters

11   start her first day of class?

12        A    And my response to that is similar to

13   what I said in reference to which questions I

14   could or could not answer.  These specific answers

15   would be coming from the person or the instructor

16   for that class.  Because as I stated, the

17   University catalog and the curriculum calendar for

18   that year said that all classes started at the

19   University on January 18th, 2007, for the spring

20   semester, however, even though it started on the

21   18th, the exact date that Ms. Walters went to

22   class, I would not know, it would come from the

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 11

1   role of whomever her instructors were for those

2   courses.

3       Q    Okay.  Now, were you aware of what, if

4   any, courses Angel Walters was taking at the

5   University, District of Columbia?

6       A    My understanding is that she was taking

7   enhancement courses.  I don't have the specific

8   names of them but I do know that they were

9   beginning courses, enhancement courses which are

10  generally courses that are identified by entry

11  level testing for the University.  And if any

12  student applying to come into the University,

13  which is an open admissions University, and they

14  are not by their test scores ready to start

15  college course work, they're recommended for

16  either enhancement courses in reading, English or

17  math.

18           And I do know that she was taking, I

19  think, and this is just from having reviewed her

20  transcript, just briefly I think it was a reading

21  enhancement course and a math enhancement course,

22  possibly.

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 12

1       Q     Okay.  And the nursing program are

2  college courses, right?

3       A     Yes.

4       Q     As opposed to high school?

5       A     Yes.

6       Q     Okay.  And from what I understand from

7  your response, the University, District of

8  Columbia -- and I'm just talking about the

9  University itself as a whole right now as opposed

10  to the nursing program?

11       A     Right.

12       Q     -- has an open admissions policy,

13  correct?

14       A     That is correct.

15       Q     Anyone who applies would be accepted?

16       A     Absolutely.

17       Q     Whether they graduate is an entirely

18  different story, but they will be accepted?

19       A     Absolutely.

20       Q     And I further understand from your

21  answer, correct me if I'm wrong, that each student

22  who applies to the University of the District of

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 13

1    Columbia is given some kind of preliminary

2    academic test in math and English?

3           A      It's an entrance exam.

4           Q      Entrance exam?

5           A      For placement, for placement.  Because

6    while we're an open admissions University, some

7    students that are coming for the first time will

8    take the exam and can go right directly into

9    college level course work while others who are

10   testing need some kind of enhancement or support

11   courses.

12          So while it's an entrance exam, it's

13   more a placement test so that students are put in

14   the appropriate academic environment for them to

15   be successful.

16          Q      Okay.  Now, let me mark this as No. 2.

17          (Whereupon, Exhibit No. 2 was marked

18   for identification.)

19   BY MR. SCHUSTER:

20          Q      I show you what's been marked as

21   Deposition Exhibit 2.  You recognize that form?

22          A      Sent out to most students, yes.

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 14

1      Q      That's kind of a standard form that's

2 sent out for people who make application to enroll

3 in the University of the District of Columbia,

4 correct?

5      A      Um-hum.  Yes.

6      Q      Thank you.  And if you could look at

7 the second paragraph where it says, "all"?

8      A      Yes.

9      Q      Says, "All new freshmen and transfer

10 students with less than 30 transferable credits

11 must take the basic skills assessment test in math

12 and English.  The test is administered to

13 determine appropriate course placement.  The

14 testing office will notify you by mail of your

15 scheduled test date"?

16      A      Yes.

17      Q      And that's fairly standard policy,

18 correct?

19      A      Yes, it is exactly what I just stated

20 about the placement test.

21      Q      And I agree, that is what you stated.

22      A      Yes.

Capital Reporting Company

Page 15

1        Q      Okay.  Now, are you aware that at some
2    point Ms. Walters took the placement test?
3    Placement tests?
4        A      I am aware by way of the fact that the
5    only way she could have come into our department
6    for advisement and registration was that she had
7    to come with test scores.
8        Q      Okay.  Now, could you mark this No. 3,
9    please?
10            (Whereupon, Exhibit No. 3 was marked
11    for identification.)
12   BY MR. SCHUSTER:
13       Q      Let me show you Deposition Exhibit
14   No. 3.  Tell me whether this helps refresh your
15   recollection or clarify your recollection.
16       A      In regards to?
17       Q      The preliminary test that Angel Walters
18   had to take.
19       A      Well, it does two things.
20       Q      Okay.
21       A      It does identify the general areas of
22   testing for all students that are coming, but what

Capital Reporting Company

Page 16

1   it does for me more specifically is shows me where

2   her placement is.  And as I stated, that placement

3   I thought was reading improvement, an English

4   fundamentals course and math.

5       Q     Okay.  So she took a preliminary test

6   and based upon performance of that test was

7   thought that she needed remedial courses in

8   reading comprehension, sentence skills,

9   elementary, algebra and arithmetic?

10      A     Um-hum.

11      Q     And would that mean that she was, at

12  least at that point, she was not up to college

13  level English and math?

14      A     Based on the test scores it would

15  indicate that she needed remediation in order for

16  her to perform at college level, yes.

17      Q     Now, you notice at the top of that page

18  it says, "major name, nursing, two year"?

19      A     Um-hum.

20      Q     Now, when a person applies to the

21  University of the District of Columbia, is that

22  simply an indication of what a student would like,

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 17

1    what program they would like to be in assuming

2    they met the prerequisites?

3         A        Yeah.   It means that the student is

4    declaring nursing as a major and that the nursing

5    unit would be responsible for guiding, advising

6    and directing the student.   But it does not mean,

7    especially for the nursing program, that the

8    student has been accepted as a nursing major for

9    the clinical part.   So, yeah.

10        Q        And Angel Walters died on February 17th

11   of 2007, unfortunately?

12        A        My birthday.

13        Q        Hum?

14        A        My birthday.

15        Q        That's your birthday?   Actually, if I

16   said happy birthday, it might be quite untasteful.

17   But as a result of her death, she obviously did

18   not complete any of these remedial courses, would

19   that be a fair assumption on my part?

20        A        Very fair.

21        Q        Okay.   And at the time of her death,

22   she had not taken any nursing courses at all, had

Capital Reporting Company

Page 18

1    she?

2         A       No.

3         Q       Okay.  And at the time of her death,

4    she had not been accepted into the nursing

5    program, had she?

6         A       No.

7         Q       Okay.

8         A       Clinical component of the nursing

9    program, no, which is the nursing program.

10        Q       That's right.

11        A       She had been accepted at the University

12   looking at nursing as a major and we were advising

13   her, but she had not been accepted into the

14   clinical component of the nursing program.

15        Q       There was a long way to go?

16        A       Yes.

17        Q       And nursing is very focused on clinical

18   practice, correct?

19        A       Yes.

20        Q       Okay.  And in order to complete nursing

21   courses, whether it be for your -- is it the AAS?

22        A       Well, associated applied science of

Capital Reporting Company

Page 19

1  nursing, AASN.

2      Q      And then there's the RN?

3      A      Well, that is an RN.

4      Q      It is, okay.

5      A      What is confusing about our program is

6  that there are two degrees, offerings.  One is the

7  entry level one which she has identified as two

8  year, which is the AASN, associate and applied

9  science in nursing, that is a registered nurse,

10  but it's a two year degree.  And then there is the

11  RN to BSN which is a Bachelor of Science degree.

12  But in order to do that program, you must come in

13  already as a registered nurse.

14          So Ms. Walters would have been vying to

15  be accepted into the AASN, the Associate's degree

16  program.

17      Q      Okay.

18      A      But it is an RN program.

19      Q      Okay.  But she would not have been able

20  to do the other program, is that what you're

21  saying?

22      A      Which one?

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 20

1      Q      The second one.

2      A      The BSN program?

3      Q      Right, with the BA.

4      A      You have to be a registered nurse

5  already Board certified to do the BSN program and

6  that's a four year program.

7      Q      Okay.  So even if Angel Walters had not

8  tragically died on February 17th, 2007, and she

9  had completed and been accepted into the nursing

10 program at the University of the District of

11 Columbia, it would have only been for the two-year

12 program?

13     A      That is correct.

14     Q      That would have been the best she would

15 have got, so to speak, from the University of the

16 District of Columbia?

17     A      At that point of her training and for

18 entry level, yes.

19     Q      The more advanced program with the BA,

20 you have to already be an RN?

21     A      Right.

22     Q      Make this No. 4.

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 21

1          (Whereupon, Exhibit No. 4 was marked

2    for identification.)

3    BY MS. LIPPINCOTT:

4          Q      Let me show you what's been marked as

5    Defendant's Exhibit 4 for identification, if you

6    could.

7          A      Um-hum.

8          Q      Do you recognize that document or a

9    document similar to that?

10          A      I do recognize this document as a

11    document that's generally sent over from the

12    testing center once students have been placed and

13    they have a recommended program of study based on

14    where the student places.

15          So the three areas that are identified

16    the student must take identifies the progression

17    for which she would have gone from reading

18    improvement to English fundamentals and the math

19    courses, those were her recommended courses.

20          Q      Now, what would happen in the event

21    that a new student who had just applied to the

22    University of the District of Columbia and after

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 23

1    What is DE?

2        A        I have no idea.

3        Q        Okay.

4        A        I have absolutely no idea.

5        Q        Okay.

6        A        I have no idea.

7        Q        All right.  And if I could refer you

8    back to Exhibit No. 3.  It appears from Exhibit

9    No. 3 that the four tests that Ms. Walters took,

10   that is in reading comprehension, sentence skills,

11   elementary, algebra and arithmetic, were taken on

12   January 4 of 2007?

13       A        That's the date indicated, yes.

14       Q        Okay.  And see where it says, "score

15   percentile and SEM"?

16       A        Yes.

17       Q        What is SEM?

18       A        I have no idea.

19       Q        Score and percentile?

20       A        The score is the raw score and that's

21   59 out of some number, I have no idea.  And the

22   percentile would indicate a specific percentile

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 24

1    that's known by the testing services that would

2    result in the placement.  There's an expected

3    percentile for college level performance and I

4    don't know what any of those are.

5         Q    Okay.

6              (Whereupon, Exhibit No. 5 was marked

7    for identification.)

8    BY MR. SCHUSTER:

9         Q    Showing you No. 5.  You recognize

10   Exhibit 5?

11        A    I do.

12        Q    Okay.  Could you tell us what it is?

13        A    It's a copy of an official student

14   transcript that has been given out and officially

15   signed by the registrar from the University of the

16   District of Columbia.

17        Q    Okay.  And what does it indicate?

18        A    Basically it indicates the college and

19   the area of study for the student, the semester

20   that the course work was taken and the identified

21   courses.

22        Q    Okay.  To be more specific, it's from

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 25

1    the registrar's office at the University of the

2    District of Columbia, correct?

3           A      Um-hum.

4           Q      Regarding Angel Walters?

5           A      Yes.

6           Q      Okay.  And it shows that she was

7    enrolled in the spring of 2007 semester?

8           A      That's right.

9           Q      Okay.  And that she was enrolled in

10   three remedial courses?

11          A      That is correct.

12          Q      In reading improvement, English

13   fundamentals and basic mathematics?

14          A      That is correct.

15          Q      And can you tell me from the transcript

16   whether any of those courses were completed?

17          A      No, they were not completed.  The W

18   indicates that she was withdrawn from those

19   classes.

20          Q      Okay.  And the result in someone's

21   death, would that be consistent with withdrawal?

22          A      That's exactly why she was withdrawn,

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 26

1    because it was done early on in the semester and

2    in the event of a death, the grade put there or

3    the symbol identifying the grade would be a W.

4        Q      Okay.  So at the time of Angel Walter's

5    death, the only courses she was enrolled in were

6    three remedial courses, none of which she

7    completed?

8        A      That's true, if we're going on official

9    transcript.

10       Q      And would it further be true that at

11   the time of her death she was not taking any

12   college level courses at the University of the

13   District of Columbia nor any nursing courses?

14       A      It is definitely true that she was not

15   taking any nursing courses.  And given the report

16   on her transcript, I would feel safe in saying

17   that she was not taking any other college level

18   courses.

19       Q      Now, when you apply to the University

20   of the District of Columbia, do students typically

21   indicate a major they would like to major in?

22       A      Yes.

Capital Reporting Company

Page 27

1      Q     Okay.  And even though one states

2  initially in their career they would like to

3  major, for instance, in nursing, okay, does that

4  mean that they are accepted into the nursing

5  program?

6      A     Not at the initial acceptance.  It

7  identifies the area in which they would like to go

8  but certain prerequisites must be met and there is

9  another selection procedure, specifically in the

10  college, in the school of nursing, where they

11  would have to meet certain criteria before they

12  would be accepted into what we call the clinical

13  component which means that you are a bona fide

14  nursing major.

15      Q     Let's go to -- if you go back to the

16  original subpoena, attachment.  Let's do No. 1.

17  "Specific date Angel Walters started first day of

18  class"?

19      A     I have no idea.

20      Q     I believe you testified, though, that

21  the first date --

22      A     Of class is January 18th.

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 28

1    Q    Okay.  And question No. 2?

2    A    Um-hum.

3    Q    Was she enrolled in any additional

4  classes other than the three remedial classes of

5  reading improvement, English fundamentals and

6  basic mathematics and if so, what requirements

7  would Ms. Walters have to obtain to pass these

8  remedial courses?

9    A    Ms. Walters, by all college, the

10  University records, was not enrolled in anything

11  other than those three.  And of course the

12  requirement for passing would be an acceptable

13  grade at D or above for her to progress in those

14  three courses.

15    Q    Okay.  No. 3, please?  Was she a day or

16  nighttime student?

17    A    I looked at the schedule of classes for

18  the courses that Ms. Walters was taking and if you

19  would look at her transcript, you would see that

20  the courses have numbers.

21    Q    Yes.

22    A    And course number 1133014.

Capital Reporting Company

Page 31

1    language are very specific to testing and I don't

2    know.

3        Q      Okay.  So the most you can say is that

4    she took these tests and was found to be deficient

5    in those math and English areas and was required

6    therefore to take remedial courses?

7        A      Right.

8        Q      No. 7?

9        A      The credits required to get an

10   Associate's in applied science degree in nursing

11   are 72 credit hours.

12       Q      Now, can you describe the course

13   curriculum, okay, in order to obtain that degree?

14       A      The curriculum is divided into two

15   parts.  A pre-nursing or a prerequisite part.

16       Q      Okay.

17       A      And then the clinical nursing

18   component.  And the pre-nursing courses are nurses

19   that are college level courses that include

20   anatomy and physiology lecture labs one and two,

21   psychology, chemistry, English composition one and

22   two.  And they equate to about 24 credits.

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 33

1    microbiology.

2            So the heaviest emphasis is nursing

3    disciplines with the practicum, meaning you take

4    med surge nursing and you spend 12 hours a week at

5    the hospital doing practicum.  And you do that

6    during the second part for adults nursing one and

7    two, nursing care of children, maternity nursing,

8    with the practicum.

9            That's the heavy focus, that's why it's

10   the clinical component of the program as opposed

11   to the general education component of the program

12   which is the first part, the pre-nursing part.

13   Q       And then what would be the

14   prerequisites to get the RN, a BA degree?

15   A       BS, Bachelor of Science?

16   Q       Bachelor of science, excuse me.

17   A       It would be completion of a nursing

18   program by either a diploma or Associate's degree.

19   You would complete that program, get that degree,

20   and then take the national licensure exam which

21   makes you a registered nurse.

22           Once you become a bona fide register

Capital Reporting Company

Page 34

1    nurse, you can come back to the University and say

2    I wish to get my BS degree and you would have to

3    produce a valid registered nursing licensure and

4    you would have had to do some prerequisite course

5    work.

6        Q    Okay.  So to even apply for a BA at the

7    University of the District of Columbia in nursing,

8    you would already have to be a registered nurse?

9        A    BS, Bachelor of Science.

10       Q    I keep saying BA.

11       A    BA is arts, S is science.

12       Q    I should know that, but thank you.

13       A    All right.

14       Q    If you could go to No. 8, I think you

15   might have answered that already?

16       A    I did.

17       Q    You did.  Just want to make sure.

18   No. 9?

19       A    The procedures and requirements for

20   becoming enrolled or accepted in the nursing

21   program at UDC.  I basically alluded to it in

22   earlier testimony.

Capital Reporting Company

Page 37

1  outside people identifying to their character,

2  usually it's a workplace or whatever, and then

3  they have to take another entry exam and that exam

4  gives the nursing program an idea of where they

5  are with sciences, English, and reading.

6      Q    And Angel Walters was not a transfer

7  student, correct?

8      A    No, she was not.

9      Q    She had no college courses?

10     A    No.

11     Q    Correct.  And so would it be fair to

12  say that merely expressing a desire to want one to

13  become a nurse or be accepted into the nursing

14  program is far different than actually being

15  accepted into a nursing program?

16     A    Yeah, given the description, yeah.

17  Making a declaration does not mean accepted into

18  the program.

19     Q    Okay.  And at the time of her death,

20  Angel Walters had not been accepted?

21     A    No.

22     Q    In either the AAAS program or the BS

Capital Reporting Company

Page 38

1    program?

2         A      No.

3         Q      And if, in fact, she had only completed

4    approximately three weeks of classes taking only

5    remedial courses only?

6         A      Given that course work started and it

7    doesn't -- as I stated, January the 18th and her

8    death was like less than a month.  She might have

9    made two or three.  Because even in this there

10   are -- she had classes on Mondays and there are

11   holidays.

12        Q      No. 10, if we go back to Exhibit 1.

13        A      "The graduation rate for persons who

14   initially indicate nursing as their major and, B,

15   are accepted into the nursing program at UDC for

16   both the LPN program and the RN program."

17              Now, the licensed practical nursing

18   program is a program that's totally different from

19   the RN programs.  I'd first like to go on record

20   saying that is a vocational program that does not

21   have the same restrictions and requirements of an

22   RN program.  So I'd like to break my responses up

Capital Reporting Company

Page 41

1    license, but if you can understand it, these are

2    the para professionals that function under the

3    supervision of a registered nurse.  In long term

4    care facilities, you'll see them as the nurse, but

5    that is a vocational.

6         Then we have an LPN to RN program which

7    means that once you become a licensed practical

8    nurse, in one year, once all these prerequisites

9    are done, you can become an RN.  But again, you

10   have to meet that very rigorous criteria.  All of

11   the prerequisite courses have to be done, you have

12   to do a validation course, then you have to make

13   application again to be accepted into the RN

14   program.

15        So nursing is generally a very

16   difficult discipline for people to understand but

17   the LPN part of the program is a certificate level

18   program.  But we have it all, even the certified

19   nursing assistant program, they're at the

20   University.

21        Q     Okay.  You just answered No. 10,

22   correct?

Capital Reporting Company

Page 42

1          A       Right.

2          Q       You have anything to add?

3          A       Well, the only add on would be the

4     follow-up and that's question No. 11.

5          Q       Okay.

6          A       Which asks for the requirements to

7     become a licensed practical nurse.  As I stated,

8     this is a certificate program, not a degree

9     seeking program and it does not relate to credit

10    hours but by the standards of the Board of Nursing

11    it does relate to clock hours.

12              So it's a year's program, a calendar

13    year's program.  And instead of credits, 72

14    credits, the requirement to complete this program

15    would be 1,600 clock hours of which 600 has to be

16    done in clinical practice.  So 1,000 in classroom

17    work and 600 in clinical practice.

18         Q       Okay.

19         A       And again, the difference is the

20    responsibility or the scope of practice for these

21    two disciplines.  The RN is the professional level

22    and the LPN is the vocational level.

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 43

1      Q       No. 12?

2      A       No. 12, I think I've addressed.  You

3   have to complete the 72 credit hours and also take

4   an exit exam and this is to become a graduate in

5   order to become a registered --

6      Q       Okay.

7      A       Number 12, the requirement to become a

8   registered nurse.

9      Q       Right.

10     A       We only get -- we make graduates

11  eligible to sit the national Board to become a

12  registered nurse.  So what we do is in order for

13  them to be eligible to graduate from the program,

14  to be eligible to sit the national licensure exam

15  --

16     Q       To be an RN?

17     A       -- to be an RN, it would be the

18  completion of that curriculum of studies that I

19  just talked about.

20     Q       And how many parts are there to the RN

21  exam that you must pass?

22     A       There are no parts anymore.  It's a

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 46

1          Now, another part or another way to

2    look at that question is of the cohort that goes

3    into the program, meaning with the class of 2008,

4    they started in 2006, of that cohort that went

5    in, we had 32 students to go into the clinical

6    component of the program and we're expecting that

7    20 of those students will be sitting, will be

8    graduating in May and sitting the Board.

9          Q    So simply, I think you said that simply

10   completing the course work at the University of

11   the District of Columbia, either in a two or four

12   year program, you still have to pass these

13   national Boards?

14         A    Not the four year program.  Remember

15   the four year program you've got to be an RN

16   before you can get in.

17         Q    Correct.

18         A    Okay.  So that's RN to BSN.  But with

19   the entry level, the Associate degree, that is

20   correct.  We graduate a student, that makes them

21   eligible.  But to become an RN you have to be

22   licensed by the National Council of State Board of

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 47

1    Nursing and that's passing the exam.

2         Q      Is there any way to determine whether

3    Angel Walters, who had only been enrolled in UDC

4    for approximately three weeks prior to her death

5    and only enrolled in remedial courses in math and

6    English, based upon your experience, is there any

7    way to know whether she would have graduated from

8    UDC or even been accepted into the UDC nursing

9    program?

10             MS. LIPPINCOTT:  Objection.  You may

11        answer.

12   BY MR. SCHUSTER:

13        Q      Based upon that limited information?

14        A      I could not sit here and say

15   definitively.  But I can say that in my

16   experience, there have been students who have

17   started out in remediation and that is probably

18   the one reason that I'm still at that University.

19   They have persevered and they have completed the

20   remediation program for whatever the reasons were

21   that they weren't ready at that time and they have

22   been accepted into the program and they have

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 48

1    graduated with the supports that we've provided.

2         Q      Right.  But you would agree that with

3    that limited experience, with that limited time at

4    UDC, there's really no way to determine whether

5    Angel Walters would have completed the program or

6    been accepted into the program?

7               MS. LIPPINCOTT:  Objection.  Asked and

8    answered.  You may go ahead.

9         A      I couldn't predict either way.  I

10   couldn't predict that she would have or that she

11   would not have.

12   BY MR. SCHUSTER:

13        Q      Thank you.

14        A      Now, the LPN part of it is very

15   different.  Licensed practical nursing, again,

16   remember, is the vocational one that if she was

17   accepted into that program, she was accepted into

18   the practical nursing program and there would not

19   have been the remediation part.  They don't even

20   do that kind of testing for that program.

21              So she would have been admitted

22   directly into the practical nursing program and

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 49

1  the only reason that she would not have completed

2  that program would have been based on the fact

3  that she was not able to do the course work

4  associated with the nursing program.

5      Q      And only been enrolled in the

6  University of the District of Columbia for three

7  weeks before her death, there is no way to tell

8  whether or not she would have completed those

9  remedial courses or not or been accepted into the

10 LPN program or any other nursing program?

11     A      Well, she had not --

12     MS. LIPPINCOTT:  Objection.  You may

13 answer.

14     A      She had not applied to the practical

15 nursing program so that was not her area of

16 interest.

17 BY MR. SCHUSTER:

18     Q      Thank you.

19     A      She was interested in becoming a

20 registered nurse.

21     Q      Tell me whether you agree with this

22 statement, if you could.  "First, it should be

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 50

1    clear that students enter the University and upon

2    admission, they identify nursing as a major.

3    While this is an expectation, it does not mean

4    that the student has been accepted as a nursing

5    major.  In fact, students identifying nursing as a

6    major must complete two semesters of prerequisite

7    courses before they are eligible to apply for or

8    take courses in the nursing major.  Therefore,

9    prior to their take nursing courses they take

10   academic enhancement or prerequisite courses and

11   other than advising them and registering them each

12   semester, the faculty and staff in the nursing

13   program are unaware of course performance until

14   grades are submitted for the student."

15        A    I would agree with that statement.  I

16   would like to quantify that in your initial

17   reading where it says it is an expectation, it's

18   the student's expectation and not the faculty's or

19   even the persons advising them.  It is the

20   student's expectation that they will be able to

21   complete all of those requirements.

22             And you are right, in addition to that

Capital Reporting Company

Page 51

1  statement about if the student comes in and they

2  are not prepared to do college level work, their

3  program of study would include completing those

4  academic enhancement courses.  All students must

5  complete the pre-nursing requirements and then

6  make application and they would have to complete

7  the clinical component program.  So to a full

8  extent, I do agree with that statement.

9          (Whereupon, Exhibit No. 6 was marked

10  for identification.)

11  BY MR. SCHUSTER:

12      Q     Exhibit 6, you recognize that is the

13  exhibit, that's an e-mail that you sent to me --

14      A     Um-hum.

15      Q     -- on December 1st, 2007?  The sentence

16  or what I just read to you, you would agree, is

17  from your response to the e-mail?

18      A     That's true.

19      Q     And you stand by that response,

20  correct?

21      A     I do.

22      Q     Okay.  When a student goes to UDC and

Capital Reporting Company

Page 54

1    for them and then once they're completed that they

2    take the correct prerequisite courses but, again,

3    that's all prior to their ability to make

4    application to the clinical component of the

5    nursing program where or at which time they become

6    a clinical nursing major.

7            So it's just like if I wanted to be a

8    computer person, they would send them to the

9    computer, to the unit that has computer science,

10   even though they might not be exactly ready to go

11   right into their major's course work.

12           For them to get all of their

13   prerequisites, they would send them there.  And

14   it's the same for social work or anywhere, since

15   we are in opens admission University, just to make

16   sure that the students are directed to the area of

17   interests as they are preparing to do their major

18   work.  So we don't do an interview but we do get

19   them right away.

20       Q      And just expressing an interest doesn't

21   mean you get accepted into the program?

22       A      No, it does not.

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 61

1      A      The same.   Long-term care facilities,

2   taking care of the elderly, the same.

3      Q      If Angel Walters would have completed

4   the three courses that she was enrolled in at the

5   time of her death, am I correct that the next

6   step --

7            MR. SCHUSTER:   Objection, lack of

8       foundation.   But you can continue.

9   BY MS. LIPPINCOTT:

10      Q      If she would have completed the three

11  courses that she was enrolled in at the time of

12  her death, what would have been the next step for

13  her course work at UDC?

14      A      Well, if you would look at that testing

15  program, she would have had to -- before she could

16  do college level course work, that --

17            MR. SCHUSTER:   Referring to Exhibit 4?

18      A      Referring to Exhibit 4.

19  BY MS. LIPPINCOTT:

20      Q      Um-hum.

21      A      There would have been a progressive,

22  another progression of courses that she would have

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 62

1    been required to take.  If she had been successful

2    and completed the reading improvement and the

3    English fundamentals, there is another set of

4    courses that, remediation courses that we would

5    have been asked to put her in before she did the

6    college level.

7            I think English composition, which

8    starts at the -- if you look at the course numbers

9    for these courses, English is always at the

10   University going to be 1133.  And then if you look

11   at the next set, it's 014.

12           Now, I think that there was another

13   zero course.  You can tell that the student is

14   starting to do college level course work when this

15   turns, this zero turns to a one.  So whatever that

16   progression is in terms of the enhancement for

17   students that are not ready for course work, that

18   would have been the recommendation.

19           And where she would have hit the one

20   level for the course would have indicated exactly

21   what she would have taken.  But we would have been

22   required and recommended to have her complete all

434e9ffd-d9ae-4cc0-9636-71a030e0c314

Capital Reporting Company

Page 63

1    of the recommended remediation courses before she

2    was put in to regular college level courses.

3        Q    And then upon completion of all the

4    recommended remedial courses, is that when the

5    student begins the prerequisite courses?

6        A    Pre-nursing courses, yes, right.

7        Q    And then upon completion of the

8    pre-nursing courses, they apply for the program?

9        A    Once they pass the application process

10   to the nursing program and they're accepted into

11   the clinical component, that's --

12           MR. SCHUSTER:  If they're accepted.

13       A    If they're accepted, then they are

14   recognized as nursing majors.

15   BY MS. LIPPINCOTT:

16       Q    Was Angel Walters eligible to enroll in

17   the LPN program?

18       A    When you say eligible, do you mean in

19   terms of her academic accomplishments up to that

20   point or in some kind of way associated with her

21   application for admission into the University?

22   And let me answer what I just said to you in this

Capital Reporting Company

Page 66

1  was only doing remediation courses, she was still

2  a very important student to us.  And as a matter

3  of fact, we even asked that the students go in

4  uniform because we wanted her family as well as

5  the public to see that in the program we did care

6  about her fate and we have to go on the

7  supposition that since she was there and since she

8  was trying, that was a person who might not get to

9  actualize her dream of becoming a nurse in

10  nursing.  So we thought it was very important.

11      Q    Thank you very much, Dr. Webster.  I

12  appreciate your time.

13          MR. SCHUSTER:  Two short follow-up.

14  CONTINUED EXAMINATION BY COUNSEL FOR THE DEFENDANT

15  BY MR. SCHUSTER:

16      Q    Angel Walters had not applied for the

17  LPN program, right?

18      A    Not to my knowledge.

19      Q    Okay.  And did I understand you to say

20  that although she was taken through remedial

21  courses, that after those courses, assuming that

22  she passed those courses, she would then have to

Page 67

1    take some more remedial courses?

2         A      Yeah, there is like a matrix.

3         Q      Okay.

4         A      And if you score in a certain

5    percentile, that depends on where your placement

6    in the remediation would be.  And then they have a

7    matrix of how you progress through there just like

8    doing anatomy, physiology one, you have to

9    complete that before you went to two.  So they do

10   have a progression to try and ensure that whenever

11   the student is done with the remediation that

12   they're in the best position to then go on and

13   start college level work.

14              So, yes, there is a progression.  And I

15   know that it does relate to both English and math

16   and as I stated, until the student gets to the one

17   level course work, which is at the college level,

18   they have a matrix for which they are to follow.

19        Q      And who would have that matrix?

20        A      The people in testing.

21        Q      Testing.  Is that like a separate

22   independent office, I assume, than, UDC?

434e9ffd-d9ae-4cc0-9636-71a030e0c3

| Student ID: | 578110986 | Student DOB: | 03/28/1985 |
| First Name: | ANGEL | Major Name: | Nursing (2-yr) |
| Last Name: | WALTERS | College Name: | University of District of Columbia |
| Middle Initial: | C | | |

**Advisement**
Customizable Text. To Remove or Update This Text, Please Enter Accuplacer Setup - Custom Text.

**Test Results**

| Test | Date | Score | Percentile | SEM |
|------|------|-------|------------|-----|
| Reading Comprehension | 01/04/2007 | 59 | 22 | 9.16 |
| Sentence Skills | 01/04/2007 | 50 | 13 | 9.98 |
| Elementary Algebra | 01/04/2007 | 42 | 55 | 9.14 |
| Arithmetic | 01/04/2007 | 22 | 3 | 5.09 |

**Placement**
Reading Improvement

English Fundamentals

Math005

Group 1



Δ π EXHIBIT 3
Deponent WeBsteR
Date _____ Rptr. 88
WWW.DEPOBOOK.COM

Bldg. 44/102

* Bring Test Results
* Bring Health Insurance Card
* Bring Payment

Registration
Jan. 4, 12

**Back**

DEFENDANT'S
EXHIBIT
6

# University of the District of Columbia

>> College of Arts & Sciences >> Department of Nursing and Allied Health







**DEPARTMENT OF NURSING & ALLIED HEALTH**

| Nursing Programs |
| --- |
| Associate of Applied Science Nursing |
| Licensed Practical Nurse to Associate of Applied Science |
| Bachelor of Science in Nursing |

**Department of Nursing & Allied Health**

Associate of Applied Science Medical Radiography

Associate of Applied Science in Mortuary Science

Associate of Applied Science in Respiratory Therapy

Associate of Applied Science in Nursing (AASN)

Licensed Practical Nurse to Associate of Applied Science in Nursing (AASN)

Bachelor of Science in Nursing

Nursing Program

Faculty & Staff

**Department of College & Sciences**

**Academic Programs**

**UDC**

**University Calendar**

Search ▶

## Nursing Program

**Undergraduate Student Policies**

The University offers two undergraduate nursing degrees: the Associate in Applied Science in Nursing (A.A.S.N.) and the Bachelor of Science in Nursing designed for Registered Nurses (R.N. to B.S.N.) on the Van Ness Campus (Building 44, Telephone 274-5940). The Nursing Program also includes two non-collegiate programs for practical nursing and nursing assistant certification (Building 52, Telephone 274-6950). Information about the degree offerings in the Nursing Program presented at this site supersedes printed documents.The **2003-2006 Undergraduate and Graduate Catalog** (Volume 12, Number 1); Division of Student Affairs' **Student Handbook** and **Info at a Glance**; **Schedule of Classes** for each semester; **UDC Website www.udc.edu**; and **2007-2009 Undergraduate Nursing Student Handbook** for undergraduate students provide information regarding admission, progression and graduation policies. Nursing Handbooks are provided to all students admitted to the Nursing Program and Nursing students are responsible for using these public documents to enhance their academic experiences and are held accountable for policy adherence.

The A.A.S.N. and B.S.N. programs are approved by the District of Columbia Board of Nursing and accredited by the National League for Nursing Accrediting Commission (NLNAC). The Associate in Applied Science in Nursing curriculum is designed to provide graduates with the necessary knowledge and skills to be eligible to attain licensure as registered nurses upon successful completion of the National Council Licensure Examination (NCLEX) and allows graduates to provide nursing care in a variety of settings. The Licensed Practical Nurse Accelerated Curriculum (L.P.N. to A.A.S.N.) is designed for practicing licensed practical nurses to complete the associate degree in one academic year after completing pre-nursing requirements. The Bachelor of Science in Nursing (R.N. to B.S.N.) curriculum is designed for registered nurses to complete the bachelor's degree by building on knowledge acquired through previous education and current nursing practice. B.S.N. graduates are prepared to provide leadership and management in the coordination of care to individuals, families and communities and pursue graduate studies in nursing.

**NLNAC**
61 Broadway 33rd fl.
New York City, N.Y. 10006
1-800-669-1656 ext. 153
212-363-5555
212-812-0390
website: http://www.nlnac.org/

DEFENDANT'S EXHIBIT
tobbler
7

EXHIBIT
2-19-08
5



# ADMISSION

## APPLICATION PROCESS

The Office of Admission processes applications to the University. Admission to the University **does not** guarantee admission to the Nursing Program. Students **are not** automatically admitted to the Nursing Program by indicating an interest in nursing or declaring nursing as a major. Students must make application to the program and nursing admission is competitive.

Nursing students are admitted to the clinical nursing courses consistent with the established admission criteria and selection process. Students enrolled in UDC as regular unlicensed nursing students must complete a minimum of 12 hours of pre-nursing courses; earn a minimum grade of "C" in each course on the program of study; and earn a UDC cumulative grade point average (CGPA) of 2.5 or higher to be eligible to make formal application to the Nursing Program. Application packets for the Nursing Program are distributed by the Nursing and Allied Health Secretary (Building 44, Room 103C) in December and must be returned to the same location by the January and October deadlines to be logged upon receipt.

Transfer credits must be documented on the UDC transcript to be considered with the nursing application packet. Generic or non-licensed nursing students are admitted once per year in the fall semester. Applications to the clinical courses in the AASN Nursing program are due by the **third Friday in January** to be considered for admission.

Licensed Practical Nurse (LPN) students must be graduates of NLNAC accredited programs and/or state approved programs and verify current LPN licensure. Registered Nurse (RN) students must be graduates of NLNAC accredited programs and verify current licensure in the District of Columbia. RN's educated in foreign counties must have academic records evaluated by the appropriate organizations and on file in UDC's Office of Admission. Licensed nursing students (L.P.N.'s and R.N.'s) and nursing students transferring from other institutions are admitted for fall and spring semesters and the application deadlines are the **third Friday in January** for fall admission and the **third Friday in October** for spring admission. The Admission, Progression, and Graduation (APG) Committee evaluates all nursing applications to verify that pre-requisite and admission requirements have been met. The APG Committee ranks students according to application evaluation criteria and assigns points for grade point averages, application components (demographic information, application-essay quality, recommendations), and admission examination performance. Committee recommendations are forwarded to the faculty and to the Director of Nursing. Applicants are notified in writing of the decision regarding their admission status. Selection among those who meet eligibility criteria for program admission includes but is not limited to the following minimum requirements:

1. Cumulative Grade Point Average of 2.5 or greater
2. Completion of all pre-requisite courses with a grade of "C" or better
3. Completion of all science courses within seven years of admission*
4. Completed application and essay received on or before the deadline
5. Satisfactory recommendations
6. Eligibility to obtain licensure as a registered nurse
7. Completion of a standardized admission examination

* Does not apply to RN-BSN students.
Students may also be interviewed to obtain additional information. Students are informed in writing of their application status. Selected students are given detailed information on requirements for progression. Accepted students must verify completion of the following requirements prior to clinical agency assignments (a component of all nursing practicum courses):

1. Valid Picture Identification
2. Valid CPR (Health care provider) certification
3. Proof of purchase of professional liability insurance
4. Health clearance by the University Health Services
5. Police clearance and drug screening (if required by clinical agency).

Students who are denied admission to the nursing program are informed of their rejection status and assisted to explore other career options. Applications of rejected students are not retained. When the selection process is completed, the list of remaining applicants is abolished. Students wishing consideration during the next application cycle must reapply.

## TRANSFER OF CREDIT

Transfer students from other colleges/universities must be in good academic standing, not on academic probation, not academically or administratively dismissed, and not barred from continuing enrollment in the nursing program(s) at previous institution(s). Transfer students from other institutions must be enrolled in UDC for at least one semester and meet all criteria for admission and pre-requisites to be considered for progression into clinical courses. Science courses can be no older than seven years and credit by examination can be used to validate prior learning for selected courses. Students will be numerically ranked based on the nursing program criteria for advancement into the clinical courses as space permits.

## VALIDATION, ARTICULATION AND CREDIT BY EXAMINATION

The faculty is committed to validating prior education through the Credit by Examination (CBE) process and through the District of Columbia Educational Articulation Competency Model Validation Courses to facilitate advanced placement and promote smooth articulation through the nursing curricula. LPN Validation Courses (3 Credit Hours for theory and 1 Credit Hour for laboratory) are offered at UDC and Howard University and the RN Validation Courses are offered at Maryland Universities. The LPN may complete credit by examination for Nursing Pharmacology and Foundations in Nursing and the RN may complete credit by examination for nursing courses below the 400 level.

LPN students may complete the Credit by Examination process for any of the first year courses and/or may be awarded 13 credits after successful completion of LPN Validation Theory and Laboratory courses according to the District of Columbia Consortium for Nursing Education and Practice (DCCNEP) D.C. Educational Articulation Model. LPN students must make formal application to enroll in the LPN Validation courses by the **third Friday in October** deadline and may enroll in the University as special students for the semester. Completion of the LPN Validation, Nursing Pharmacology and pre-nursing courses **does not** guarantee admission to the Nursing Program. LPN students may apply for advance placement to progress to clinical nursing courses after:

1. scoring at least C on the Excelsior College Examination for Foundations of Nursing (Test #403) or completing four (4) credit hours in LPN Validation Courses (3 Credit Hours for theory and 1 Credit Hour for laboratory) at UDC or Howard University and
2. scoring at or above 75% (seventy-five percent) on a pharmacology departmental examination or completing 1425-105-Nursing Pharmacology with a grade of C or better and
3. completing all pre-requisites in the LPN Program of Study.

Registered Nurse students without transfererable academic units may validate prior learning through the DC Educational Articulation Competency Model Validation Courses, Excelsior College Examinations for baccalaureate students, and UDC departmental credit by examination.Information and study guides for the standardized exams may be obtained on-line at excelsior.edu, by calling (888) 647-2388, or writing Excelsior College Test Administration; 7 Columbia Circle; Albany, N.Y. 12203. Exams are administered at designated Prometric Testing Centers.

## ADVISEMENT

Nursing students are assigned to faculty advisors according to the first letter of the students' last names or status (LPN, transfer students from another nursing programs, or RN). New students (Freshman Level or Transfer) admitted to the University who indicate an interest in nursing report to the nursing faculty for advisement. Students must be accepted as nursing majors or have permission to register for AASN or 1425-___ and BSN 1427-___ courses. Continuing students who are nursing majors enrolled in clinical nursing courses are to see their assigned advisor during the early registration period each semester for academic counseling. Students are encouraged to make appointments with their faculty advisor for academic counseling at least once per semester prior to the registration periods, to facilitate optimal progression through the program.

Academic advisor list are posted throughout the Department.

| Nursing Faculty Name | Office and Telephone |
| --- | --- |
| Stella O. Akpuaka | Bldg 44, 200-28 202- 274-6284 |

| Elmira T. Asongwed | Bldg 44, 200-27 202- 274-5909 |
| Doris T. Caldwell | Bldg 44, 200-28 202- 274-5907 |
| Susie M. Cato | Bldg 44, 200-26 200- 274-5914 |
| Gloria J. Green-Ridley | Bldg 44, 104A 202–274-5914 |
| Joanne D. Joyner | Bldg 44, 200-25 202- 274-5908 |

## PROGRESSION ACADEMIC STANDING AND COURSE PERFORMANCE GRADING

The nursing program uses the University's grading system but has its own grading scale. Nursing grading scale is used in all nursing courses. A grade of "C' or better is required in all courses listed on the Program of Study. The following grades are used in all nursing courses to indicate the students' level of achievement:A (93-100) Excellent
B (84-92) Good
C (75-83) Satisfactory
D (66-74) Unsatisfactory (not passing)
F (Below 66) Unsatisfactory (not passing)

## WITHDRAWAL/DISMISSAL

Students may register for nursing courses during the early registration period based on their status at the time of registration for continuing students. Students inappropriately registered or ineligible for nursing courses will be required to withdraw. Incomplete grade(s) in nursing courses must be removed before progressing to another nursing course. Pre and/or co-requisites must be completed for each nursing course prior to progression.Nursing courses are eligible for progression if they achieve of a grade of "C" or better in all required courses listed on the Program of Study, maintain a cumulative grade point average of 2.0 or better, and demonstrate academic integrity. Students with a cumulative grade point average (CGPA) below 2.0 and grades of less than "C" in required courses will not be retained in nursing. **Only one nursing course may be repeated during a student's progression through the nursing program.** Students whose transcripts show two grades below "C", either D or F, in 1425-_____ (AASN) or 1427-_____ (BSN) nursing courses will not be retained in the nursing program. Other reasons for dismissal include any incident where continuing in nursing would be detrimental to the health of the student or to others and verified academic dishonesty, code of conduct violations and unethical practices in classroom or clinical settings. While a student may be dismissed from the nursing program, she/he is not dismissed from the University and is assisted with identifying another major.

## READMISSION

Students in good academic standing, who have not been enrolled for one or more semesters in the Nursing Program, must submit a letter of intention by the third Friday in January for consideration for the following fall term and by the third Friday in October for the following spring term in order to be screened for eligibility to register for nursing courses. Students who withdraw from the Nursing Program and apply for readmission at a later date, even though the student has earned a "C" grade in nursing courses during a previous enrollment, may be asked to repeat some or all of the nursing courses previously completed, especially if the time period between withdrawal and readmission is two years or longer and/or the program of study has changed. Readmission of nursing students is contingent upon recommendations of the APG committee and space availability. If a student is readmitted, he/she will be readmitted under the current program of study.

## NURSING COURSE (CLASS AND CLINICAL) PERFORMANCE REQUIREMENTS

Students are expected to function as accountable, responsible and self-directed individuals. The course syllabi provide course details and serve as the student-faculty contracts for the course conduct. The course syllabi and modules identify objectives, teaching methods-learning activities, and evaluation criteria to guide students. Course schedules provide testing details, content and/or assignments.
**Classroom attendance** is expected and academic integrity is required. Absenteeism jeopardizes academic success.
**Clinical and Laboratory attendance** in nursing is mandatory. All planned learning experiences,

whether on-campus or off-campus, are required to meet course objectives. Students are responsible for purchasing and maintaining uniforms and uniform accessories. **Health clearance** through the University Health Services is required annually and is a pre-requisite to clinical placement in accord with the healthcare agency policies and D.C. laws. **CPR Certification** (Healthcare Providers Card) must be maintained by all students enrolled in nursing courses **Student Release Form** completion is are required to release the Nursing Program and the University from responsibility for any injury or illness to the student (or if pregnant, to the inborn baby) while attending hospital or other clinical(s) and to acknowledge that risks do exist and that students assume any and all risks involved. Health problems that could interfere with the student's ability to meet program objectives will be considered on an individual basis. Student with health problems must have written documentation from their physician and sign a student release form prior to clinical laboratory experiences.

**Professional Liability Insurance** is required for each clinical nursing course and must be maintain throughout the nursing curriculum. Insurance for AASN students is purchased during the registration period at the beginning of the academic year in the cashier's office (Bldg. 39, 2nd floor) and receipts must be presented to faculty to verify coverage. RN students must maintain individual professional liability insurance coverage.

## GRIEVANCE/COMPLAINT AND APPEAL PROCEDURES

Students have rights and responsibilities to express concerns regarding faculty-student matters and perceived problems. Students are encouraged to follow the chain of command and seek assistance from faculty members and academic advisors to resolve issues at the lowest level of authority. If the matter cannot be resolved at the level of occurrence, the student is to use the established policies for grievances and complaints. Grade appeals that cannot be resolved at the departmental level go to the College of Arts and Sciences Academic Appeals Committee. Complaints of discrimination can be filed with the UDC Office of Human Resources to address affirmative action, equal employment opportunities, disability-handicap-limitation accommodations, racial harassment, and sexual harassment.

## CODE OF CONDUCT AND ETHICS

Nursing students are expected to follow the National Student Nurses' Association Code of Academic and Clinical Conduct, American Nurses' Association Code of Ethics, and UDC Code of Student Conduct. Students at UDC assume the obligation to maintain standards of academic integrity. Violation of academic obligations includes: unethical practices and acts of academic dishonesty, such as cheating, plagiarism, falsification, and the facilitation of such acts. Academic integrity is expected and required for retention in the nursing program. Violations of the codes of conduct and ethics will result in dismissal from the nursing program.

## GRADUATION
## GRADUATION REQUIREMENTS

The Associate Degree requires 72 semester hours, 15 of which must be in residence in the second year level. University graduation clearance requirements include completion of all University-Wide and nursing requirements with a cumulative grade point average of 2.0 or better. Additional nursing requirements for graduation include completion of all courses on the program of study with a minimum grade of "C" and performance on the an exit examination with a score based on not less than five percent below the national norms for the testing product. By the end of the AASN courses, students are required to complete 10,000 NCLEX-RN style questions. The Baccalaureate Degree requires 120 semester hours, 30 of which must be in residence. University graduation clearance and a grade of "C" in each course on the nursing program of study are requirements for graduation. Student will **not** be recommended to participate in University Commencement related activities unless all graduation clearance requirements have been met.

University of the District of Columbia
Department of Nursing and Allied Health
Building 44, 102
Washington, DC 20008
202/274-5940

# UNIVERSITY OF THE DISTRICT OF COLUMBIA
# LPN NURSING FACT SHEET

### Licensed Practical Nurse (LPN) Validation Course Offering

The LPN Validation Course is a Consortium Course offering. Students who take the course at UDC will receive three (3) credits for theory and one (1) credit for lab. These credits may be transferred to Consortia schools offering the LPN-RN Program.

** Taking the course at UDC <u>does not guarantee</u> admission into the Nursing Clinical level.**

| | |
|---|---|
| **When:** | Spring Semester (January) |
| **Where:** | University of the District of Columbia (UDC) |
| | Van Ness Campus – Building 44 |
| **Requirements:** | Applicants must meet Pre-Nursing Requirements for the University program they are planning to attend. |

**Students Planning to Attend the UDC LPN to RN Program* must follow the following guidelines:**

1. Submit an Application for admission to the University (Office of Admissions).
2. Submit a Validation Application to the Department of Nursing and Allied Health by the **First (1st) Friday in November.**
3. Submit a Nursing Application to the Department of Nursing and Allied Health by the **Third (3rd) Friday in January**
4. Submit a Copy of **LPN License, CPR Card, Proof of Graduation** from **PN Program** and **Valid Picture ID.**
5. *Students applying for the LPN to RN Program at UDC must satisfy the Pre-Nursing Requirements for the University of the District of Columbia (UDC):
   | | |
   |---|---|
   | 1535-101 | College Level Math I or equivalent |
   | 1133-111 | English Composition I |
   | 1401-111 | Anatomy and Physiology I Lecture |
   | 1401-112 | Anatomy and Physiology I Laboratory |
   | 1171-201 | Principles of Psychology |
6. If you have taken college courses at another College or University, provide an official transcript submitted to UDC.

**Contact Person:**    Mrs. Susie Cato - Telephone (202) 274-5914
E-Mail Address:  scato@udc.edu
Office Location Building 44 Room 200-26

*All LPN students accepted in the Accelerated LPN-RN Program at UDC <u>must have completed Pharmacology</u> prior to starting the first semester of the LPN-RN Accelerated Nursing Program. Students who choose to do the Pharmacology Course at UDC (or any other school) must be aware that completion of the course (or taking the course at UDC) will not mean automatic acceptance into the Accelerated LPN-RN Associate Degree Program

**UNIVERSITY OF THE DISTRICT OF COLUMBIA**
**COLLEGE OF ARTS AND SCIENCE**
**DEPARTMENT OF NURSING AND ALLIED HEALTH**
**Associate of Applied Science in Nursing (AASN) Program of Study**

PRE-NURSING COURSES

| COURSE NUMBER | COURSE TITLE | CREDIT HOURS | GRADE |
|---|---|---|---|
| +1535-1__ | College Level Math I | 3 | ____ |
| +1133-111 | English Composition I | 3 | ____ |
| 1401-111 | Anatomy and Physiology I Lecture | 3 | ____ |
| 1401-113 | Anatomy and Physiology I Lab | 1 | ____ |
| +1171-201 | Principles of Psychology | 3 | ____ |
| + Identifies the University-Wide Requirements | | Total   13 | |

**\*Students may apply for nursing program admission after all five courses above are completed.**

SPRING SEMESTER  - Students must be enrolled in uncompleted pre-nursing courses at the time of application.

| +1535-1__ | College level Math II | 3 | ____ |
|---|---|---|---|
| +1133-112 | English Composition II | 3 | ____ |
| 1401-112 | Anatomy and Physiology II Lecture | 3 | ____ |
| 1401-113 | Anatomy and Physiology II Lab | 1 | ____ |
| 1507-105 | Fundamentals of chemistry Lecture | 3 | ____ |
| 1507-106 | Fundamentals of chemistry Lab | 1 | ____ |
| | | Total   14 | |

**All pre-nursing courses must be completed before enrolling in clinical nursing courses below the line.**

FIRST YEAR - FALL SEMESTER

| 1425-100 | Concepts Basic to Nursing Theory | 2 | ____ |
|---|---|---|---|
| 1425-111 | Foundations of Nursing Theory | 3 | ____ |
| 1425-112 | Foundations of Nursing Practicum | 2 | ____ |
| 1425-105 | Nursing PharmacologyTheory | 3 | ____ |
| 1401-245 | Clinical Microbiology Lecture | 3 | ____ |
| 1401-244 | Clinical Microbiology Lab | 1 | ____ |
| | | Total   14 | |

FIRST YEAR - SPRING SEMESTER

| 1425-117 | Mental Health Nursing Theory | 3 | ____ |
|---|---|---|---|
| 1425-118 | Mental Health Nursing Practicum | 2 | ____ |
| 1425-119 | Maternal Newborn Nursing Theory | 3 | ____ |
| 1425-120 | Maternal Newborn Nursing Practicum | 2 | ____ |
| | | Total   10 | |

SECOND YEAR - FALL SEMESTER

| 1425-217 | Nursing Care of the Child Theory | 3 | ____ |
|---|---|---|---|
| 1425-218 | Nursing Care of the Child Practicum | 2 | ____ |
| 1425-219 | Nursing Care of Adults I Theory | 3 | ____ |
| 1425-220 | Nursing Care of Adults I Practicum | 2 | ____ |
| | | Total   10 | |

SECOND YEAR - SPRING SEMESTER IV

| 1425-221 | Nursing Care of Adults II Theory | 3 | ____ |
|---|---|---|---|
| 1425-222 | Nursing Care of Adults II Practicum | 5 | ____ |
| 1425-225 | Nursing Process Lab | 1 | ____ |
| 1425-290 | Nursing Seminar, AAS | 2 | ____ |
| | | Total   11 | |

**TOTAL SEMESTER HOURS   72**

\*Students apply for admission to nursing on or before the third Friday in January for fall semester admission to clinical
<u>NURSING</u> courses. Basic requirements for admission to the nursing program are course grades of C or better, science courses
no older that seven years, cumulative UDC grade point average of 2.5 or better. Application submission **does not** guarantee
admission to the nursing program.

**Effective Fall 2004**

# UNIVERSITY OF THE DISTRICT OF COLUMBIA
## COLLEGE OF ARTS AND SCIENCE
### DEPARTMENT OF NURSING AND ALLIED HEALTH
### Registered Nurse to Bachelor of Science in Nursing (RN to BSN)
### PROGRAM OF STUDY

| GENERAL EDUCATION REQUIREMENTS | | CREDIT HOURS | GRADE |
|---|---|---|---|
| +1133-211 | Literature and Advanced Writing I | 3 | ____ |
| +1133-212 | Literature and Advanced Writing II | 3 | ____ |
| +1175-113 | Introduction to Anthropology or | 3 | ____ |
| +1177-111 | Introduction to Sociology | | ____ |
| +1167-1__ | Philosophy | 3 | ____ |
| 1421-106 | Nutrition - Lecture | 3 | ____ |
| 1421-104 | Nutrition - Laboratory | 1 | ____ |
| +1121/1165/1105/1111 | Fine Arts | 3 | ____ |
| 1507-135 | Essentials Organic and Biochemistry Lecture | 3 | ____ |
| 1507-136 | Essentials Organic and Biochemistry Lab | 1 | ____ |
| | **Total** | **23 Credit Hours** | |

**+ University-Wide Requirements**

| RN to BSN JUNIOR LEVEL NURSING COURSES | | CREDIT HOURS | GRADE |
|---|---|---|---|
| **Fall Offerings** | | | |
| 1427-315 | Essentials of Professional Nursing Theory | 2 | ____ |
| 1427-315 | Essentials of Professional Nursing Practicum | 2 | ____ |
| 1427-354 | Gerontological Nursing Theory | 3 | ____ |
| **Spring Offerings** | | | |
| 1427-345 | Pathophysiology for RN's Theory | 4 | ____ |
| 1427-355 | Legal Issues in Nursing Practice Theory | 2 | ____ |
| | **Total** | **13 Credit Hours** | |

**Elective Course - Not Required for BSN Degree**
1427-350     Ethical Issues in Health Care - Theory     3 Credit Hours

| RN-BSN SENIOR LEVEL NURSING COURSES | | CREDIT HOURS | GRADE |
|---|---|---|---|
| **Fall Offerings** | | | |
| 1427-442 | Care of the Acutely Ill Theory | 3 | ____ |
| 1427-444 | Acute Care and Rehabilitation Nursing Practicum | 5 | ____ |
| 1427-445 | Nursing Management/Leadership Theory | 2 | ____ |
| 1427-455 | Nursing Research Theory | 3 | ____ |
| **Spring Offerings** | | | |
| 1427-460 | Community Health Nursing Theory | 3 | ____ |
| 1427-461 | Urban Community Health Issues Theory | 3 | ____ |
| 1427-462 | Community Based Nursing Care Practicum | 5 | ____ |
| | **Total** | **24 Credit Hours** | |

### RN to BSN Completion (Junior-Senior Years) = 60 Credit Hours
### 60 AASN Equivalent Credits + 60 RN to BSN Credits = 120 Total Credit Hours

*All general education and junior level nursing courses (36 credit hours) and 60 hours of AASN equivalent courses must be completed before advancement to the senior level of the BSN program. Students apply for admission on or before the third Friday in January for fall semester admission and the third Friday in October for spring semester admission to BSN senior nursing courses. Basic requirements for BSN admission are course grades of C or better, cumulative UDC grade point average of 2.5 or better, current DC RN license, CPR, and nursing liability insurance.

**Effective Fall 2006**

**UNIVERSITY OF THE DISTRICT OF COLUMBIA**
**COLLEGE OF ARTS AND SCIENCES**
**DEPARTMENT OF NURSING AND ALLIED HEALTH**

## Licensed Practical Nurse to Associate in Applied Science in Nursing ACCELERATED Program of Study

This program of study is recommended for students who **plan to make application** to UDC's LPN-RN ACCELERATED Program.

## PRE-NURSING COURSES

| COURSE No. | COURSE TITLE | | CREDIT HOURS |
|---|---|---|---|
| +1535-1-- | College Level Math I | 3 | _____ |
| +1133-111 | English Composition I | 3 | _____ |
| 1401-111 | Anatomy and Physiology I - Lecture | 3 | _____ |
| 1401-113 | Anatomy and Physiology I - Lab | 1 | _____ |
| +1171-201 | Principles of Psychology | 3 | _____ |
| | | | Total 13 |

**SPRING SEMESTER**

| | | | |
|---|---|---|---|
| **425-198 | LPN Validation Theory | 3 | _____ |
| 425-199 | LPN Validation Laboratory | 1 | _____ |
| 1401-112 | Anatomy and Physiology II - Lecture | 3 | _____ |
| 1401-114 | Anatomy and Physiology II - Lab | 1 | _____ |
| 425-105 | Nursing Pharmacology | 3 | _____ |
| 1507-105 | Fundamentals of Chemistry - Lecture | 3 | _____ |
| 1507-106 | Fundamentals of Chemistry - Lab | 1 | _____ |
| | | | Total 15 |

## Nursing Clinical Level

**SECOND YEAR - FALL**

| | | | |
|---|---|---|---|
| +1133-112 | English Composition II | 3 | _____ |
| +1535-1__ | College Level Math II or | 3 | _____ |
| +1535-185 | Elementary Statistics | | |
| 1401-244 | Clinical Microbiology - Lecture | 3 | _____ |
| 1401-245 | Clinical Microbiology - Lab | 1 | _____ |
| 1425-117 | Mental Health Nursing - Theory | 2 | _____ |
| 1425-118 | Mental Health Nursing - Practicum | 2 | _____ |
| 425-217 | Nursing Care of the Child Theory | 2 | _____ |
| 425-218 | Nursing Care of the Child Practicum | 2 | _____ |
| | | | Total 18 |

**SECOND YEAR - SPRING ****

| | | | |
|---|---|---|---|
| 425-221 | Nursing Care of Adults II - Theory | 3 | _____ |
| 425-222 | Nursing Care of Adults II Practicum | 5 | _____ |
| 425-225 | Nursing Process Lab | 1 | _____ |
| 425-290 | Nursing Seminar, AAS | 2 | _____ |
| | | | Total 11 |

**TOTAL SEMESTER HOURS 72****

*Students MUST apply for admission to the Department of Nursing after completing the PRE-NURSING COURSES. The application is due on or before the third Friday in January for fall semester admission to clinical NURSING courses. Application submission **does not** guarantee admission to the clinical level of the nursing program.

**15 Credits Awarded Upon Successful Completion of the final semester of the Accelerated Program.

+ Identifies the University-Wide Requirements
**Effective Fall 2004**

## UNIVERSITY OF THE DISTRICT OF COLUMBIA
## COLLEGE OF ARTS AND SCIENCES
## DEPARTMENT OF NURSING AND ALLIED HEALTH
### Licensed Practical Nurse to Associate of Applied Science in Nursing (AASN)
### ACCELERATED PROGRAM OF STUDY

**PRE-NURSING COURSES**

| COURSE NUMBER | COURSE TITLE | CREDIT HOURS | GRADE |
|---|---|---|---|
| +1535-1__ | College Level Math I | 3 | ____ |
| +1133-111 | English Composition I | 3 | ____ |
| 1401-111 | Anatomy and Physiology I Lecture | 3 | ____ |
| 1401-113 | Anatomy and Physiology I Lab | 1 | ____ |
| +1171-201 | Principles of Psychology | 3 | ____ |

*Students may apply for LPN Validation if five courses above are in progress, completed, or transferred.*

| | | | |
|---|---|---|---|
| 1507-105 | Fundamental of Chemistry Lecture | 3 | ____ |
| 1507-106 | Fundamental of Chemistry Lab | 1 | ____ |
| +1133-112 | English Composition II | 3 | ____ |
| 1401-245 | Clinical Microbiology Lecture | 3 | ____ |
| 1401-244 | Clinical Microbiology Lab | 1 | ____ |
| 1401-112 | Anatomy and Physiology II Lecture | 3 | ____ |
| 1401-114 | Anatomy and Physiology II Lab | 1 | ____ |
| 1425-105 | Nursing Pharmacology Theory | 3 | ____ |
| 1425-198 | LPN Validation Theory | 3 | ____ |
| 1425-199 | LPN Validation Laboratory | 1 | ____ |
| | **Pre-Nursing Total** | **37** | |

**\*\*Students must be enrolled in uncompleted pre-nursing courses at the time of application submission and ALL pre-nursing courses must be completed before enrolling in the clinical nursing courses below the line.**

**SECOND YEAR - FALL**

| | | | |
|---|---|---|---|
| +1535-1__ | College Level Math II | 3 | ____ |
| 1425-117 | Mental Health Nursing Theory | 3 | ____ |
| 1425-118 | Mental Health Nursing Practicum | 2 | ____ |
| 1425-217 | Nursing Care of the Child Theory | 3 | ____ |
| 1425-218 | Nursing Care of the Child Practicum | 2 | ____ |
| | **Total** | **13** | |

**SECOND YEAR - SPRING**

| | | | |
|---|---|---|---|
| 1425-221 | Nursing Care of Adults II Theory | 3 | ____ |
| 1425-222 | Nursing Care of Adults II Practicum | 5 | ____ |
| 1425-225 | Nursing Process Lab | 1 | ____ |
| 1425-290 | Nursing Seminar, AAS | 2 | ____ |
| | **Total** | **11** | |

(13 Escrow Credits are awarded for LPN Validation Courses upon successful completion of AASN degree requirements)     **Total 13**

**TOTAL AASN HOURS 72**

*Students apply for admission to LPN Validation courses by the third Friday in October for spring semester enrollment. All five courses (13 semester hours or the equivalent) must be completed by the end of the fall semester. Application submission **does not** guarantee acceptance into LPN Validation courses.

**Students apply for admission to the nursing program on or before the third Friday in January for fall semester admission to AASN clinical NURSING courses. Basic requirements for admission to nursing are course grades of C or better, science courses no older that seven years, cumulative UDC grade point average of 2.5 or better. Application submission **does not** guarantee admission to the clinical component of the AASN program.

+ Identifies the University-Wide Requirements
**Effective Fall 2007**

**From:**      "Webster, Connie M" <cwebster@udc.edu>
**To:**        "Ric Schuster" <rschuster@wmata.com>
**Date:**      12/1/2007 8:50:02 PM
**Subject:**   Follow-Up to Friday's E-Mail

Mr. Schuster:

I attempted again to get answers for some of the questions that you
posted in the document (dated October 24, 2007) sent to Ms. Carlynn
Fuller, Esquire here at the University. With this response I find it
necessary to discuss the difficulty associated with my ability or
inability to answer the questions that you have asked. First, it should
be clear that students enter the university and upon admission they
identify Nursing as a major. While this is an expectation, it does not
mean that the student has been accepted as a nursing major. In fact,
students identifying nursing as a major must complete two (2) semesters
of pre-requisite courses before they are eligible to apply for or take
courses in the nursing major. Therefore, prior to their taking Nursing
Courses they take academic enhancement or prerequisite courses, and
other than advising them and registering them each semester the faculty
and staff in the nursing program are unaware of course performance until
grades are submitted for the student. In this case, Ms. Walters was
taking three enhancement courses outside of the department, and Nursing
Program faculty members are totally unaware of her status in those
classes. Further, we are unaware of how the classes are structured and
taught (i.e.: frequency and/or time of examinations, course content, or
progression of students). Having said those things, my subsequent advice
would be to speak with specific instructors. In an attempt to provide
you contacts, I went to the student information system to see if I could
get instructors' names,. but all information (other than what you
provided on page 3 of your document) has been cleared from the student's
record with the notation "the student is deceased".



Δ π EXHIBIT _____
Deponent _Webster_
Date _____ Rptr._____
WWW.DEPOBOOK.COM

I can tell you that the spring schedule of courses list "Staff" as
instructor in the faculty identifier for the course numbers identified
on Ms. Walters' record. I can further tell you that all courses
beginning with 1133 are taught in the English Department and courses
beginning with 1535 are taught in the Department of Mathematics.
Responses to some of the other questions you posed are:

1.      On what specific date did Ms. Walters start her first day of
class? Answer: The first day of class for the university was January 18,
2007; however the exact day that Ms Walters started her classes would
have to be verified by instructors teaching the classes she was taking.

2.      Was she enrolled in any additional classes, other than the
three remedial classes?  Answer: Not by the registration records here at
the university.

DEFENDANT'S
EXHIBIT
tabbies
8

3.    Was she a day or night student? Answer: 1133-014 was 7-8:20pm (Monday and Wednesday); 1133-015 was 5:30-6:50pm (Monday and Wednesday); and 1535-005 was 4-5:20pm (Tuesday and Thursday).

4.    See the answer provided above.

5.    Due to lack of knowledge, I am unable to address this question in any manner.

6.    An expert explanation would come from someone in University Testing.

7.    The credits required for graduation from the AASN Program are 72.

8.    This questions and many others may be more appropriately answered if you go to our website at www.udc.edu/academics/nursing and first go to the link "Nursing Program" and then to the link "Associate of Applied Science Degree". These two links will provide you an abundance of eligibility requirements for the program and the entire program of study.

Respectfully Submitted,

Connie M. Webster, PhD, RN, CNA, BC

Chairperson, Department of Nursing and Allied Health

CC:         "Fuller, Carlynn M." <cfuller@udc.edu>

## Capital Reporting Company

Page 1

```
      IN THE US DISTRICT COURT OF THE DISTRICT OF COLUMBIA
                         Civil Division


- - - - - - - - - - - - - -:

GLADYS CLAUDETTE SUTTON,         :

INDIVIDUALLY AND AS PR OF THE:

ESTATE OF ANGEL CLAUDETTE        :

WALTERS, DECEASED,               :

                                 :

              Plaintiff,         :

                                 :

       v.                        :Case No.:

                                 :07-1197(JDB)

WASHINGTON METROPOLITAN AREA :

TRANSIT AUTHORITY,               :

                                 :

              Defendant.         :

- - - - - - - - - - - - - -:
```

ORIGINAL

```
                      Washington, DC

                 Wednesday, March 19, 2008

Deposition of:

        GEORGE FILSINGER, JR.

called for oral examination by counsel for the

Defendant, pursuant to notice, at the Offices of

Washington Metropolitan Area Transit Authority, 600

Fifth Street, Northwest, 2nd Floor, Washington, DC,

before Denise Reiter, a Notary Public in and for the

District of Columbia, beginning at 10:37 a.m., when were

present on behalf of the respective parties:
```

DEFENDANT'S EXHIBIT
9

**Capital Reporting Company**

Page 9

1    employees under your supervision, is that correct?

2        A    That's correct.

3        Q    Who do you hire?

4        A    If I -- for instance, if I have positions that

5    are open and I've had resumes or whatever come across my

6    desk then I get involved in that. Especially the higher

7    level positions. I just hired what we call account

8    managers. I hired two account managers last week for a

9    new contract I have in Frederick. These were resumes

10   that were through a job fair that we had done about six

11   months ago and I recalled those people back and offered

12   them positions.

13       Q    Maybe it would be helpful to me if you would

14   describe the job structure of your company starting with

15   the lowest level position moving upwards.

16       A    Okay. Probably the lowest level would be a

17   regular security officer. It's a pretty strict process.

18   In other words, we'll put ads in the paper for

19   positions. Everyone has to call and make an appointment

20   with our administrative assistant who runs that. They'll

21   come in and fill out an application. They have to take a

22   pre -- a test. It's like a 10 question test to even be

**Capital Reporting Company**

Page 10

1    approved to fill out an application. We used to limit to

2    18 years of age. We changed that three years ago to 21

3    because we can get no background information on an 18-

4    year-old unless they were a real bad juvenile or

5    something like that. So our limitations now are 21 years

6    of age. They take the test. If they pass the test then

7    they fill out the application and go through the

8    interview process. I have three human resource managers

9    that that individual security officer would be processed

10   through. They must complete a three-day class before

11   anything and complete a -- it's 100 question test for

12   that. Then they become eligible for employment and go

13   back to HR for assignment at one of the locations or

14   openings that myself or other operations managers may

15   have.

16        Q    What is the next level above security officer?

17        A    That would be a site supervisor. You're not

18   talking office, are you?

19        Q    No, sir.

20        A    That would be a site supervisor.

21        Q    What are the duties of a site supervisor?

22        A    A site supervisor basically schedules, does

**Capital Reporting Company**

Page 11

1  payroll for that particular site that they're assigned

2  to. Normally it's 168 hours or more and that's a 24/7

3  location.

4          After site supervisor becomes account manager

5  which is the next progression within our structure.

6  Account manager would probably be 336 hours or more and

7  would probably have supervisor shifts or site

8  supervisors under the account manager.

9          The next level, which is the top level, is the

10  portfolio manager. All of these people that I'm

11  discussing do report back to the operations manager. A

12  portfolio manager would be someone that is in charge of

13  the Ackeridge account. For instance, our Ackeridge

14  account is like 17 buildings. The portfolio manager's

15  over all of those 17 buildings. The portfolio then would

16  have three or four account managers and four, five or

17  six site supervisors that report through the portfolio

18  manager and that's the -- the highest you can go is a

19  portfolio manager.

20      Q    After that is you?

21      A    That's correct.

22      Q    Or your assistant?

**Capital Reporting Company**

Page 13

1    A    I have four account managers.

2    Q    How many are portfolio managers?

3    A    I have one portfolio manager.

4    Q    What is the pay range for security officers in

5    the Washington Metropolitan area at your company?

6    A    You want what it is now or the new one.

7    There's new wage law that just came into effect.

8    Q    I want to know what it was in January of 2007.

9    A    Between 10 and 11 and these are all -- each

10    contract is negotiated on what the hours could be

11    whether it be a 160 or -- I mean I have accounts that

12    are 40 hours a week. There's no site supervisor there.

13    That would be a security officer probably making $10.50

14    an hour for a 40 hour a week account.

15    Q    You indicated that it just changed?

16    A    Yes.

17    Q    How has it changed?

18    A    It's changing hugely. The DC government passed

19    a new wage guideline -- a new law, which was approved by

20    Congress, all officers now will -- right off the street,

21    brand new will be making $12.40 and that's probably

22    going to go to $14.47 because they approved a benefits

**Capital Reporting Company**

Page 17

1    a security officer to a site supervisor?

2        A    Along with that, what you have to understand

3    is I have a bunch of -- I'm called the garbage man. I

4    have a bunch of small accounts. I don't have that many

5    huge 168s. I got the 40 hours and the 24 hour weeks and

6    the 65 hour weeks, which don't ask or dictate for a site

7    supervisor, but in the process either through promotions

8    a lot of these officers find higher paying jobs or they

9    get out of the security business. So, the turnover --

10   our turnover is probably about 300% a year. I just had

11   two officers that went through the training and got

12   their special police license, armed special police

13   officers.

14       Q    Are some of your officers armed?

15       A    We have no arms in DC anymore at all, no. I

16   have armed at my job in Frederick. I have armed

17   officers. I used to have -- at one time, I had 12 armed

18   accounts in DC. I finally got rid of them all. A SPO

19   dictates a lot more money. These other companies in the

20   city that have armed accounts are begging for armed

21   SPO's. So, if I'm paying for instance a security officer

22   $11 or $12 and they do a little checking around, they

Page 19

1   after six months on the job at a permanent assignment.

2   Then a review would be done by that site supervisor and

3   submitted to me and then I would thus submit for pay

4   increase or promotion whether it be -- at some locations

5   I have captains, lieutenants, sergeants. That would be

6   submitted to me from the site supervisor.

7        Q    It would be at least six months before an

8   initial performance evaluation would be done?

9        A    That's correct.

10       Q    To your knowledge, did Ms. Walters ever have a

11  performance evaluation done?

12       A    I don't believe she did, no.

13       Q    What would be your assessment of her

14  performance?

15       A    Of?

16       Q    Ms. Walters.

17       A    She was very dependable, reliable, always

18  sharp in uniform, the tenants of the building absolutely

19  loved her.

20       Q    What was the last thing you said?

21       A    The tenants of the building that she was

22  working at loved her because she has -- basically most

**Capital Reporting Company**

Page 20

1    of my jobs are lobby attendants. We say security, but

2    they are lobby attendants. Very professional, very

3    helpful to the public coming in because it was a multi-

4    tenant building that she was located in. It just wasn't

5    one major tenant.

6         Q    Did you ever have any discussions with her

7    about her aspirations to become promoted higher in the

8    chain at Admiral?

9         A    Yes, I did.

10        Q    What were those discussions?

11        A    Ms. Walters -- before the accident, she had

12   expressed to me that she was looking into going into

13   nursing, but she still wanted to keep working for

14   instance and could I adjust her schedule. I said you

15   give me your school schedule and we'll work around that

16   because I can do that in almost any building I have. It

17   had never gotten to that point, but she had impressed

18   upon me that nursing was the career or the field that

19   she wanted to go in. We discussed security. I had her

20   scheduled for a few classes. I had her scheduled for

21   instance for CPR and first-aid certification which most

22   of my buildings now require. I wanted to get her into

Rehabilitation Counselors, Incorporated
P.O. Box 1217
Bowie, Maryland 20718
Phone: 202-408-9555      Fax: 301-352-5331

Joseph H. Rose M.Ed., C.R.C.
Vocational Expert

April 5, 2008

Paul J. Maloney, Esquire
Kelly M. Lippincott, Esquire
Carr Maloney P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036

Re:    **Gladys Sutton, et al. v. MWATA**
       Supplemental Vocational, Assessment/Occupational Outlook

Dear Ms. Lippincott;

Since my report dated October 30, 2007, and my deposition testimony on February 8, 2008, I have reviewed the depositions of Buddy Filsinger, Kathleen Sampeck, Dr. Thomas C. Borzilleri, Brenda Gordon Williams, Anthony Turner, Maurice Turner, and Robert Turner. I have also, researched in more detail, the history of the University of the District of Columbia College, starting with the former D.C. Teachers College and UDC's predecessor, the former Federal City College. As you are aware, U.D.C. is an open admissions university serving primarily District of Columbia students, of which some are deficient in Reading, Mathematics and English. When students are unsuccessful in passing entrance examinations in the aforementioned courses, they are allowed admission into the university by taking remedial classes until they are able to successfully pass into full admission into the university. Tutorial assistance is provided to those students who are required to take remedial courses. Angel Walters from all accounts, had the innate cognitive skills to master the remedial courses that she was taking at the time of her death.

It should be noted, that Angel Walters was in the 20 percentile of high school girls who became pregnant, but never dropped out during their pregnancies. She graduated from high school with her class. According to her family representations and her history, she not only completed high school, she worked in part-time jobs, cared for her daughter and prior to her death, she attended U.D.C., and worked a full time job at Admiral Security.

I have also had an opportunity to review the letter from Ms. Walters' English class at UDC. This further demonstrates that Ms. Walters was a personable, well-liked individual who had developed close relationships with her professors and fellow students at UDC.

DEFENDANT'S
EXHIBIT

10

Page 2.
Sutton.

It also serves to show the type of spirit and determination she had to succeed in the nursing field.

In addition to the pursuit of a nursing degree, Ms. Walters was working as a security officer for Admiral Security Services. I spoke with her former supervisor, Mr. George "Buddy" Filsinger, who stated that Angel Walters has a bright future with his company. He described her as very dependable, reliable, always sharp in uniform, loved by the tenants of the building, very professional, and very helpful to the public. Ms. Walters told Mr. Filsinger that she wanted to go into nursing, but that she still wanted to keep working. Mr. Filsinger was willing to work with her to adjust her work schedule to accommodate her school schedule. Mr. Filsinger discussed a possible career in security with her. He had her scheduled for a few classes, including CPR and first-aid certification. Mr. Filsinger believes she could have had a future in security.

At Admiral, the lowest level position is security guard. The next level above security guard is site supervisor, and after that is portfolio manager. The pay range for security guards in the Washington Metropolitan Area at Admiral in January of 2007 was $10.00 - $11.00 per hour. D.C. has since passed new wage guidelines. Security officers now make $12.40 per hour to start. Site supervisors earn between $15.75 - $19.00 per hour. It typically takes a security officer three to five years to be promoted to site supervisor. There is a high turn over rate of approximately 300% per year for Admiral security guards. This is due to promotions and officers finding higher paying jobs.

I disagree with the conclusions reached by Ms. Sampeck that Angel Walters would have, at best, earned only the income of a high school graduate. As Dr. Borzilleri mentioned, having at least some college credits, substantially increases an individual's earning power. Having some college would have assisted her career in the security field had she chosen at some point not to pursue work in the health care field.

In closing, it is my opinion within a reasonable degree of professional certainty and objectivity in the field of rehabilitation counseling, that Angel Walters possessed the motivation and determination to succeed in her college level training. It is correct that she would have been challenged by the remedial courses that she was required to take. However, according to the University of the District of Columbia's Student Services, she was entitled to tutorial assistance in math, reading, writing and study skills.

Even in the event that she decided to change her educational focus from nursing to some other major at the appropriate time, she would have had the benefit of a full or partial college education.

Should you have any questions, please feel free to contact me.

Sincerely,

Joseph H. Rose, C.R.C., M.Ed.

ATTACHMENTS (A & B)

1

```
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF COLUMBIA
 3    - - - - - - - - - - - - - - - x
                                    :
 4    GLADYS CLAUDETTE SUTTON,       :
                                    :
 5    Individually and as Personal  :
                                    :
 6    Representative of the Estate   :
                                    :
 7    and Next of Kin of ANGEL       :
                                    :
 8    CLAUDETTE WALTERS, Deceased,   :
                                    :
 9              Plaintiff            :
                                    :
10              V.                   :   CA No.  07-01197  (JDB)
                                    :
11    WASHINGTON METROPOLITAN AREA   :
                                    :
12    TRANSIT AUTHORITY,             :
                                    :
13              Defendant           :
                                    :
14    - - - - - - - - - - - - - - - x
15
16           Deposition of JOSEPH H. ROSE
17                Washington, D.C.
18           Tuesday, February 19, 2008
19                  10:12 a.m.
20    Job No.: 1-122960
21    Pages 1 - 87
22    Reported by:  Jane L. Vaughan
```

ORIGINAL

DEFENDANT'S
EXHIBIT
_11_


L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF JOSEPH H. ROSE
CONDUCTED ON TUESDAY, FEBRUARY 19, 2008

9

1          BY MR. SCHUSTER:

2      Q.    On page 2 of your report you have Ms.

3  Walters working as a checker cashier at Giant Food

4  earning 9- to $10 an hour; is that correct?

5      A.    That's correct.

6      Q.    Is that still your belief that that's what

7  she was earning?

8      A.    No.  At this time since I do have the

9  employment records I believe her hourly salary was

10  7.10 per hour.

11      Q.    Started at seven and when she left 7.10?

12      A.    Yes.  Well, I believe it started at seven

13  but at the end it was 7.10.

14      Q.    7.10, correct.

15          Do you know the circumstances upon which she

16  left Giant Food?

17      A.    Well, I believe that she was terminated.

18      Q.    Okay.  And you got that from review of the

19  Giant employment records; correct?

20      A.    Yes.  And the records were somewhat -- she

21  was terminated for absenteeism as I understand it.

22  And those absenteeisms corresponded with the times

DEPOSITION OF JOSEPH H. ROSE
CONDUCTED ON TUESDAY, FEBRUARY 19, 2008

10

1    when Aubria, her daughter, was having problems with

2    asthma and hospitalized and in need of emergency care

3    so --

4        Q.    And how would you know that?

5        A.    Employment record versus the excuses or the

6    notifications from the hospital that accompanied the

7    records.

8        Q.    What records are you speaking of?

9        A.    Giant employment records.  Actually there

10   were several.

11       Q.    Because I didn't see any medical records in

12   the Giant subpoena file.  So I am wondering if you are

13   referring to something else.

14       A.    I didn't say there were any medical

15   records.  I said there were notes from the treating

16   doctor who treated Aubria in the record.

17       Q.    Okay.

18       A.    Would you like to see them?

19       Q.    Sure.  And is this from Children's Hospital?

20       A.    Yes.

21             Bear with me for a second.

22       Q.    Sure.

DEPOSITION OF JOSEPH H. ROSE
CONDUCTED ON TUESDAY, FEBRUARY 19, 2008

11

1       A.    (Perusing.)

2       Q.    So it is your position then that, if I

3   understand you, that these medical records from

4   Children's Hospital provide the I guess excuse for all

5   of the times that Ms. Walters was either late or did

6   not come to work?

7       A.    Well, I think the records speak for

8   themselves.  The emergency notes from Children's

9   Hospital certainly confirm and are consistent when she

10  had those absences that she was written up for.

11         I ran a personnel department for almost

12  eight years.  And I think Giant was probably a little

13  bit unfair in terminating her with -- for the reasons

14  that she was absent.

15      Q.    That would be your personal opinion though;

16  right?

17      A.    Well, you know, I have done litigation

18  against Giant and for them.  So I am just giving my

19  professional opinion both as a rehabilitationist and a

20  human resources manager in the industry for almost

21  eight and a half years.

22      Q.    You also on page 2 of your report list

DEPOSITION OF JOSEPH H. ROSE
CONDUCTED ON TUESDAY, FEBRUARY 19, 2008

12

1    employer VMT Nursing School.

2            Are you familiar with the performance

3    appraises that Ms. Walters received at that

4    organization?

5        A.    Yes.

6        Q.    She contained eight below average ratings

7    and two good ratings.  Comment by her supervisor, she

8    has to put more seriousness in her job, remember that

9    you are dealing with human beings.  She worked there

10   for approximately four months.

11           So do you see that as a good work history?

12       A.    I see it as a teenager who was in the midst

13   of their maturing process or maturation process.

14       Q.    Uh-huh.

15       A.    I certainly see that, whatever her

16   performance was.  And again the person who evaluated

17   her was -- I am sure was accustomed with dealing with

18   older, more mature individuals.

19       Q.    But that's speculation on your part; isn't

20   it?

21       A.    No.

22       Q.    Why not?

DEPOSITION OF JOSEPH H. ROSE
CONDUCTED ON TUESDAY, FEBRUARY 19, 2008

13

1    A.    Because this is a young woman who started

2    work at an early age.  She started her home health

3    attendant process while she was still in high school.

4    She was still a child.  So certainly there was room

5    for growth.

6         But I don't see that as a life long

7    condemnation because she had some failings or apparent

8    failings at such an early age and such a difficult

9    job.

10         If you look at the nursing home industry as

11    a whole they are always getting sued, they are always

12    having problems because it is a very, very challenging

13    job.  And so for this teenager it was equally as

14    challenging.

15    Q.    Well, working for any nursing home it's

16    important that an employee show up; isn't it?

17    A.    Excuse me.

18    Q.    Isn't it important in any nursing home kind

19    of job or any kind of medical assistant kind of job

20    that it's important for the employees to actually be

21    there, to show up, to work when they are supposed to

22    work?

DEPOSITION OF JOSEPH H. ROSE
CONDUCTED ON TUESDAY, FEBRUARY 19, 2008

14

1    A.    Well, I don't -- I don't have any issue with

2    that.  But that as I said was part of Ms. Walters

3    maturation process.

4         And I believe during this period she did

5    have a child that she was caring for and working.

6    Q.    And you think from an employer's standpoint

7    that really mattered?

8         When you are an employer who has to have

9    certain things covered, certain things done for the

10    organization that you are running do you think that

11    the employers are concerned with the maturity or lack

12    of maturity of Ms. Walters.

13    MR. MALONEY:  Objection; form, substance of

14    the question.

15    Go ahead and answer it.

16    THE WITNESS:  Well, that's not the issue for

17    me.  That's not the issue with what I am dealing

18    with.

19    What I am saying to you is that this was

20    still a maturing young person and I would expect that

21    her professional demeanor and behavior and outlook

22    would get better.  And as I look at the whole

DEPOSITION OF JOSEPH H. ROSE
CONDUCTED ON TUESDAY, FEBRUARY 19, 2008

15

1    employment record with Admiral and with some of the

2    other jobs that she had she certainly did that.

3           So to beat her up because she didn't quite

4    get it right with this job that was one of her first I

5    don't see the big deal.

6           BY MR. SCHUSTER:

7    Q.    Did you look at any records from the

8    Brighton Gardens Assisted Living Organization that Ms.

9    Walters also was employed at?

10   A.    I did.

11   Q.    Okay.  She was employed there for about a

12   month and a half and she got terminated from that job

13   also.

14          You are aware of that?

15   A.    Yeah.  I believe she was also a teenager.

16   Q.    Okay.  So that's how it is justified, if you

17   are terminated for poor performance and not showing up

18   and you are a teenager it's okay?

19   A.    Well, as I said before it's part of her

20   maturation process.  How many teenagers go to work and

21   lose their jobs for one reason or the other because

22   they are still maturing.

# THE CENTER FOR
# FORENSIC ECONOMIC STUDIES
### Economic & Statistical Analysis

1608 WALNUT STREET, SUITE 601, PHILADELPHIA, PENNSYLVANIA 19103    (215) 546-5600   FAX (215) 732-8158
CFES@CFES.COM     WWW.CFES.COM

April 14, 2008

Kelly M. Lippincott, Esquire
Carr Mahoney, P.C.
1615 L Street, NW
Suite 500
Washington, DC 20036-5652

Re: Gladys Sutton et al., v. WMATA
Our File #: 0520

Dear Ms. Lippincott:

At your request, we have prepared a supplement to our October 10, 2007 report in the above captioned matter. After reviewing additional information, including the March 19, 2008 deposition of George Filsinger, Jr., the April 5, 2008 supplemental vocational assessment of Joseph H. Rose, M.E.D., C.R.C., the February 19, 2008 deposition of Joseph H. Rose, M.E.D., C.R.C., and the March 12, 2008 deposition of Kathleen F. Sampeck, M.A., we provide a third estimate of lost earnings. All of the assumptions and conclusions of our previous report remain unchanged.

According to his March 19, 2008 deposition, George Filsinger, Jr., the Operations Manager for Admiral Security, Ms. Walters' former employer, stated that Ms. Walters could have had a future with Admiral Security (page 22). Ms. Walters was due for a raise to $11.00 per hour (*Ibid.*, pages 18 & 19). He also stated that new security officers will be making $12.40 per hour right off the street (*Ibid.*, page 13) and that this would soon increase to $14.47 per hour plus health and medical benefits, and sick leave (*Ibid.*, page 14). It is our understanding that these new wage rates took effect on April 9, 2008. In his April 5, 2008 supplement, Joseph H. Rose, M.E.D., C.R.C., stated that after three to five years Ms. Walters could be making from $15.75 to $19.00 per hour as a site supervisor.

In our third estimate of loss we have assumed that Ms. Walters would have continued employment in the security industry. We have assumed that she would have received a raise to $11.00 per hour starting March 1, 2007 and that this would have increased to $14.47 per hour starting April 9, 2008. We have also assumed that after five years she would have been promoted to site supervisor earning from $15.75 to $19.00 (2008 dollars). We use the midpoint of this range, $17.38, as our base of earnings beginning on January 1, 2012.

This report has been prepared for the use of counsel in the instant matter. Any other transmission, copy, or utilization of this report or material contained herein is prohibited without the written consent of the Center for Forensic Economic Studies.

1



Tables 1a and 2a show earnings and fringe benefits absent the accident assuming continued employment as a security guard and retirement at ages 60.2 and 65, respectively.

## Summary

As outlined in the Summary Table, the total economic loss, assuming continued employment as a security guard ranges from $580,702 to $594,718. If you have any questions, do not hesitate to contact our office.

Sincerely,

The Center for Forensic Economic Studies

Jerome M. Staller, Ph.D.

Brian P. Sullivan, Ph.D.

Pia Di Girolamo, Ph.D.

Leo Turcotte, Ph.D.

2

**Summary Table**

**Angel Walters**

**Economic Loss Assuming Continued Employment as a Security Guard**

| Retirement Age | 60.2 | 65 |
|---|---|---|
| Earnings | $995,622 | $1,077,204 |
| Fringe Benefits | 146,356 | 158,349 |
| Household Services | 200,614 | 200,614 |
| less: | | |
| Taxes | 197,495 | 215,133 |
| Maintenance Expenditures | 564,395 | 626,316 |
| Total Economic Loss | $580,702 | $594,718 |

3