THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GLADYS CLAUDETTE SUTTON** | : | |
| **Plaintiff,** | : | |
| v. | : | C.A. No. 07:1197 |
| | : | (JDB) |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (WMATA)** | : | |
| | : | |
| **Defendant.** | : | |

## WMATA'S MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT

Comes now the Defendant Washington Metropolitan Area Transit Authority ("WMATA") and moves for leave of Court to file a dispositive motion on (1) the issue of contributory negligence as a matter of law, based upon plaintiff's negligence per se, and (2) the unavailability of the use of the "last clear chance" doctrine by plaintiff.

This Motion is made on the grounds that, although the deadline for dispositive motions has expired, good cause exists for granting leave to file this Motion at this time because:

(1)  The Pretrial conference is set for July 25, 2008, a Status Conference is set for July 9, 2008, and the resolution of these issues by this motion will clarify and streamline the issues that need to be presented at trial;

(2)  The parties just completed mediation in this matter, and, although mediation was unsuccessful, and although the confidentiality of the mediation process prevents counsel from disclosing what was discussed, the process crystalized the

1

issues of liability as they will be presented at trial; and

(3) There is no prejudice to plaintiff because the same issues that are sought to be presented by this Motion will be presented in the pretrial statement, discussed at pretrial, and ultimately be presented in the form of a motion for judgment as a matter of law potentially at the close of plaintiff's opening statement or the close of plaintiff's evidence.

The issues sought to be presented by this Motion are, in short, as follows:

a. Plaintiff-decedent is guilty of contributory negligence as a matter of law. At the time of the collision, Defendant's bus possessed the lawful right-of-way as it was being operated in the 1300 Block of westbound Congress Street, S.E., when the plaintiff-decedent had commenced crossing Congress Street, S.E. not in a crosswalk in violation of CDCR §18-2304.2., which provides that "[e]ach pedestrian crossing a roadway at any place other than within a marked crosswalk, or within an unmarked crosswalk at an intersection, shall yield the right-of-way to all vehicles upon the roadway."

b. The doctrine of the "last clear chance" does not apply to the facts of this case. Although a plaintiff may be guilty of contributory negligence, there may be recovery under the doctrine of "last clear chance" if the plaintiff demonstrates by a preponderance of the evidence: (1) that plaintiff-decedent was in a position of danger caused by the negligence of both plaintiff-decedent and defendant; (2) that the plaintiff was oblivious of the danger or unable to extricate herself from the position of danger; (3) that defendant was aware, or by the exercise of reasonable care should have been aware of the plaintiff-decedent's danger and obliviousness or inability to

extricate herself from danger; and (4) the defendant with means available to him was by the exercise of reasonable care able to avoid striking plaintiff-decedent after he became aware of the latter's danger and inability to extricate herself from danger, and failed to do so.  Queen v. WMATA,  842 F. 2d 476, 481 (1988).  In the case *sub judice*, there is no evidence whatsoever that the plaintiff-decedent was oblivious of the oncoming bus or that she was unable to extricate herself from the position of danger.

WHEREFORE, WMATA respectfully requests that it be permitted to file this Motion concurrently with its Pretrial Statement, which is due on July 14, 2008, which provides ample opportunity for plaintiff to respond by the Pretrial Conference.

Respectfully submitted,

Carol B. O'Keeffe
General Counsel

Mark F. Sullivan
Deputy General Counsel

  /s/
Frederic H. Schuster
Associate General Counsel
(202) 962-2560

       /s/
David J. Shaffer #413484
Assistant General Counsel
(202) 962-2820
600 Fifth St., N.W.
Washington, D.C. 20001

Attorneys for Defendant WMATA

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GLADYS CLAUDETTE SUTTON** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07:1197 |
| | : | (JDB) |
| **WASHINGTON METROPOLITAN AREA** | : | |
| **TRANSIT AUTHORITY (WMATA)** | : | |
| | : | |
| Defendant. | : | |

**ORDER GRANTING WMATA'S MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT**

The Court, having considered WMATA's Motion to Leave to File Motion for Summary Judgment, and good cause appearing, IT IS HEREBY ORDERED THAT WMATA may file its Motion by July 14, 2008.

_____
John D. Bates
United States District Judge