UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLADY SUTTON, As Mother and Next Kin of Deceased Daughter, ANGEL WALTERS, | : : : : |
| Plaintiff, | : : |
| v. | :  Case No.: 1:07cv1197 (JDB) |
| | : |
| WASHINGTON METROPOLITAN AREA TRANSPORTATION AUTHORITY, | : : : |
| Defendant. | : |

**PLAINTIFF'S PRETRIAL STATEMENT**

  Gladys Claudette Sutton, Individually and as Personal Representative of the Estate and Next of Kin of Angel Claudette Walters, deceased, by counsel, and pursuant to LCvR 16.5, submits the following:

**I.**   **Statement of Case**

  This is a personal injury negligence action brought pursuant to the District of Columbia Wrongful Death and Survival Acts, D.C. Code § 12-101 and D.C. Code §§ 16-2701 et seq. On Saturday, February 17, 2007, at approximately 11:10 p.m., a Metrobus struck and killed Angel Claudette Walters, a pedestrian, in the 1300 block of Congress Street, S.E., Washington, D.C. Plaintiff contends that the Metrobus operator, Brenton L. Fairnot, should have seen Ms. Walters standing next to her vehicle, and if he had been paying attention he would have seen her and would have been able to avoid striking her. This Court exercises original jurisdiction over this matter pursuant to § 81 of the WMATA Compact.

**II.**   **Statement of Plaintiff's Claims**

  Plaintiff alleges a claim of wrongful death and a survival action under the District of

Columbia Wrongful Death and Survival Acts, D.C. Code § 12-101 and D.C. Code §§ 16-2701 <u>et seq</u>. Plaintiff claims damages for lost earning capacity, pre-impact terror, pain and suffering, medical bills and funeral expenses, and Aubria Walters' loss of care, education, training, guidance, and advice.

**III.    Statement of Defenses Raised by Plaintiff**

To the extent that Defendant WMATA contends that Ms. Walters was contributorily negligent, Plaintiff asserts that the doctrine of last clear chance applies.

**IV.    Schedule of Witnesses to Be Called by Plaintiff**

1.   Gladys Claudette Sutton
     1721 Montana Avenue, SE
     Washington, DC
     Ms. Sutton is the mother of the deceased and will testify as to damages, including but not limited to, funeral expenses, medical expenses, Angel Walters' future plans, and the loss of care, education, training, guidance, and advice that Aubria Walters, minor, has suffered due to the death of her mother.
     Estimated time of testimony:  1 ½ hours

2.   Quintenette L. Ramseur
     6423 Hilmar Drive #404
     Forestville, MD 20747
     Ms. Ramseur is a friend of Angel Walters and an eye-witness to the incident. She will testify as to the incident and as to damages, including but not limited to, conscious pain and suffering, her communication with the 911 operator as recorded on the 911 tape, and Angel Walters' relationship with her daughter.
     Estimated time of testify: 1 hour

3.   Garnisha Valentine
     3314 14th Place, #201
     Washington, DC
     Ms. Valentine is a friend of Angel Walters and an eye-witness to the incident. She will testify as to the incident and as to damages, including but not limited to, conscious pain and suffering, Ms. Walters's future plans and the loss of care, education, training, guidance, and advice that Aubria Walters, minor, has suffered due to the death of her mother, Angel Walters' relationship with her daughter.
     Estimated time of testify: 1 ½ hours

4.     Latitia Kirkland
   1354 Dexter Terrace, SE
   Washington, DC 20020
   Ms. Kirkland is a friend of Angel Walters and an eye-witness to the incident. She will testify as to the incident and as to damages, including but not limited to, conscious pain and suffering, and Angel Walters' relationship with her daughter.
   Estimated time of testify: 1 hour

5.     Brenton L. Fairnot
   406 Aragona Drive
   Fort Washington, MD 20747
   Mr. Fairnot was the operator of the Metrobus who struck and killed Ms. Walters. He will testify as to the incident.
   Estimated time of testimony: ½ hour

6.     James Ulmer or another representative from
   Special Services Protection Division
   12630 Viers Mills Road
   Rockville, MD 20853
   Mr. Ulmer and/or Special Service Protection Division are the custodian of the surveillance videos taken of the incident. He will testify to including, but not limited to, the recording, storage, frames per second, and ability to enhance the video.
   Estimated time of testimony: ½ hour

7.     Detective Wayne Washington
   Badge No. 02370
   Metropolitan Police Department
   Major Crash Unit
   Detective Washington will testify as to the police's investigation of the incident to include photos taken and evidence gathered at the scene.
   Estimated time of testimony: 1 hour

8.     David Plant*
   1722 V Street, NE
   Washington, DC 20009
   Mr. Plant is a mechanical engineer and accident reconstructionist. He will testify as to his opinions and conclusions as stated in his report, including the various measurements, locations of vehicles and Ms. Walters, and the visibility study he conducted.
   Estimated time of testimony: 2 hours

9.     Carolyn H. Revercomb, M.D.*
Office of the Chief Medical Examiner
1910 Massachusetts Avenue, SE, Building 27
Washington, DC 20003
Dr. Revercomb will testify as to her opinions and conclusions as stated in her reports, including the autopsy, the mechanism of injury, the cause of death, and conscious pain and suffering.
Estimated time of testimony: 1 hour

10.    Connie M. Webster, Ph.D., RN
Chair/Director, Nursing and Allied Health
University of the District of Columbia
Building 44, 102
Washington, DC 20008
Dr. Webster will testify as to the nursing program at the University of the District of Columbia, Ms. Walters' progression in her studies up to the time of her death, and her interaction with Ms. Walters.
Estimated time of testimony: 1 hour

11.    Matthew Petti
University of the District of Columbia
English Department
Washington, DC 20008
Professor Petti will testify as to Ms. Walters' progression in her studies up to the time of her death and his interaction with Ms. Walters.
Estimated time of testimony: 15 minutes

12.    George "Buddy" Filsinger, Jr.
Admiral Security Services
4401 East West Highway, Suite 304
Bethesda, Maryland 20814
Mr. Filsinger will testify as to Ms. Walter's employment at Admiral Security, her job performance, her future at Admiral, and her plans for her future.
Estimated time of testimony: ½ hour

13.    Jay Atwater, Jr.
Human Resources Manager
Admiral Security Services
4401 East West Highway, Suite 304
Bethesda, Maryland 20814
Mr. Atwater will testify as to Ms. Walter's employment at Admiral Security, her job performance, and her future at Admiral.
Estimated time of testimony: ½ hour

14. Ulessly Relf
    Admiral Security Services
    4401 East West Highway, Suite 304
    Bethesda, Maryland 20814
    Mr. Relf will testify as to Ms. Walter's employment at Admiral Security, her job performance, and her future at Admiral. He was Ms. Walters' direct supervisor at the time she died.
    Estimated time of testimony: ½ hour

15. Joseph H. Rose, M.E.D., C.R.C.*
    P.O. Box 1217
    Bowie, MD 20718
    Mr. Rose will testify as to his opinions and conclusions as stated in his reports, including his vocational assessment and occupational outlook for Ms. Walters, including her plans to complete school and her ability to continue working as a security guard.
    Estimate time of testimony: 1 hour

16. Jerome M. Staller, Ph.D.*
    1608 Walnut Street, 8th Floor
    Philadelphia, PA 19103
    Dr. Staller will testify as to his opinions and conclusions as stated in his reports, including his assessment of the economic loss suffered as a result of Ms. Walters' death, including the loss of household services, the loss of future income had she completed an Associate's Degree or Bachelor's Degree or continued working as a security guard.
    Estimated time of testimony: 1 hour

17. Minnie Harvey
    1337 Congress Street, SE
    Washington, DC
    Ms. Harvey is a friend of Angel Walters. She will testify as to damages, including but not limited to, Ms. Walters's future plans and the loss of care, education, training, guidance, and advice that Aubria Walters, minor, has suffered due to the death of her mother.
    Estimated time of testimony: ½ hour

18. Anthony Turner
    5518 Walker Mill Road
    Capital Heights, MD
    Mr. Turner is an uncle of Angel Walters. He will testify as to damages, including but not limited to, Ms. Walter's future plans and the loss of care, education, training, guidance, and advice that Aubria Walters, minor, has suffered due to the death of her mother.
    Estimated time of testimony: ½ hour

19. Maurice Turner
    3536 Manorwood Drive
    Hyattsville, MD 20782
    Mr. Turner is an uncle of Angel Walters. He will testify as to damages, including but not limited to, Ms. Walter's future plans and the loss of care, education, training, guidance, and advice that Aubria Walters, minor, has suffered due to the death of her mother.
    Estimated time of testimony: ½ hour

20. Robert Turner
    4902 Talbot Avenue
    Beltsville, MD 20705
    Mr. Turner is an uncle of Angel Walters. He will testify as to damages, including but not limited to, Ms. Walter's future plans and the loss of care, education, training, guidance, and advice that Aubria Walters, minor, has suffered due to the death of her mother.
    Estimated time of testimony: ½ hour

21. Brenda Gordon Williams
    9407 Stoney Ridge Road
    Springdale, MD 20774
    Ms. Williams is an aunt of Angel Walters. She will testify as to damages, including but not limited to, Ms. Walter's future plans and the loss of care, education, training, guidance, and advice that Aubria Walters, minor, has suffered due to the death of her mother.
    Estimated time of testimony: ½ hour

22. Aubria Walters, minor
 1721 Montana Avenue, SE
 Washington, DC
 Aubria is the 6-year-old daughter of Angel Walters. She will testify as to damages, including but not limited to, the loss of care, education, training, guidance, and advice that she suffered due to the death of her mother. She was also present at the time of the accident.
 Estimated time of testimony: ½ hour

23. Tarzah Turner
 25 Bruce Lane
 Orange, TX 77650
 Ms. Turner is a cousin and friend of Angel Walters. She will testify as to damages, including but not limited to, Ms. Walters's future plans and the loss of care, education, training, guidance, and advice that Aubria Walters, minor, has suffered due to the death of her mother.
 Estimated time of testimony: ½ hour

24. Stephanie Ross
 4512 H Street, NW
 Washington, DC 20011
 Ms. Ross is a friend of Angel Walters. She will testify as to damages, including but not limited to, Ms. Walters's future plans and the loss of care, education, training, guidance, and advice that Aubria Walters, minor, has suffered due to the death of her mother.
 Estimated time of testimony: ½ hour

25. Toosdhi Tucker
 3626 Alpen Greenway
 Burtonsville, MD 20866
 Ms. Tucker is the Director of Early Childhood at Community Academy Public Charter School ("CAPCS") where Aubria Walters attended school at the time of her mother's death. She will testify as to Aubria's school performance and behavior before and after her mother's death, and Ms. Walters' involvement in her daughter's education.
 Estimated time of testimony: ½ hour

26. Sophie Watts
    524 Hamilton Street, NE
    Washington, DC 20011
    Ms. Watts was Aubria Walters' kindergarten teacher at CAPCS and was Aubria's teacher at the time of her mother's death. She will testify as to Aubria's school performance and behavior before and after her mother's death, and Ms. Walters' involvement in her daughter's education.
    Estimated time of testimony: ½ hour

27. Diane Melvin
    8810 Old Colony Way
    Alexandria, VA 22309
    Ms. Melvin was Aubria Walters' first grade teacher at Langdon Elementary School. She will testify as to Aubria's school performance and behavior since she transferred to Langdon Elementary.
    Estimated time of testimony: ½ hour

28. Joan E. Kinlan, M.D.*
    4834 Massachusetts Avenue, NW
    Washington, DC 20016
    Dr. Kinlan will testify as to her opinions and conclusions as stated in her report, including her psychiatric evaluation of Aubria Walters and the loss of care, education, training, guidance, and advice that Aubria Walters, minor, has suffered due to the death of her mother.
    Estimated time of testimony: 1 hour

29. Plaintiff reserves the right to call any additional witnesses whose names may appear in Defendant's Pretrial Statement.

30. Plaintiff reserves the right to call records custodians for the 911 tape, various exhibits from the Police Department and WMATA, and records from employers and hospitals to the extent not stipulated as to authenticity by WMATA.

31. Plaintiff reserves the right to call impeachment and rebuttal witnesses as necessary.

## IV.  List of Exhibits

The Plaintiff will offer the following exhibits as evidence at trial:

1. Medical Records for Angel Walters from Washington Hospital Center, dated February 17, 2007.

2. Medical Records for Angel Walters from D.C. Fire and EMS, dated February 17, 2007.

3. R.N. Horton Co. Morticians, Inc. Statement of Funeral Goods and Services and invoice.

4. National Harmony Memorial Park Agreement and invoice.

5. Autopsy Report of the Medical Examiner.

6. Photographs of the Medical Examiner, to include autopsy photographs, and photographs of Ms. Walters' uterus.

7. Photos of the scene from the Metropolitan Police Department.

8. Photos of scene from WMATA.

9. Photos of visibility study—David Plant.

10. Surveillance videos of the February 17, 2007 incident.

11. Recording of Quintenette Ramseur's 911 call on February 17, 2007.

12. Recording of Brenton L. Fairnot's 911 call on February 17, 2007.

13. December 5, 2006 Letter to Angel Walters from the University of the District of Columbia, Office of Recruitment and Admission.

14. Essay by Angel Walters during January 2007 semester at the University of the District of Columbia.

15. Note written to family of Angel Walters by her English class at University of the District of Columbia, Fall 2007 semester.

16. Admiral Security employment records.

17. Hospital records of Aubria Walters.

18. WMATA training and standard operating procedures manual for operation of Metrobuses.

19. Clothing of Angel Walters.

20. Photographs taken by David Plant of the scene and Metrobus.

21. Videotaped sessions by Dr. Haller of Aubria Walters.

22. Exemplar shopping bags and lamps in boxes as carried by Angel Walters at time of impact.

23. Diagrams and overlays from David Plant.

24. Map of Metrobus route the night of the incident.

25. Side-by-side display of two surveillance videos of the incident by David Plant.

26. Plaintiff reserves the right to introduce the *curriculum vitae* of her four expert witnesses.

27. Custody documents filed by Monica Canarte in February 2007 on behalf of Aubrey Canarte, to include an Aubrey Canarte Affidavit.

28. Documents appointing Gladys Sutton personal representative of the estate of Angel Walters.

29. Deposition exhibits 1-4 from the deposition of Brenton Fairnot on October 9, 2007.

30. Plaintiff reserves the right to introduce rebuttal or impeachment exhibits.

## VII. Designation of Depositions

Plaintiff reserves the right to use as substantive evidence the deposition of Brenton Fairnot (October 9, 2007):

p. 68, l. 19 through p. 69, l. 20.
p. 70, ln. 8 through p. 71, ln. 10.
p. 79, lns. 16 through 21.
p. 115, ln. 22 through p. 116, ln. 13.
p. 130, ln. 21 through p. 131, ln. 15.
p. 133, ln. 14 through p. 136, ln. 21.
p. 166, l. 15 through p. 167, l. 4.
p. 184, ln. 10 through p. 185, ln. 1.
p. 198, ln. 20 through p. 199, ln. 3.
p. 215, ln. 9 through p. 216, ln. 1.

**VIII.   Itemization of Damages**

<u>Economic Damages:</u>

Medical Expenses:    $936.93

Funeral Expenses:    $11,315.00
    a.   R.N. Horton Co. Morticians, Inc.    $6,606.00
    b.   Harmony Memorial Park    $4,709.00

Lost Earnings and Household Services:
    a.   security guard:    $580,702 – $594,718
    b.   Associate's Degree:    $806,092 – $847,339
    c.   Bachelor's Degree:    $1,103,736 – $1,166,316

<u>Non-Economic Damages:</u>

Pre-Impact Terror

Conscious Pain & Suffering

Loss of Care, Education,
  Training, Guidance, and
  Parental Advice

**IX.   Request for Other Relief**

    Plaintiff is also seeking pre-judgment and post-judgment interest and costs as allowed by this Court.

                  Respectfully submitted,

                  CARR MALONEY P.C.

                  By:   /s/ Paul J. Maloney
                         Paul J. Maloney, #362533
                         Kelly M. Lippincott, # 484610
                         1615 L Street, N.W., Suite 500
                         Washington, D.C.  20036
                         (202) 310-5500 (telephone)
                         (202) 310-5555 (facsimile)
                         pjm@carrmaloney.com
                         kml@carrmaloney.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Plaintiff's Pretrial Statement* was e-filed and served electronically this 14th day of July, 2008, to:

>Fredric H. Schuster, Esq.
>David J. Shaffer, Esq.
>Assistant General Counsel
>Washington Metropolitan Area
> Transit Authority
>600 Fifth Street, N.W.
>Washington, D.C. 20001

>/s/ Paul J. Maloney
>Paul J. Maloney, #362533