UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLADYS CLAUDETTE SUTTON, :
Individually and as Personal :
Representative of the Estate and Next of Kin of :
ANGEL CLAUDETTE WALTERS, Deceased :
:
    Plaintiff, :     Civil Action No.: 07-01197 (JDB)
:
v. :
:
WASHINGTON METROPOLITAN AREA :
TRANSIT AUTHORITY, :
:
    Defendant. :

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE***

Plaintiff, with the consent of all parties, respectfully requests that this Honorable Court grant the plaintiff an extension of time to file her opposition to defendant's Motion *in Limine*. In support of her Motion, plaintiff states as follows:

On July 9, 2008, a status conference was held before the Court. At that time, defendant's counsel stated their intention to file a Motion *in Limine*. This Court ordered that the defendant shall file its final Motion *in Limine* by July 14, 2008. Plaintiff was ordered to file her opposition to that Motion by July 22, 2008, and Defendant's reply was due by July 24, 2008 at noon. The Court set the time for plaintiff's opposition, even though it was shorter than the time allowed under LCvR 7, to allow the Court the opportunity to decide the Motion by the date of the pre-trial conference, which at the time was set for July 25, 2008.

On July 17, 2008, the Court cancelled the date of the pre-trial conference and rescheduled it for August 28, 2008. In light of the fact that the Court has postponed the pre-trial conference by more than a month, plaintiff respectfully requests, with the consent of all parties, that the Court

1

extend the deadline for the plaintiff to file her opposition to defendant's Motion *in Limine* until July 28, 2008 and extend the deadline for the defendant to file its reply until August 4, 2008.

                              Respectfully submitted,

By:     /s/ Kelly M. Lippincott
         Paul J. Maloney, Esquire
         D.C. Bar No. 362533
         Kelly M. Lippincott, Esquire
         D.C. Bar No. 484610
         CARR MALONEY P.C.
         1615 L Street, N.W., Suite 500
         Washington, D.C. 20036
         (202) 310-5500 (telephone)
         (202) 310-5555 (facsimile)
         pjm@carrmaloney.com
         kml@carrmaloney.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Plaintiff's Consent Motion for Extension of Time to File Opposition to Defendant's Motion *in Limine*** was e-filed and served electronically this 21st day of July, 2008, to:

>Fredric H. Schuster, Esq.
>David J. Shaffer, Esq.
>Assistant General Counsel
>Washington Metropolitan Area
> Transit Authority
>600 Fifth Street, N.W.
>Washington, D.C. 20001

>/s/ Kelly M. Lippincott
>Kelly M. Lippincott
>D.C. Bar No. 484610
>CARR MALONEY P.C.
>1615 L Street, N.W., Suite 500
>Washington, D.C. 20036
>(202) 310-5500 (telephone)
>(202) 310-5555 (facsimile)
>kml@carrmaloney.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLADY SUTTON, As Mother and :
Next Kin of Deceased Daughter, :
ANGEL WALTERS, :
 :
      Plaintiff, :
 :
v. : Case No.: 1:07cv1197 (JDB)
 :
WASHINGTON METROPOLITAN AREA :
TRANSPORTATION AUTHORITY, :
 :
      Defendant. :

**ORDER**

UPON CONSIDERATION of Plaintiff's Consent Motion for Extension of Time to File Opposition to Defendant's Motion *in Limine*, it is by this Honorable Court on this ___ day of _____, 2008

ORDERED, that Plaintiff's Motion be GRANTED; and it is further

ORDERED, that Plaintiff's opposition to Defendant's Motion *in Limine* shall be filed no later than July 28, 2008; and it is further

ORDERED, that Defendant's reply shall be filed no later than August 4, 2008.

                                                              Judge John D. Bates

cc:   Paul J. Maloney, Esquire
      Kelly M. Lippincott, Esquire
      Carr Maloney P.C.
      1615 L Street, N.W., Suite 500
      Washington, D.C. 20036

      Frederic H. Schuster, Esquire
      David J. Shaffer, Esquire
      Associate General Counsel
      600 Fifth Street, N.W.
      Washington, D.C. 20001