IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLADYS CLAUDETTE SUTTON,** Personal Representative of the Estate of Angel Walters, : : : : | |
| Plaintiff, : | |
| v. : | Case No. 07–1197 (JDB) |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** : : : | |
| Defendant. : | |

<u>WMATA'S CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>

Defendant WMATA hereby moves, with the consent of plaintiff, for a one-day extension of time to file its Reply to Plaintiff's Opposition to WMATA's Motion for Summary Judgment. This Motion is made on the grounds that co-counsel for WMATA in this case has a prepaid CLE today and depositions all day Wednesday and needs the additional time to prepare a thorough response to plaintiff's Opposition. WMATA seeks only one day in order to enable the Court to have a full opportunity to consider the Reply in advance of the Pretrial Conference on August 28.

      Respectfully submitted

      _____/s/_____
      **David J. Shaffer, #413484**
      **WMATA**
      **Assistant General Counsel**
      **600 Fifth St., N.W.**
      **Washington, D.C. 20001**
      **(202) 962-2820**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                :
**GLADYS CLAUDETTE SUTTON,**    :
**Personal Representative of the Estate of**  :
**Angel Walters,**                         :
                                :
      **Plaintiff,**                   :
                                :
    **v.**                               :        Case No. 07–1197 (JDB)
                                :
**WASHINGTON METROPOLITAN**   :
**AREA TRANSIT AUTHORITY,**      :
                                :
      **Defendant.**               :
_____ :

<u>ORDER GRANTING WMATA'S CONSENT MOTION FOR AN EXTENSION OF TIME
TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT</u>

       Defendant WMATA's Consent Motion for an Extension of Time to File a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment having come before the Court and good cause appearing IT IS HEREBY ORDERED THAT: the Motion is GRANTED.  WMATA shall file its Reply by August 21, 2008.

                                              _____
                                              John D. Bates
                                              United States District Judge