UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLADYS CLAUDETTE SUTTON, Individually and as Personal Representative of the Estate and Next of Kin of ANGEL CLAUDETTE WALTER, Deceased<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (WMATA)<br><br>    Defendant. | Civil Action No.1:07CV01197<br>Judge John Bates<br>PTC:7/25/08 @ 9:00 a.m.<br>Trial: 9/15/08 |

### DEFENDANT WMATA'S SUPPLEMENT TO ITS PRETRIAL STATEMENT

COME NOW Defendant WMATA, and pursuant to LCvR 16.5 (b), (March 2008) submits the following supplement to its Pretrial Statement:

**V.    DESIGNATION OF DEPOSITIONS INTENDED TO BE OFFERED IN EVIDENCE BY WMATA**

None, except for impeachment in accordance with the Federal Rules of Civil Procedure. WMATA also reserves the right to read the deposition of any person under Fed. R. Civ. P. 32 (a)(4) in the event that person is legally "unavailable" for trial.

Plaintiff has designated certain portions of WMATA bus operator Brenton Fairnot's October 9, 2007 deposition at page 10 of her Pretrial Statement. Mr. Fairnot is not a party to this suit. Plaintiff's first nine (9) designations from page 68-198 should not be permitted since Mr. Fairnot was testifying only as a fact

witness, not as a party, managing agent, or 30 (b)(6) corporate designee, and is not legally unavailable under Fed. R. Civ. Proc. 32 (a)(4). Dep. at 38-39. The designation at pages 215-216 were testified to by Mr. Fairnot as a 30(b)(6) corporate representative, and is therefore permissible. Dep. at 212. WMATA cross-designates page 214, l.21 to page 215, l.'s 1-5.

Respectfully submitted,

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

_____/s/_____
Fredric H. Schuster #385326
Associate General Counsel

_____/s/_____
David A. Shaffer, #418434
Assistant General Counsel

Washington Metropolitan Area
Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001
202-962-2560

### Certificate of Service

I hereby certify that a copy of WMATA's Pretrial Statement was electronically served on counsel for plaintiff on August 27, 2008.

_____/s/_____
Fredric H. Schuster