UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLADYS CLAUDETTE SUTTON, Individually and as Personal Representative of the Estate and Next of Kin of ANGEL CLAUDETTE WALTERS, Deceased : : : : : | |
| Plaintiff, : | Civil Action No.:07- 01197 (JDB) |
| v. : : | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, : : : | |
| Defendant. : | |

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Plaintiff, by counsel, moves this Honorable Court to strike Defendant Washington Metropolitan Area Transit Authority's ("WMATA") Reply to Opposition to Motion for Summary Judgment, and in support thereof states as follows:

On July 3, 2008, two months prior to trial and over two months after the deadline for filing dispositive motions, WMATA filed a Motion for Leave to File Motion for Summary Judgment. Plaintiff opposed WMATA's request to late file its motion. On July 9, 2008, this Court granted WMATA's Motion for Leave. In its Minute Order, this Court set a page limit of 15 pages for memoranda in support of and in opposition to the motion for summary judgment. This Court also set a page limit of **8 pages** for the reply. On July 14, 2008, WMATA filed its Motion for Summary Judgment. On August 15, 2008, Plaintiff filed her Opposition to WMATA's Motion for Summary Judgment. The memoranda in support of and the memoranda in opposition to the motion for summary judgment were within the 15 page limit as set by this Court.

On August 21, 2008, after Plaintiff consented to a one day extension of time, WMATA filed its Reply to Plaintiff's Opposition to the Motion for Summary Judgment. WMATA's Reply was over **20 pages** in length. The page limit for WMATA's Reply was 8 pages, as ordered by this Court on July 9, 2008. WMATA's Reply is more than double the length as ordered by this Court.

In *OAO Alfa Bank v. Center for Public Integrity*, 387 F.Supp.2d 20, 39 (D.D.C. 2005), Case No. 1:00-cv-02208-JDB, this Court granted plaintiffs' motion to strike defendants' motion for summary judgment for exceeding the page limits as set by the Court and required the defendants to file a renewed motion. WMATA has violated this Court's order and has placed Plaintiff, who abided by this Court's order, at a disadvantage. Plaintiff has been prejudiced by WMATA's failure to abide by the page limit as set by this Court, especially for a dispositive motion that was filed over two months after the filing deadline.

On August 27, 2008, undersigned counsel contacted WMATA's counsel, David J. Shaffer, Esq., and sought his consent to this Motion. WMATA does not consent to this motion.

For these reasons, Plaintiff respectfully requests that this Honorable Court strike WMATA's Reply to Plaintiff's Opposition to Motion for Summary Judgment and direct WMATA to file a reply in compliance with the Court's Minute Order of July 9, 2008.

>                    Respectfully submitted,
> By:    /s/ Kelly M. Lippincott
>        Paul J. Maloney, Esquire
>        D.C. Bar No. 362533
>        Kelly M. Lippincott, Esquire
>        D.C. Bar No. 484610
>        Carr Maloney P.C.
>        1615 L Street, N.W., Suite 500
>        Washington, D.C.  20036
>        (202) 310-5500 (telephone)
>        (202) 310-5555 (facsimile)
>        pjm@carrmaloney.com
>        kml@carrmaloney.com

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing ***Plaintiff's Motion to Strike Defendant's Reply to Opposition to Motion for Summary Judgment*** was e-filed and served electronically this 27th day of August, 2008, to:

      Fredric H. Schuster, Esq.
      David J. Shaffer, Esq.
      Assistant General Counsel
      Washington Metropolitan Area
       Transit Authority
      600 Fifth Street, N.W.
      Washington, D.C. 20001

      /s/ Kelly M. Lippincott
      Kelly M. Lippincott, Esquire
      D.C. Bar No. 484610
      Carr Maloney P.C.
      1615 L Street, N.W., Suite 500
      Washington, D.C.  20036
      (202) 310-5500 (telephone)
      (202) 310-5555 (facsimile)
      kml@carrmaloney.com
      Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GLADYS CLAUDETTE SUTTON, Individually and as Personal Representative of the Estate and Next of Kin of ANGEL CLAUDETTE WALTERS, Deceased | : : : : : | |
| Plaintiff, | : : | Civil Action No.:07- 01197 (JDB) |
| v. | : : | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | : : : | |
| Defendant. | : | |

### ORDER

UPON CONSIDERATION of Plaintiff's Motion to Strike Defendant's Reply to Opposition to Motion for Summary Judgment, any opposition thereto, and the entire record herein, it is on this _____ day of _____, 2008 hereby

ORDERED that Plaintiff's Motion to Strike Defendant's Reply to Opposition to Motion for Summary Judgment is GRANTED.

_____
Judge John D. Bates

cc:   Paul J. Maloney, Esquire
      Kelly M. Lippincott, Esquire
      Carr Maloney P.C.
      1615 L Street, N.W., Suite 500
      Washington, D.C.  20036

      Frederic H. Schuster, Esquire
      David J. Shaffer, Esquire
      Associate General Counsel
      600 Fifth Street, N.W.
      Washington, D.C.  20001