IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **GLADYS CLAUDETTE SUTTON** | : |
| **Plaintiff,** | : |
| v. | : Case No. 07–1197 (JDB) |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** | : |
| **Defendant.** | : |

## WMATA'S MOTION FOR LEAVE TO FILE ITS REPLY IN EXCESS OF PAGE LIMIT AND OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE

Defendant WMATA hereby moves for leave *nunc pro tunc* to file its Reply to Plaintiff's Opposition io its Motion for Summary Judgment in excess of the 8 page limit set by the Court's July 9 Order.  WMATA apologizes to the Court for overlooking the limit set forth in that Order, and failing to seek leave to file its Reply in excess of that limit at the time of filing.  WMATA was erroneously considering Local Rule 7(e), which permits a Reply of 25 pages.  This matter was now just brought to WMATA's attention by opposing counsel, and WMATA respectfully states that good cause exists for extending the page limit in the interests of justice for the following reasons:

1. The issues presented by this Motion, concerning contributory negligence as a matter of law and last clear chance, are exceedingly complex, and ones with which the District of Columbia have had great difficulty in explaining;

2. The plaintiff had 30 days to file her Opposition and WMATA had only five days with a one day extension to file its Reply;

3. Plaintiff will not be prejudiced by the Court granting this Motion because these issues, if not decided now, will inevitably arise again at trial in the form of a Motion for Judgment or JNOV and it is in the interests of justice for the Court to be fully briefed on the complexities of the law concerning these matters, which go to the heart of the plaintiff's case.

WHEREFORE, WMATA respectfully requests that the Court grant this Motion and permit its Reply to be filed *nunc pro tunc* and fully considered on the merits.

**Respectfully submitted,**

/s/
**Fredric H. Schuster, #385326**
**Associate General Counsel**

/s/
**David J. Shaffer, #413484**
**Assistant General Counsel**
**600 Fifth St., N.W.**
**Washington, D.C. 20001**
**(202)-962-2560**
**Counsel for Defendant  WMATA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLADYS CLAUDETTE SUTTON | : |
| Plaintiff, | : |
| v. | : Case No. 07–1197 (JDB) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : |
| Defendant. | : |

### ORDER GRANTING WMATA'S MOTION FOR LEAVE TO FILE ITS REPLY IN EXCESS OF PAGE LIMIT AND DENYING PLAINTIFF'S MOTION TO STRIKE

The Court, having considered WMATA's Motion to File a Reply in Excess of page limit and good cause appearing, IT IS HEREBY ORDERED THAT the Motion is GRANTED *nunc pro tunc* and that WMATA's Reply to Plaintiff's Opposition to Motion for Summary Judgment be deemed filed as of August 21, 2008.

John D. Bates
United States District Judge