UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLADY SUTTON, As Mother and Next Kin of Deceased Daughter, ANGEL WALTERS, : : : : | |
| Plaintiff, : : | |
| v. : : | Case No.: 1:07cv1197 (JDB) |
| WASHINGTON METROPOLITAN AREA TRANSPORTATION AUTHORITY, : : : : | |
| Defendant. : | |

## SUPPLEMENT TO PLAINTIFF'S PRETRIAL STATEMENT

Gladys Claudette Sutton, Individually and as Personal Representative of the Estate and Next of Kin of Angel Claudette Walters, deceased, by counsel, and pursuant to LCvR 16.5, submits the following supplement to her Pretrial Statement:

**IV.   List of Exhibits**

The Plaintiff will offer the following exhibits as evidence at trial:

1. Medical Records for Angel Walters from Washington Hospital Center, dated February 17, 2007.

2. Medical Records for Angel Walters from D.C. Fire and EMS, dated February 17, 2007.

3. R.N. Horton Co. Morticians, Inc. Statement of Funeral Goods and Services and invoice.

4. National Harmony Memorial Park Agreement and invoice.

5. Autopsy Report of the Medical Examiner.

6. Photographs of the Medical Examiner, to include autopsy photographs, and photographs of Ms. Walters' uterus.

7. Photos of the scene from the Metropolitan Police Department.

8. Photos of scene from WMATA.

9. Photos of visibility study—David Plant.

10. Surveillance videos of the February 17, 2007 incident.

11. Recording of Quintenette Ramseur's 911 call on February 17, 2007.

12. Recording of Brenton L. Fairnot's 911 call on February 17, 2007.

13. December 5, 2006 Letter to Angel Walters from the University of the District of Columbia, Office of Recruitment and Admission.

14. Essay by Angel Walters during January 2007 semester at the University of the District of Columbia.

15. Note written to family of Angel Walters by her English class at University of the District of Columbia, Fall 2007 semester.

16. Admiral Security employment records.

17. Hospital records of Aubria Walters.

18. WMATA training and standard operating procedures manual for operation of Metrobuses.

19. Clothing of Angel Walters.

20. Photographs taken by David Plant of the scene and Metrobus.

21. Videotaped sessions by Dr. Haller of Aubria Walters.

22. Exemplar shopping bags and lamps in boxes as carried by Angel Walters at time of impact.

23. Diagrams and overlays from David Plant.

24. Map of Metrobus route the night of the incident.

25. Side-by-side display of two surveillance videos of the incident by David Plant.

26. Plaintiff reserves the right to introduce the *curriculum vitae* of her four expert witnesses.

27. Custody documents filed by Monica Canarte in February 2007 on behalf of Aubrey Canarte, to include an Aubrey Canarte Affidavit.

28. Documents appointing Gladys Sutton personal representative of the estate of Angel Walters.

29. Deposition exhibits 1-4 from the deposition of Brenton Fairnot on October 9, 2007.

30. Plaintiff reserves the right to introduce rebuttal or impeachment exhibits.

31. **Certificate of Death of Angel Walters**

32. **Photographs of Angel Walters and Aubria Walters**

33. **Plaintiff reserves the right to introduce, as admissions of a party-opponent, excerpts of Defendant's Responses to Request for Admissions and Defendant's Answers to Interrogatories.**

Defendant listed "Spitz & Fisher's 'Medicolegal Investigation of Death,' 4th edition, Charles C. Thomas Publisher, LTD., p. 518" as an exhibit.  Plaintiff objects to this exhibit on the basis of relevancy and lack of foundation.

Defendant also listed "Schuster/Connie Webster 12/1/07 e-mail" as an exhibit. Plaintiff objects to this exhibit on the basis of hearsay and has the effect of impermissibly making counsel for WMATA a fact witness.

Defendant also listed "Redacted Plaintiff's Expert Report of Laura A. Wojcik, Ph.D." as an exhibit.  Plaintiff objects to this exhibit on the basis of hearsay and lack of foundation.

Defendant also listed "Redacted Plaintiff's Expert Report of Carolyn H. Revercomb, M.D." as an exhibit.  Plaintiff objects to this exhibit on the basis that Defendant has not identified the portions is seeks to redact and lack of foundation.

Plaintiff further objects to any reference by the Defendant of the decedent's alleged marijuana usage or the post accident toxicology/drug testing conducted by the District of Columbia, Office of the Chief Medical Examiner's Office, finding of the secondary metabolite of marijuana.

        Respectfully submitted,

        CARR MALONEY P.C.


By:    /s/ Paul J. Maloney
        Paul J. Maloney, #362533
        Kelly M. Lippincott, # 484610
        1615 L Street, N.W., Suite 500
        Washington, D.C.  20036
        (202) 310-5500 (telephone)
        (202) 310-5555 (facsimile)
        pjm@carrmaloney.com
        kml@carrmaloney.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Supplement to Plaintiff's Pretrial Statement* was e-filed and served electronically this 27th day of August, 2008, to:

        Fredric H. Schuster, Esq.
        David J. Shaffer, Esq.
        Assistant General Counsel
        Washington Metropolitan Area
         Transit Authority
        600 Fifth Street, N.W.
        Washington, D.C. 20001


        /s/ Paul J. Maloney
        Paul J. Maloney, #362533
        Kelly M. Lippincott, # 484610
        1615 L Street, N.W., Suite 500
        Washington, D.C.  20036
        (202) 310-5500 (telephone)
        (202) 310-5555 (facsimile)
        pjm@carrmaloney.com
        kml@carrmaloney.com