# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLADYS CLAUDETTE SUTTON,<br>Personal Representative of the Estate of<br>Angel Walters, | :<br>:<br>: |
| Plaintiff, | : |
| v. | :     1: 07-cv–01197 (JDB) |
| WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY, | :<br>: |
| Defendant. | : |

## NOTICE OF ENTRY OF APPEARANCE
### (Pursuant to LCvR 83.6)

**TO THE CLERK:**

You will please enter the appearance of Nicholas S. Nunzio, Jr., Assistant General Counsel, as additional co-counsel for the Defendant Washington Metropolitan Area Transit Authority (hereinafter referred to as "WMATA") in this case.

Please note that Fredric H Schuster, Associate General Counsel, and David J. Shaffer, Assistant General Counsel, shall remain co-counsel for the Defendant WMATA in this case.

**WASHINGTON METROPOLITAN**
**AREA TRANSIT AUTHORITY**

       /s/
_____
Nicholas S. Nunzio, Jr. #362578
Assistant General Counsel-WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 962-1028
Facsimile: (202) 962-2550
E-mail: nnunzio@wmata.com

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on the 28th day of August 2008 a copy of the foregoing **Notice of Entry of Appearance (Pursuant to LCvR 83.6)** was served through the Court e-filing to:

Paul J. Maloney, Esquire
Kelly M. Lippincott, Esquire
Carr Maloney
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036-5652

                                       /s/
                              Nicholas S. Nunzio, Jr. #362578