UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLADYS CLAUDETTE SUTTON,

    Plaintiff,

       v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY,

    Defendant.

Civil Action No. 07-1197 (JDB)

## ORDER

Two pending motions are resolved by this Order. First, defendant WMATA's motion in limine regarding plaintiff's claim of loss of care, education, training, guidance and parental advice [31] is **DENIED**. At the pretrial conference on August 28, 2008, the Court made specific rulings with respect to whether certain witnesses would be permitted to testify at trial, which is the heart of defendant's motion. To the extent that defendant also seeks a general ruling of some kind limiting the evidence plaintiff may offer, the Court provided such direction in its discussion with counsel at the pretrial conference. More is not needed.

Second, the Court will deny defendant's motion for summary judgment [30] filed belatedly on July 14, 2008. Defendant seeks determinations that plaintiff was contributorily negligent and that the doctrine of last clear chance does not apply; plaintiff raises the concept of concurrent negligence in response. In this case, these are close legal issues that depend largely on the specific facts relating to such matters as plaintiff's precise conduct during the several seconds she was in the street before the bus struck her, how visible she was to the oncoming bus

(and its driver), and how obvious the danger posed by the oncoming bus was, or should have been, to her.  Traditionally, these are questions for the jury to resolve, and given the present disputed factual record, the Court concludes that should occur here.  Of course, some or all of these issues may require the Court's further attention, after plaintiff's evidence, all evidence, or the jury's verdict.  But at this time, defendant's motion for summary judgment [30] is **DENIED**.

    **SO ORDERED**.

                                                /s/ John D. Bates
                                                  JOHN D. BATES
                                        United States District Judge

Date:  September 2, 2008