UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLADYS CLAUDETTE SUTTON,<br><br>　Plaintiff,<br><br>　v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>　Defendant. | Civil Action No. 07-1197 (JDB) |

## SCHEDULING ORDER

Pursuant to the telephone conference held on this date, it is hereby **ORDERED** that the parties shall adhere to the following schedule:

1. Trial shall commence in this case beginning on December 8, 2008.

2. This matter is hereby referred to Magistrate Judge Kay for mediation and the facilitation of settlement discussions for a period of thirty (30) days.

3. The parties shall file a joint status report updating the Court on the status of settlement discussions by not later than October 17, 2008.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　/s/ John D. Bates
　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　United States District Judge

Date:  September 3, 2008