REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: TYPE B

| CAUSE OF ACTION: | 28:1391 Personal Injury | | | |
|---|---|---|---|---|
| CASE NO: 07-1197 | DATE REFERRED: 09/03/08 <br><br> DISPOSITION DATE: | PURPOSE: Mediation and Settlement Discussions | JUDGE: JOHN D. BATES | MAG. JUDGE ALAN KAY |
| PLAINTIFF(S): <br> GLADYS SUTTON | | DEFENDANT(S): <br> WMATA | | |
| ENTRIES: <br> FOR THIRTY (30) DAYS | | | | |